SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
ALISON KLEAVER, Cal. Bar No. 251410
akleaver@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant,
DOMINO'S PIZZA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>       Plaintiff,<br><br>   v.<br><br>DOMINO'S PIZZA LLC,<br><br>      Defendant. | Case No. 2:16-cv-06599<br>Hon. S. James Otero<br><br>**DEFENDANT DOMINO'S PIZZA LLC'S REQUEST FOR COUNSEL TO APPEAR AT SCHEDULING CONFERENCE OR, IN THE ALTERNATIVE, TO CONTINUE THE DATE**<br><br>Date:   November 28, 2016<br>Time:   8:30 a.m.<br>Ctrm.:  1<br><br>Action Filed:  September 1, 2016<br>Trial Date:   None Set |

PLEASE TAKE NOTICE that lead trial counsel for Defendant Domino's Pizza, LLC, Gregory F. Hurley and Bradley J. Leimkuhler, hereby requests the Court grant them permission not to attend the scheduling conference in this matter currently set for November 28, 2016 at 8:30 a.m..  As explained below and in the concurrently filed Declaration of Gregory F. Hurley, good cause exists for granting Mr. Hurley and Mr. Leimkuhler's request because they have been ordered to appear for a joint status conference / ex parte hearing in the matters of *Rudder v. Automobile Club of Southern California, et al.*, United States District Court for the Central District of California Case No. 8:14-cv-00247-DOC-KES; *Rudder v. Automobile Club of Southern California, et al.*, United States District Court for the Central District of California Case No. 8:15-cv-01469-DOC-JCGx; and *Galvez v. Automobile Club of Southern California, et al.*, United States District Court for the Central District of California Case No. 8:16-cv-00887-DOC-KES.  The joint conference in those matters is set for November 28, 2016 at 8:30 a.m. in the Santa Ana Federal Courthouse before Hon. David O. Carter and counsel anticipates that the hearing may last for a few hours.  As a result, Mr. Hurley and Mr. Leimkuhler cannot attend the scheduling conference in this matter as it is currently set.

Therefore, Defendant requests that Alison Kleaver, California Bar No. 251410, appear on their behalf.  Ms. Kleaver is an associate who frequently works with Mr. Hurley and Mr. Leimkuhler.  Ms. Kleaver is familiar with the Parties' Joint 26(f) Report and will be prepared to assist the Court with scheduling matters.

If the Court prefers that Mr. Hurley and/or Mr. Leimkuhler attend the scheduling conference, Defendant has no objection to this Court continuing the scheduling conference to a later date on which Mr. Hurley and/or Mr. Leimkuhler could attend.  Mr. Leimkuhler is available on December 5, 2016 at 8:30 a.m.

-1-

Dated:  November 22, 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     _/s/ Gregory F. Hurley_
              GREGORY F. HURLEY

Attorneys for Defendant,
DOMINO'S PIZZA LLC

-2-