SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
ALISON KLEAVER, Cal. Bar No. 251410
akleaver@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant,
DOMINO'S PIZZA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>            Plaintiff,<br><br>      v.<br><br>DOMINO'S PIZZA LLC,<br><br>            Defendant. | Case No. 2:16-cv-06599<br>Hon. S. James Otero<br><br>**DECLARATION OF GREGORY F. HURLEY IN SUPPORT OF DEFENDANT DOMINO'S PIZZA LLC'S REQUEST FOR COUNSEL TO APPEAR AT SCHEDULING CONFERENCE OR, IN THE ALTERNATIVE, TO CONTINUE THE DATE**<br><br>Date:   November 28, 2016<br>Time:   8:30 a.m.<br>Ctrm.:  1<br><br>Action Filed:  September 1, 2016<br>Trial Date:    None Set |

DECLARATION OF HURLEY ISO REQUEST FOR LEAVE TO APPEAR

<u>DECLARATION OF GREGORY F. HURLEY</u>

I, Gregory F. Hurley, declare as follows:

1.     I am an attorney duly admitted to practice before this Court.  I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant Domino's Pizza, LLC ("Defendant").  If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2.     This declaration is submitted in support of Defendant's Request for Counsel to Appear At Scheduling Conference or, in the Alternative, Continue The Date.

3.     Pursuant to the Court's Order Setting Scheduling Conference (Dkt. 17), a scheduling conference has been set in this matter for November 28, 2016 at 8:30 a.m..

4.     My associate, Bradley J. Leimkuhler, and I am unavailable to attend the scheduling conference because we have been ordered to appear for a joint status conference / ex parte hearing in the matters of *Rudder v. Automobile Club of Southern California, et al.*, United States District Court for the Central District of California Case No. 8:14-cv-00247-DOC-KES; *Rudder v. Automobile Club of Southern California, et al.*, United States District Court for the Central District of California Case No. 8:15-cv-01469-DOC-JCGx; and *Galvez v. Automobile Club of Southern California, et al.*, United States District Court for the Central District of California Case No.  8:16-cv-00887-DOC-KES. The joint conference in those matters is set for November 28, 2016 at 8:30 a.m. in the Santa Ana Federal Courthouse before Hon. David O. Carter.  I anticipate that this hearing could last for a few hours.

5.     Alison Kleaver, California Bar No. 251410, is an associate in my firm who frequently works with Mr. Leimkuhler and myself.   Ms. Kleaver is familiar with the Parties' Joint 26(f) Report and will be prepared to assist the Court with scheduling matters.

6.     I have no objection to the Court resetting the scheduling conference to a date that would permit Mr. Leimkuhler and/or myself to attend.  Mr. Leimkuhler is available for a scheduling conference on December 5, 2016 at 8:30 a.m..

-1-

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 22, 2016, at Costa Mesa, California.


/s/ Gregory F. Hurley
Gregory F. Hurley

SMRH:479959933.1                    DECLARATION OF HURLEY ISO REQUEST FOR LEAVE TO APPEAR