# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guillermo Robles | CASE NUMBER: |
| PLAINTIFF(S) | 2:16-cv-06599-SJO-FFM |
| v. | |
| Dominos Pizza LLC | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

## PLEASE TAKE NOTICE:

The following problem(s) have been found with your electronically filed document:

| 11/22/16 | 21 | Request leave for attorney to appear instead of |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. other attorneys at 11/28/16 scheduling conference |

(filer submitted a proposed order )

### ERRORS WITH DOCUMENT

☐ A Certificate of Good Standing is not attached to the pro hac vice application
☐ Caption of document is incomplete/incorrect
☐ Case is closed
☐ Case number is incorrect or missing
☐ Document linked incorrectly to the wrong document/docket entry
☐ Document submitted in the wrong case
☒ Hearing information is missing, incorrect, or not timely   request is erroneously set for 11/28/16 hearing
☐ Incorrect document is attached to the docket entry   date, the same date as the scheduling conference..
☐ Incorrect event selected. Correct event to be used is ___ request format does not require a hearing to be set
☐ Leave of court required for filing   on calendar
☐ Proposed document was not submitted as separate attachment
☐ Title page is missing
☐ F.R.Civ.P 15 Amended pleading is untimely
☐ Local Rule 7.1-1 No Certificate of Interested Parties and/or no copies
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 19-1 Complaint/Petition includes more than 10 Does or fictitiously named parties
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☑ Other:   Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:** **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: 11/22/16

By: Linda_Chai@cacd.uscourts.gov
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**