SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
ALISON KLEAVER, Cal. Bar No. 251410
akleaver@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant,
DOMINO'S PIZZA LLC

FILED
CLERK, U.S. DISTRICT COURT

November 23, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>          Plaintiff,<br><br>     v.<br><br>DOMINO'S PIZZA LLC,<br><br>          Defendant. | Case No. 2:16-cv-06599<br>Hon. S. James Otero<br><br>**ORDER GRANTING DEFENDANT DOMINO'S PIZZA LLC'S REQUEST FOR COUNSEL TO APPEAR AT SCHEDULING CONFERENCE OR, IN THE ALTERNATIVE, TO CONTINUE THE DATE**<br><br>Date:   November 28, 2016<br>Time:   8:30 a.m.<br>Ctrm.:  1<br><br>Action Filed:   September 1, 2016<br>Trial Date:    None Set |

SMRH:479959946.1

[PROPOSED] ORDER GRANTING DEFENDANT
DOMINO'S PIZZA LLC'S  REQUEST FOR COUNSEL TO APPEAR

The Court is in receipt of Defendant Domino's Pizza LLC's ("Defendant") Request For Counsel To Appear At Scheduling Conference Or, In The Alternative, To Continue The Date currently set for November 28, 2016 at 8:30 a.m.

Having considered the papers submitted by counsel, the Court GRANTS the request.  Attorney Alison Kleaver may appear on behalf of Defendant at the scheduling conference.  Gregory F. Hurley and Bradley J. Leimkuhler are excused.

~~In the alternative, the Court continues the scheduling conference in this matter to _____.~~

**IT IS SO ORDERED**

DATED:  November 23, 2016

_S. James Otero_

_____

HON. S. JAMES OTERO

SMRH:479959946.1

[PROPOSED] ORDER GRANTING DEFENDANT
DOMINO'S PIZZA LLC'S  REQUEST FOR COUNSEL TO APPEAR