UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-06599 SJO (FFMx) | Date | November 28, 2016 |
|---|---|---|---|
| Title | Guillermo Robles v. Dominos Pizza LLC | | |

| Present: The Honorable | S. JAMES OTERO | | |
|---|---|---|---|
| Victor Paul Cruz | Carol Zurborg | | |
| Deputy Clerk | Court Reporter | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Caitlin J. Scott | | Alison Kleaver | |

**Proceedings:** SCHEDULING CONFERENCE

Matter called.

Court and counsel confer regarding Plaintiff's claim that defendant Dominos has failed to construct a website that's fully accessible to the seeing impaired.

Matter is placed on second call.

Matter recalled.

Plaintiff's counsel explains the process of compliance which meets the standards imposed by ADA.

The Court sets the following schedule:

Jury Trial:              Tuesday, August 29, 2017 @ 9:00 a.m.

Pretrial Conference:     Monday, August 21, 2017 @ 9:00 a.m.

Motion Cutoff:           Monday, June 26, 2017 @ 10:00 a.m.

Discovery Cutoff:        Monday, May 29, 2017

Last Date to Amend:      Wednesday, December 28, 2016.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-06599 SJO (FFMx) | Date | November 28, 2016 |
|---|---|---|---|
| Title | Guillermo Robles v. Dominos Pizza LLC | | |

Settlement is referred to the Alternative Dispute Resolution Program for all further proceedings.

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are reminded of their obligations under Fed. R. Civ. P. 26-1(a) to disclose information without a discovery request.
     Court advises counsel that all Pretrial documents must be filed in compliance with the Court's standing order, including but not limited to:
1.    All Jury Instructions, agreed and opposed;
2.    Verdict Forms;
3.    Proposed Voir Dire Questions;
4.    Agreed-To Statement of Case;
5.    Witness List, listing each witness and time estimates to conduct direct, cross, redirect and recross;
6.    Trial Brief and Memorandum of Contentions;
7.    Joint Rule 26(f) Report;
8.    If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;
9.    Motions in Limine are to be filed according to Local Rule 7 and will be heard at 9:00 a.m. the first day of trial;
10.    Exhibits properly labeled, tagged, and in binders.

cc:    ADR Coordinator

                                                              : 0/32

Initials of Preparer    vpc