SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant,
DOMINO'S PIZZA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>           Plaintiff,<br><br>      v.<br><br>DOMINO'S PIZZA LLC,<br><br>           Defendant. | Case No. 2:16-cv-06599<br>Hon. S. James Otero<br><br>**DEFENDANT DOMINO'S PIZZA LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, DISMISSAL OR STAY**<br><br>Date:   March 27, 2017<br>Time:  10:00 a.m.<br>Ctrm.:  10C<br><br>Action Filed:   September 1, 2016<br>Trial Date:     August 29. 2017 |

SMRH:481115464.3        NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 27, 2017 at 10:00 a.m. in Courtroom 10C of the above-entitled Court located at 350 W. 1st Street, Los Angeles, CA 90012, Defendant Domino's Pizza LLC ("Defendant") will, and hereby does, move the Court for summary judgment or, in the alternative, summary adjudication, on the grounds that there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law for the following reasons:

The undisputed facts show that Defendant is entitled to summary judgment. First, Plaintiff's claim should be denied because Defendant's website and mobile website comply with the effective communications mandate of the ADA.  Second, Plaintiff's claims should be denied because his lawsuit violates fundamental principles of due process.  Third, Plaintiff's claims should be denied because he cannot establish any violations of any applicable accessibility standards.  Fourth, Plaintiff's claim under the Unruh Act should be denied because he cannot prove that Defendant intentionally discriminated against him.  Fifth, Plaintiff's claim fails because Defendant lacks fair notice of the barriers Plaintiff claims exist.  In the alternative, Plaintiff's claims should be dismissed or stayed because the Department of Justice ("DOJ") has not promulgated any accessibility regulations governing the websites and/or mobile websites of private businesses.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 28, 2016.  This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Statement of Uncontroverted Facts and Conclusions of Law, the Declaration of Mandi Galluch and attached exhibits, the Declaration of Bradley J. Leimkuhler and attached exhibits, the records and files herein, and such other evidence as may be admitted at the time of hearing of the motion.

| | |
|---|---|
| 1 | Dated: February 22, 2017 |
| 2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 4 | By   /s/ *Gregory F. Hurley* |
| 5 | GREGORY F. HURLEY |
| 6 | Attorneys for Defendant, |
| 7 | DOMINO'S PIZZA LLC |