1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ghurley@sheppardmullin.com
   MICHAEL J. CHILLEEN, Cal. Bar No. 210704
4  mchilleen@sheppardmullin.com
   BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
5  bleimkuhler@sheppardmullin.com
   650 Town Center Drive, 4th Floor
6  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
7  Facsimile:   714.513.5130

8  Attorneys for Defendant,
   DOMINO'S PIZZA LLC
9

10              UNITED STATES DISTRICT COURT

11         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13 GUILLERMO ROBLES,                Case No. 2:16-cv-06599
                                    Hon. S. James Otero
14           Plaintiff,
                                    **DECLARATION OF MANDI
15      v.                          GALLUCH IN SUPPORT OF
                                    DEFENDANT DOMINO'S PIZZA
16 DOMINO'S PIZZA LLC,              LLC'S MOTION FOR SUMMARY
                                    JUDGMENT OR, IN THE
17           Defendant.             ALTERNATIVE, DISMISSAL OR
                                    STAY**
18
                                    Date:   March 27, 2017
19                                  Time:   10:00 a.m.
                                    Ctrm.:  10C
20
                                    Action Filed:  September 1, 2016
21                                  Trial Date:    August 29. 2017
22
23
24
25
26
27
28

SMRH:481125252.2    DECLARATION OF MANDI GALLUCH ISO MOTION FOR SUMMARY JUDGMENT

<u>DECLARATION OF MANDI GALLUCH</u>

I, Mandi Galluch, declare as follows:

1. I am the Program Leader for Digital Experience of Domino's Pizza LLC ("Defendant"), a defendant identified in the Complaint in the above-referenced action. This declaration is offered in support of Defendant's Motion for Summary Judgment or, in the Alternative, Dismissal or Stay. I am over the age of 18. I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently as to its contents. My job responsibilities include oversight and management of the website www.dominos.com (the "website") and Defendant's mobile website that can be accessed on a variety of mobile devices (the "mobile website").

2. Defendant's website contains an accessibility banner that directs users who access the website with a screen reader with the statement: "If you are using a screen reader and are having problems using this website, please call 800-252-4031 for assistance." Defendant provides customer support with a live customer service representative through that number twenty-four hours a day, seven days a week. If a blind or visually impaired individual calls that number, Defendant's representative can provide assistance with Defendant's website.

3. Attached as Exhibit A to this Declaration is a true and correct screenshot from Defendant's website as it currently exists.

4. Defendant's mobile website also contains an identical accessibility banner that directs users who access the mobile website with a screen reader with the statement "If you are using a screen reader and are having problems using this website, please call 800-252-4031 for assistance." If a blind or visually impaired individual calls that number, Defendant's representative can provide assistance with Defendant's mobile website.

5. Attached as Exhibit B to this Declaration is a true and correct screenshot from Defendant's mobile website as it currently exists.

-1-

6. Customers may also directly call their local Domino's Pizza restaurant to order food, purchase goods, and/or ask questions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 20, 2017, at Ann Arbor, Michigan.

_____
Mandi Galluch