# Exhibit B

▲ BACK

# FAQs

▼ Franchising and careers at Domino's Pizza

▼ Donations and Sponsorships

▼ Corporate and Advertising Information

## Send us an email

If we weren't able to answer your question in the above list, you may click here to send us an email.

**Corporate / Nutrition / Gift Cards / Wedding Registry / Email & Text Offers / Legal / Privacy / Jobs / Customer Support / Large Business Orders / About Pizza / Español**

**LEGAL STUFF:**

**Any Delivery Charge is not a tip paid to your driver. Please reward your driver for awesomeness. Drivers carry less than $20.** You must ask for this limited time offer. Minimum purchase required for delivery. Delivery charge and tax may apply. Prices, participation, delivery area and charges may vary, including AK and HI. Returned checks, along with the state's maximum allowable returned check fee, may be electronically presented to your bank. ©2017 Domino's IP Holder LLC. Domino's®, Domino's Pizza® and the game piece logo are registered trademarks of Domino's IP Holder LLC. "Coca-Cola" and the Contour Bottle design are registered trademarks of The Coca-Cola Company. The Ice Breakers® Mints trademark and trade dress are used under license. Apple, the Apple logo and iPad are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Android is a trademark of Google Inc. Windows® Phone is a registered trademark of the Microsoft group of companies.

Domino's pizza made with a Gluten Free Crust is prepared in a common kitchen with the risk of gluten exposure. Therefore, Domino's DOES NOT recommend this pizza for customers with celiac disease. Customers with gluten sensitivities should exercise judgment in consuming this pizza.

Domino's Piece of the Pie Rewards is open only to US residents 13+ with a Pizza Profile account who order online from participating Domino's locations. Point redemption only valid online at participating locations in the US. *__Limit__: one order of $10 or more (excludes tip and donations) per calendar day can earn points. For complete details visit dominos.com/rewards.

Our Guarantee: If you are not completely satisfied with your Domino's Pizza experience, we will make it right or refund your money.

To easily find a local Domino's Pizza restaurant or when searching for "pizza near me", please visit our localized mapping website featuring nearby Domino's Pizza stores available for delivery or takeout.

If you are using a screen reader and are having problems using this website, please call 800-252-4031 for assistance.

CA Transparency in Supply Chains Act Disclosure

Settings & Contact   FAQS   Nutrition   Corporate   About & Info

