SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant,
DOMINO'S PIZZA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>         Plaintiff,<br><br>    v.<br><br>DOMINO'S PIZZA LLC,<br><br>         Defendant. | Case No. 2:16-cv-06599<br>Hon. S. James Otero<br><br>**DECLARATION OF BRADLEY J. LEIMKUHLER IN SUPPORT OF DEFENDANT DOMINO'S PIZZA LLC'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, DISMISSAL OR STAY**<br><br>Date: March 27, 2017<br>Time: 10:00 a.m.<br>Ctrm.: 10C<br><br>Action Filed: September 1, 2016<br>Trial Date: August 29, 2017 |

SMRH:481126616.1        DECLARATION OF LEIMKUHLER ISO MOTION FOR SUMMARY JUDGMENT

DECLARATION OF BRADLEY J. LEIMKUHLER

I, Bradley J. Leimkuhler, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant Domino's Pizza, LLC ("Defendant"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. This declaration is submitted in support of Defendant's Motion for Summary Judgment Or, In The Alternative, Dismissal Or Stay.

3. Attached to this Declaration as Exhibit A is a true and correct copy of an order dated January 17, 2017 from the matter entitled *Kidwell v. Florida Commission on Human Relations*, Case No. 2:16-cv-00403-UA-CM (M.D. Fla. Jan. 17, 2017).

4. Attached to this Declaration as Exhibit B is a true and correct copy of an order dated February 2, 2017 from the matter entitled *Gomez v. Bang & Olufsen America, Inc.*, Case No. 1:16-cv-23801-JAL (S.D. Fla. Feb. 2, 2017).

5. Attached to this Declaration as Exhibit C is a true and correct copy of an order dated January 27, 2017 from the matter of *Gathers v. New York & Co. et al.*, Case No. 2:16-cv-01375-AJS (W.D. Pa. Jan. 27, 2017).

6. Attached to this Declaration as Exhibit D is a true and correct copy of Defendant Party City Holdco, Inc.'s Memorandum In Support of Defendant Party City Holdco, Inc.'s Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 from the matter of *Gathers v. New York & Co. et al.*, Case No. 2:16-cv-01375-AJS and dated January 6, 2017.

7. Attached to this Declaration as Exhibit E is a true and correct copy of a screenshot taken from the United States Department of Justice's Website homepage on February 13, 2017 using the WAVE web accessibility evaluation tool (found at wave.webaim.org). According to the WAVE website (wave.webaim.org), "WAVE

is tool to help web developers make their web content more accessible. WAVE cannot tell you if your web content is accessible. Only a human can determine true accessibility. But, WAVE can help you evaluate the accessibility of your web content. WAVE is easy to use. Using the form at the top of any page, simply enter a the web page address of your page and submit the form."

8. Attached to this Declaration as Exhibit F is a true and correct copy of a screenshot taken from the United States Department of Justice's Website homepage on February 13, 2017 using Google's web accessibility audit that is built-in to the Chrome web browser.

9. Attached to this Declaration as Exhibit G is a true and correct copy of a screenshot taken from Plaintiff Guillermo Robles' counsel's website on February 13, 2017 using the WAVE web accessibility evaluation tool.

10. Attached to this Declaration as Exhibit H is a true and correct copy of a screenshot taken from Plaintiff Guillermo Robles' counsel's website on February 13, 2017 using Google's web accessibility audit that is built-in to the Chrome web browser.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 22, 2017, at Costa Mesa, California.

/s/ Bradley J. Leimkuhler
Bradley J. Leimkuhler