# Exhibit E

WAVE
web accessibility evaluation tool
www.justice.gov

Summary
No Styles | Contrast

This has detected the following:
10 Errors
19 Alerts
118 Features
36 Structural Elements
HTML5 and ARIA
7 Contrast Errors

Panel Options
DETAILS: A listing of all the WAVE icons in your page.
DOCUMENTATION: Explanation of the WAVE icons and how you can make your page more accessible.
OUTLINE: The heading structure of the web page.

THE UNITED STATES
DEPARTMENT of JUSTICE

The United States Department of Justice

HOME   ABOUT   AGENCIES   BUSINESS   RESOURCES   NEWS   CAREERS   CONTACT

Search this site

Attorney General Jeff Sessions
Sworn-in by Vice President Pence

WATCH VIDEO

1  2  3

ABOUT THE
DEPARTMENT OF JUSTICE
ABOUT THE DEPARTMENT OF JUSTICE

DEPARTMENT of JUSTICE
AGENCIES
DEPARTMENT OF JUSTICE AGENCIES

OFFICES of the
UNITED STATES ATTORNEYS
USAO

DEPARTMENT of JUSTICE
ACTION CENTER

Report a Crime
Get a Job
Locate a Prison, Inmate, or Sex Offender
Report and Identify Missing Persons
Find Help and Information for Crime Victims
Apply for a Grant

Find Sales of Seized Property
Submit a Complaint
Report Waste, Fraud, Abuse or Misconduct
Find a Form
Register, Apply for Permits, or Request Records
Identify Our Most Wanted Fugitives





Attorney General Jeff Sessions Sworn-in by Vice President Pence

WATCH VIDEO





ABOUT THE DEPARTMENT OF JUSTICE

DEPARTMENT of JUSTICE AGENCIES



UNITED STATES ATTORNEYS OFFICES of the

DEPARTMENT of JUSTICE
ACTION CENTER

Report a Crime
Get a Job
Locate a Prison, Inmate, or Sex Offender
Report and Identify Missing Persons
Find Help and Information for Crime Victims
Apply for a Grant

Find Sales of Seized Property
Submit a Complaint
Report Waste, Fraud, Abuse or Misconduct
Find a Form
Register, Apply for Permits, or Request Records
Identify Our Most Wanted Fugitives

HOME   ABOUT   AGENCIES   BUSINESS   RESOURCES   NEWS   CAREERS   CONTACT