# Exhibit G

Case 2:16-cv-06599-SJO-FFM Document 32-13 Filed 02/22/17 Page 2 of 3 Page ID #:270



As part of the commitment of Manning Law, APC to persons with disabilities, this website is offline temporarily to assure compliance with the World Wide Web Consortium's Website Content Access Guideline 2.0, version AA.

To Contact Manning Law, APC you may email to info@manninglawoffice.com, call (949) 200-8755, or fax (866) 843-8308.

## Our Avvo Profile

