# Exhibit H

As part of the commitment of Manning Law, APC to persons with disabilities, this website is offline temporarily to assure compliance with the World Wide Web Consortium's Website Content Access Guideline 2.0, version AA.

To Contact Manning Law, APC you may email to info@manninglawoffice.com, call (949) 200-8755, or fax (866) 843-8308.

**Our Avvo Profile**

---

Audits

▼ Accessibility

▼ ⚠ [Warning] The web page should have the content's human language indicated in the markup (1)
  See AX_HTML_01 for more information.
  `<html>`
   ▼ `<head>…</head>`
   ▼ `<body>…</body>`
  `</html>`

▼ ⚠ [Warning] The web page should have a title that describes topic or purpose (1)
  See AX_TITLE_01 for more information.
  `<html>`
   ▼ `<head>…</head>`
   ▼ `<body>…</body>`
  `</html>`

▼ ⚠ [Warning] The purpose of each link should be clear from the link text (1)
  See AX_TEXT_04 for more information.
  `<a href="https://www.avvo.com/attorneys/92660-ca-joseph-manning-299248.html" target="_blank">`
   `</a>`

▼ ⚠ [Warning] These elements are focusable but either invisible or obscured by another element (1)
  See AX_FOCUS_01 for more information.
  `<a href="https://www.avvo.com/attorneys/92660-ca-joseph-manning-299248.html" target="_blank">`
   `</a>`

● Not applicable tests (18)
● Passing tests (3)