SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant,
DOMINO'S PIZZA LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>    Plaintiff,<br><br>    v.<br><br>DOMINO'S PIZZA LLC,<br><br>    Defendant. | Case No. 2:16-cv-06599<br>Hon. S. James Otero<br><br>**[PROPOSED] JUDGMENT GRANTING DEFENDANT DOMINO'S PIZZA LLC'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, DISMISSAL OR STAY**<br><br>Date:  March 27, 2017<br>Time:  10:00 a.m.<br>Ctrm.:  10C<br><br>Action Filed:  September 1, 2016<br>Trial Date:     August 29. 2017 |

SMRH:481136599.1                                                               [PROPOSED] JUDGMENT

1  Defendant Domino's Pizza LLC's ("Defendant") Motion for Summary
2  Judgment or, in the Alternative, Dismissal or Stay ("Motion") came on for hearing
3  on March 27, 2017 at 10:00 a.m. in the above-titled Court.  After considering the
4  papers, the evidence, and the arguments of counsel, the Court **ORDERS** as follows:
5  There are no disputed issues of material fact.  Defendant's motion is
6  **GRANTED** in its entirety and all of Plaintiff Guillermo Robles' claims are hereby
7  dismissed with prejudice.
8  **IT IS SO ORDERED.**
9
10  DATED: _____, 2017
11
12  
13  HON. S. JAMES OTERO
    United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28