EXHIBIT "A"

**ROSEMARY E. MUSACHIO**
**19407 Preston Road**
**Warrensville Hts., Ohio 44128**
**Tel. 216-662-2572**
E-Mail: rosemary02@sbcglobal.net

**SUMMARY OF QUALIFICATIONS**

- Over 12 years as an IT accessibility analyst
- Over 20 years as a writer and researcher for various companies and publications.
- Graduated Magna Cum Laude in Communications from Cleveland State University.
- Recognized as a self-motivated, efficient, and diligent associate.
- Translates Italian and Spanish to English.
- Known as an Internet sleuth

**PROFESSIONAL EXPERIENCE**

- Serves as the President of REM Creative Communications LLC, a consulting firm.

- Serves as the Chief Accessibility Officer for Ruh Global Communications, May 2016 to present.  Conducts audits for websites.  Writes blogs for the company's website, Huffington Post, and the International Association of Accessibility Professionals.  Helps conduct training sessions.

- Served as the Chief Strategy Officer for Ruh Global Communications, August 2015 to present.  Managed marketing campaigns for clients that included developing marketing plans, posting social media content, and writing marketing reports.  Wrote blogs for the company's website and Huffington Post.

- Held the position of IT Accessibility Consultant and Blogger for Interactive Accessibility, February 2013 to August 2015.  Conducted audits for websites for Section 508 and WCAG 2.0 compliance.  Wrote technical blogs and transcripts for podcasts.

- Held the position of IT Accessibility Analyst and Blogger for SSB BART Group, November April 2011 to February 2013.  Conducted tests software applications and websites for accessibility, Section 508 and WCAG compliance, and various state guidelines.  Prepared

- narrative analysis reports and Voluntary Product Accessibility Template (VPAT) for clients.  Wrote blogs on disability-related issues.

- Held the position of Senior IT Accessibility Analyst for **TecAccess**, November 2002 to April 2011.  Tests software applications and websites for accessibility, Section 508 and WCAG compliance, and various state guidelines.  Prepare narrative analysis reports and Voluntary Product Accessibility Template (VPAT) for clients.

- Perform various duties as Senior Marketing Analyst for **TecAccess,** March 2003 to April 2011.  Edited the company's newsletter.  Wrote and distributed articles, press releases, and white papers.  Developed business contacts by e-mailing prospects and completing supplier diversity forms.  Managed website content.  Created client reports.  Monitored social network sites, which included posting content and writing statuses.

- Serve as the public relations representative and webmaster for **Mobile Veterinary Care and Rainbow Bridge Pet Hospice** (volunteer position) .  Write web content and press releases.  Distribute press releases.  Monitor social network sites, which includes posting content and writing statuses.  Update web content upon the request of the owner.

- Wrote columns for **Audacity Magazine**, 2008-2009

- Performed translation service for F.lli Conti, February 2006.  Translated the company's website from Italian to English, which was published then.

- Ran E-personalized Poetry, 2002 to 2003.  Wrote personalized poems for birthdays, anniversaries, and other occasions.

- Edited and wrote newsletters for virtual sailing clubs, 2001-2003.  Interviewed club members and researched sailing sites to obtain content for the newsletters.

- Edited and wrote **Ability Age**, the new international resource newsletter for persons with disabilities.  Conducted interviews and researched disability websites to obtain content for the newsletters.

- Indexed computer programs for **Totalscripts,** a web development company

- Wrote **"Bit of a Challenge"** column for the Living supplement of

    Sun Newspapers, February 1993 to November 2003.  Columns focused on disability issues and resources.

- Researched keywords and definitions for topic databases, June-July 2000

- Located applicants for **Internet Outsource**, a technology recruiting firm using various resume databases, 1999.

- Represented the financial services for **Chase-Hawley Enterprises,** 1998-1999.  Located funding projects and contacted potential clients.

- Edited the internal newsletter for **Mueller Tire**, Cleveland, Ohio 1997-1999.

- Wrote and edited <u>**The Able Informer**</u>, an international resource Newsletter for persons with disabilities, 1995-1998.  Conducted interviews and researched disability websites to obtain content for the newsletters.

- Created an information kit for the **International Homeworkers Association**.  Wrote sales introduction letter, designed and wrote brochure, 1996

- Wrote occasional articles for the Forum section of  <u>**The Plain Dealer**</u> and <u>**La Gazzetta Italian.**</u>

- Served as a peer assistant for **Cleveland Hearing and Speech Center**, 1993-1995.  Helped conduct discussions, initiated role play situations where communication breakdowns, wrote progress reports.

- Wrote news releases regarding chemical breakthroughs for <u>**Editorial Services**</u> in Belgium, 1994

- Collaborated on freelance projects for **Penton Publishing**, 1993.  Wrote articles for its Breaking Through publication and sample news releases for its crisis plan.

- Worked as a public relations writer for **Amnesty International** in Greater Cleveland, 1993.  Produced flyers and thank you letters, 1993

### SCHOLASTIC ACHIEVEMENTS

- Sustained a Dean's List status throughout college career
- Received Academic Achievement Award from Special Skills Study

- Department for Cleveland State University, 1991
- Inducted into the Golden Key Honor Society, 1991
- Received Outstanding Student Award for Organizational Communication, 1991

## EMPLOYMENT AWARDS

- Honored with TecAccess' MAC Award twice, 2010 and 2010.

## PRESENTATIONS

- Presented Keynote Presentation, *Non-Verbal Communicators Can Speak Their Minds*, Ohio National Student Speech Language Hearing Association State Conference; Cleveland, October 2013.

- Co-presented *Communication Barriers and Techniques of Non-Verbal Patients in Medical Settings*, California State University International Technology and Persons with Disabilities Conference; San Diego, March 2012

- Co-presented *When World Collide: Social Media and Accessibility*, United States Business Leadership Network Conference; Chicago, September 2010.

### Online Published Articles

- [Challenges of Everyday](#)
- [In My Own Words](#)
- [Is there Cause to Celebrate the 21st Anniversary of the ADA](#)
- [Sex, Society, and The Disabled](#)
- [Yes, they are; they can!](#)
- [Interacting with Assistive Technology Users](#)