1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
   Caitlin J. Scott, Esq. (State Bar No. 310619)
2  **MANNING LAW, APC**
3  4667 MacArthur Blvd., Suite 150
   Newport Beach, CA 92660
4  Office: (949) 200-8755
5  ADAPracticeGroup@manninglawoffice.com

6  Attorneys for Plaintiff GUILLERMO ROBLES

7

8              UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11 GUILLERMO ROBLES,                    Case No.. 2:16-cv-06599

12        Plaintiff,                    Hon. S. James Otero

13    vs.                               **PLAINTIFF'S STATEMENT OF
                                        GENUINE DISPUTES OF
14 DOMINO'S PIZZA LLC,                  MATERIAL FACTS**
15
          Defendant.                    [*Filed concurrently with Plaintiff's
16                                      Opposition to Defendants' Motion For
17                                      Summary Judgment; Statement of
                                        Genuine Disputes of Material Fact;
18                                      Objection to Request for Judicial
19                                      Notice; Declaration of Caitlin J. Scott;
                                        Declaration of Guillermo Robles*]
20
21                                      Date:    March 27, 2017
22                                      Time:    10:00 a.m.
                                        Ctrm.:   10C
23
24                                      Action Filed:   September 2, 2016
25

26
27
28
                                    1
PLAINTIFF'S STATEMENT OF GENUINE DISPUTES OF MATERIAL FACTS

Plaintiff Guillermo Robles ("Plaintiff") hereby submits his Statement of Genuine Disputes of Material Fact in support of his Opposition to Defendant Domino's Pizza LLC's ("Defendant") Motion for Summary Judgment, or in the alternative, Dismissal or Stay (the "Motion").

| Defendant's Separate Statement of Undisputed Facts and Support Evidence | Plaintiff's Response and Supporting Evidence |
|---|---|
| 1. Defendant's website, www.dominos.com, contains an accessibility banner that direct users who access the website using a screen reader with a statement that "If you are using a screen reader and are having problems using this website, please call 800-252-4031 for assistance." Declaration of Mandi Galluch ("Galluch Decl.") 2-3, Exh. A. | 1. Undisputed as to the banner's existence on www.dominos.com on February 20, 2017.<br><br>Disputed as to the banner's existence on www.dominos.com prior February 6, 2017.<br>Catlin Decl. ¶¶ 13-14, Exh. 1 and 2; Musachio Dec. ¶ 11.<br><br>Objections<br>Irrelevant. F.R.E. 402.<br>Authentication. F.R.E. 602.<br>Personal Knowledge. F.R.E. 901. |
| 2. Defendant's mobile website contains an accessibility banner that direct users who access the website using a screen reader with a statement that "If you are using a screen reader | 2. Undisputed as to the banner's existence on www.dominos.com on February 20, 2017. |

| | |
|---|---|
| and are having problems using this website, please call 800-252-4031 for assistance." <br> Galluch Decl. ¶¶ 3-4, Exh. B. | <u>Disputed</u> as to the banner's existence on www.dominos.com prior February 6, 2017. <br> Catlin Decl. ¶¶ 13-14, Exh. 1 and 2; Musachio Dec. ¶ 11. <br><br> <u>Objections</u> <br> Irrelevant. F.R.E. 402. <br> Authentication. F.R.E. 602. <br> Personal Knowledge. F.R.E. 901. |
| 3. The number, 800-252-4031, is staffed by a live representative 24 hours a day, 7 days a week. <br> Galluch Decl. ¶ 2. | 3. <br> <u>Disputed</u>. <br> Plaintiff, on February 28, 2017, upon learning about the number from Defendant's Motion, called the number and was placed on hold for more than 10 minutes. <br> Declaration of Guillermo Robles, ("Decl. Robles") ¶20. <br><br> <u>Objections</u> <br> Irrelevant. F.R.E. 402. <br> Authentication. F.R.E. 602. <br> Personal Knowledge. F.R.E. 901. |
| 4. If a blind or visually impaired individual calls the number (800-252-4031), a live representative can | 4. <br> <u>Disputed</u>. <br> Plaintiff, on February 28, 2017, upon |

3

PLAINTIFF'S STATEMENT OF GENUINE DISPUTES OF MATERIAL FACTS

| | |
|---|---|
| provide assistance with using Defendant's website.<br><br>Galluch Decl. ¶ 2, 4. | learning about the number from Defendant's Motion, called the number and was placed on hold for more than 10 minutes.<br><br>Declaration of Guillermo Robles, ("Decl. Robles") ¶20.<br><br>Objections<br><br>Irrelevant. F.R.E. 402.<br>Authentication. F.R.E. 602.<br>Personal Knowledge. F.R.E. 901. |
| 5. Customers may also directly call their local Domino's Pizza restaurant to order food, purchase goods, and/or ask questions.<br><br>Galluch Decl. ¶ 6. | 5.<br><br>Undisputed but irrelevant.<br><br>Objection<br><br>Irrelevant. F.R.E. 402. |

DATED: March 6, 2017         Respectfully submitted,

                             MANNING LAW APC


                             By:  /s/ Joseph R. Manning, Jr.
                                  Joseph R. Manning, Jr., Esq.
                                  Caitlin J. Scott, Esq.
                                  Attorneys for Plaintiff
                                  GUILLERMO ROBLES