Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Caitlin J. Scott, Esq. (State Bar No. 310619)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff GUILLERMO ROBLES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA LLC,<br><br>Defendant. | Case No.. 2:16-cv-06599<br><br>Hon. S. James Otero<br><br>**PLAINTIFF'S STATEMENT OF ADDITIONAL UNCONTROVERTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>[*Filed concurrently with Plaintiff's Opposition to Defendants' Motion For Summary Judgment; Statement of Genuine Disputes of Material Fact; Objection to Request for Judicial Notice; Declaration of Caitlin J. Scott; Declaration of Guillermo Robles*]<br><br>Date:     March 27, 2017<br>Time:    10:00 a.m.<br>Ctrm.:    10C<br><br>Action Filed:    September 1, 2016 |

1
PLAINTIFF'S ADDITIONAL UNCONTROVERTED STATEMENT OF MATERIAL FACTS

Plaintiff Guillermo Robles ("Plaintiff") hereby submits his Additional Uncontroverted Material Facts in support of his Opposition to Defendant Domino's Pizza LLC's ("Defendant") Motion for Summary Judgment, or in the alternative, Dismissal or Stay (the "Motion") which bear on, or relate to, the issues raised by the movant.

### ADDITIONAL STATEMENT OF UNCONTROVERTED FACTS

| ADDITIONAL UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 6. Defendant operates Domino's restaurants in Los Angeles, California. | Robles Decl. at ¶¶ 6, 15. |
| 7. Defendant's website, www.Dominos.com, offers features on its website, including restaurant locators, permitting users of the website to order food for pick-up and delivery, the ability to purchase gift cards, and is a heavily integrated part of the operation of Defendant's restaurant locations. | Defendant's Motion for Summary Judgment ("MSJ") at 4:6-7; Def. Answer at ¶13. [Docket 15]; Musachio Decl. at ¶6; Robles Decl. at ¶¶ 5-6; |
| 8. Plaintiff is a permanently blind individual who uses a screen reader in order to access the internet and read website content. | Robles Decl. at ¶2-3. |
| 9. Unless websites are designed to read by screen-reading software, blind | Musachio Decl. at ¶6. |

2
PLAINTIFF'S ADDITIONAL UNCONTROVERTED STATEMENT OF MATERIAL FACTS

| | |
|---|---|
| persons cannot fully access websites and the information, products and services contained thereon. | Robles Decl. at ¶¶3-4. |
| 10. Beginning in July 2015, Plaintiff attempted to access the Domino's website, www.Dominos.com to customize and order a pizza from a physical location closest to him in Los Angeles County using www.Dominos.com for pick-up at the Domino's location. | Robles Decl. at ¶¶ 6-7. |
| 11. Plaintiff was unable to independently order any pizza for pick-up at a Domino's location due to the access barriers he encountered. | Robles Decl. at ¶6. |
| 12. On the www.Dominos.com website Plaintiff experienced difficulty locating the "Delivery" and "Carryout" buttons. | Robles Decl. at ¶8. |
| 13. On the www.Dominos.com website Plaintiff understood there was a carousel on the home page but he could not identify the information there because it was unlabeled. | Robles Decl. at ¶9. |
| 14. On the www.Dominos.com website Plaintiff was unable to customize the toppings on the "Pizza | Robles Decl. at ¶10. |

3
PLAINTIFF'S ADDITIONAL UNCONTROVERTED STATEMENT OF MATERIAL FACTS

| | | |
|---|---|---|
| 1 2 3 | Builder" feature because that information was not labeled or readable by his screen-reader. | |
| 4 5 6 7 | 15. On the www.Dominos.com website Plaintiff discovered that he could not activate the "Add to Cart" button. | Robles Decl. at ¶11. |
| 8 9 10 11 12 | 16. On the www.Dominos.com website Plaintiff was unable to locate a specific store where he could pick up a pizza because he could not sort through the results. | Robles Decl. at ¶12. |
| 13 14 15 16 17 18 19 20 21 | 17. On the www.Dominos.com website Plaintiff was unable to independently create a "Pizza Profile" and privately enter his personal and credit card information because he could not identify what the fields were associated with (e.g. street address, apartment number, credit card number, etc.) | Robles Decl. at ¶13. |
| 22 23 24 25 26 27 | 18. All of the accessibility barriers caused Plaintiff to experience difficulty, discomfort, embarrassment, distress, discouragement, and frustration that a sighted individual does not experience when using | Robles Decl. at ¶20. |

