Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Caitlin J. Scott, Esq. (State Bar No. 310619)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff GUILLERMO ROBLES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DOMINO'S PIZZA LLC,<br><br>　　　　Defendant. | Case No.. 2:16-cv-06599<br><br>Hon. S. James Otero<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Plaintiff's Opposition to Defendants' Motion For Summary Judgment; Plaintiff's Statement of Genuine Disputes of Material Fact; Plaintiff's Additional Statement of Uncontroverted Material Facts; Plaintiff's Evidentiary Objections; Declaration of Caitlin J. Scott; Declaration of Guillermo Robles; Declaration of Rosemary Musachio; Proposed Order]*<br><br>Date:　　March 27, 2017<br>Time:　　10:00 a.m.<br>Ctrm.:　　10C<br><br>Action Filed:　September 1, 2016 |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Plaintiff Guillermo Robles ("Plaintiff") requests this Court to take judicial notice of the following matters or materials set forth below, pursuant to Federal Rules of Evidence, Rule 201, in support of Plaintiff's opposition to Defendant's Motion for Summary Judgment.

Under Fed. R. Evid., Rule 201(d), judicial notice is mandatory "if requested by a party and [the court is] supplied with the necessary information." Fed. R. Evid., Rule 201(b) further provides that "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

Accordingly, a "court may take judicial notice of matters of public record." *Lee v. City of Los Angeles,* 250 F.3d 668, 689 (9th Cir. Cal. 2001). The Court may therefore take judicial notice of the recorded documents attached as follows:

1. Attached hereto as **Exhibit A** is a true and correct copy of the Statement of Interest of the United States of America in *New v. Lucky Brands Dungarees Stores, Inc.* No. 14-CV-20574 [ECF No. 19 at 6] (S.D. Fla. Apr. 10, 2014).

2. Attached hereto as **Exhibit B** is a true and correct copy of the Statement of Interest of the United States of America in *National Ass 'n of the Deaf et al. v. Harvard University, et al,* Civil Action No. 3:15-cv-30023-MGM [ECF #33] (D. Mass. case filed 2/12/15).

3. Attached hereto as **Exhibit C** is a true and correct copy of the Statement of Interest of the United States of America in *National A ss'n of the Deaf et al. v. Massachusetts Institute of Technology*, et al., Civil Action No. 3:15-cv-30024-MGM [ECF #34] (D. Mass. case filed 2/12/15).

4. Attached hereto as **Exhibit D** is a true and correct copy of a docket in *Del Orden v. Domino's Pizza LLC*, Case No. 1:16-CV-03281 (Southern District of

New York) (filed May 3, 2016) (dismissed June 27, 2016).

5. Attached hereto as **Exhibit E** is a true and correct copy of the court's order in *Davis v. BMI/BNB Travelware Company dba Colorado Bag'n Baggage,* San Bernardino Superior Case No. CIVDS1504682 (Hon. Bryan F. Foster) (March 21, 2016).

DATED: March 6, 2017          Respectfully submitted,

                                      MANNING LAW APC

                                      By:  */s/ Joseph R. Manning, Jr.*
                                             Joseph R. Manning, Jr.

                                      Attorneys for Plaintiff
                                      GUILLERMO ROBLES