| | | |
|---|---|---|
| 1 | Defendant's website. | |
| 2 | 19. Rosemary Musachio ("Muscachio") tested the user experience of www.Dominos.com and found that the a skip-over link does not exist to allow users to bypass repetitive navigation links, the "Search" placeholder exists in the edit box but it is deleted when users tab into it. | Musachio Decl. at ¶7. |
| 3 | 20. Muscachio tested the user experience of www.Dominos.com and found the reference to "Categories" that head the side links is not structured as a heading. | Musachio Decl. at ¶7. |
| 4 | 21. Muscachio tested the user experience of www.Dominos.com and found screen reader users cannot tab pass the browser buttons to reach any interface controls on the website. | Musachio Decl. at ¶7. |
| 5 | 22. Muscachio tested the user experience of www.Dominos.com and found | Musachio Decl. at ¶7. |
| 6 | 23. Muscachio tested the user experience of www.Dominos.com and found the ad carousel does not have a pause button, so it does not give users | Musachio Decl. at ¶7. |

5

PLAINTIFF'S ADDITIONAL UNCONTROVERTED STATEMENT OF MATERIAL FACTS

| | |
|---|---|
| time to tab through ads. | |
| 24. Muscachio tested the user experience of www.Dominos.com and found the buttons on the carousel are not labeled to let screen reader users know which button they are selecting. | Musachio Decl. at ¶7. |
| 25. Muscachio tested the user experience of www.Dominos.com and found the carousel images do not have text alternatives to convey information to screen reader users. | Musachio Decl. at ¶7. |
| 26. Muscachio tested the user experience of www.Dominos.com and found on product pages, where users navigate to select and purchase products, the "Qty" edit box is not labeled to allow screen reader users to identify and navigate to it. | Musachio Decl. at ¶7. |
| 27. Muscachio tested the user experience of www.Dominos.com and found the tabs that start with "Description" do not convey to screen reader users that they are tabs or which one is selected, the "+" and "-" controls are not keyboard accessible, when users tab away from the "Share" link, the keyboard focus skips to the | Musachio Decl. at ¶7. |

6
PLAINTIFF'S ADDITIONAL UNCONTROVERTED STATEMENT OF MATERIAL FACTS

| | |
|---|---|
| bottom navigation links, and the "Add Cart" button cannot be activated by any method | |
| 28. The website, www.Dominos.com, is not equally accessible to persons that are blind or have significant vision loss. | Musachio Decl. at ¶8. |
| 29. It is not an undue burden for Defendant to make coding changes to render www.Dominos.com accessible to persons who use screen-reading software on their computers. | Musachio Decl. at ¶9. |
| 30. The website, www.Dominos.com, did not have an accessibility banner prior to January 30, 2017. | Musachio Decl. at ¶10; Robles Decl. at ¶19. Scott Decl. at ¶¶13-14. |
| 31. Defendant, to date, has not produced any discovery responses which have identified the accessibility banner currently posted on www.Dominos.com. | Scott Decl. at ¶15-16. |

7

PLAINTIFF'S ADDITIONAL UNCONTROVERTED STATEMENT OF MATERIAL FACTS

| | | |
|---|---|---|
| 1 | DATED: March 6, 2017 | Respectfully submitted, |
| 2 | | MANNING LAW APC |
| 4 | | By:  */s/ Joseph R. Manning, Jr.* |
| 5 | | Joseph R. Manning, Jr., Esq. |
| | | Caitlin J. Scott, Esq. |
| 6 | | Attorneys for Plaintiff |
| 7 | | GUILLERMO ROBLES |