EXHIBIT "D"

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:16-cv-03281-RA

| | |
|---|---|
| Del-Orden v. Domino's Pizza LLC | Date Filed: 05/03/2016 |
| Assigned to: Judge Ronnie Abrams | Date Terminated: 06/27/2016 |
| Cause: 42:12188 Americans With Disabilities Act - Civil Enforcement Actions | Jury Demand: Both |
| | Nature of Suit: 446 Civil Rights: Americans with Disabilities - Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jose Del-Orden**
*on behalf of himself and all others similarly situated*

represented by **Anne Melissa Seelig**
Lee Litigation Group, PLLC
30 East 39th Street
2nd Floor
New York, NY 10016
(212) 465-1124
Fax: (212) 465-1181
Email: anne@leelitigation.com
*ATTORNEY TO BE NOTICED*

**Lynn Hsieh**
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
212-465-1128
Email: lynn@leelitigation.com
*ATTORNEY TO BE NOTICED*

**C.K. Lee**
Lee Litigation Group, PLLC
30 East 39th Street
2nd Floor
New York, NY 10016
(212) 465-1188
Fax: (212) 465-1181
Email: cklee@leelitigation.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Domino's Pizza LLC**

represented by **Sean Joseph Kirby**
Sheppard, Mullin, Richter & Hampton, LLP (NYC)
30 Rockefeller Plaza, 24th Fl.
New York, NY 10112
(212)-653-8700

Fax: (212)-653-8701  
Email: skirby@sheppardmullin.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2016 | 1 | COMPLAINT against Domino's Pizza LLC. (Filing Fee $ 400.00, Receipt Number 0208-12256909)Document filed by Jose Del-Orden.(Lee, C.K.) (Entered: 05/03/2016) |
| 05/03/2016 | 2 | CIVIL COVER SHEET filed. (Lee, C.K.) (Entered: 05/03/2016) |
| 05/03/2016 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Domino's Pizza LLC, re: 1 Complaint. Document filed by Jose Del-Orden. (Lee, C.K.) (Entered: 05/03/2016) |
| 05/04/2016 | 4 | ELECTRONIC SUMMONS ISSUED as to Domino's Pizza LLC. (rch) (Entered: 05/04/2016) |
| 05/04/2016 |   | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Ronnie Abrams. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (rch) (Entered: 05/04/2016) |
| 05/04/2016 |   | Magistrate Judge Kevin Nathaniel Fox is so designated. (rch) (Entered: 05/04/2016) |
| 05/04/2016 |   | Case Designated ECF. (rch) (Entered: 05/04/2016) |
| 05/09/2016 | 5 | NOTICE OF APPEARANCE by Anne Melissa Seelig on behalf of Jose Del-Orden. (Seelig, Anne) (Entered: 05/09/2016) |
| 05/17/2016 | 6 | ORDER AND NOTICE OF INITIAL CONFERENCE: Initial Conference set for 7/21/2016 at 03:00 PM in Courtroom 1506, 40 Centre Street, New York, NY 10007 before Judge Ronnie Abrams. (As further set forth in this Order.) (Signed by Judge Ronnie Abrams on 5/17/2016) (cf) (Entered: 05/17/2016) |
| 05/19/2016 | 7 | NOTICE OF APPEARANCE by Lynn Hsieh on behalf of Jose Del-Orden. (Hsieh, Lynn) (Entered: 05/19/2016) |
| 05/20/2016 | 8 | **FILING ERROR - CORPORATE PARENT/OTHER AFFILIATE NOT ADDED -** RULE 7.1 CORPORATE DISCLOSURE STATEMENT.. Document filed by Domino's Pizza LLC.(Kirby, Sean) Modified on 5/24/2016 (lb). (Entered: 05/20/2016) |
| 05/20/2016 | 9 | NOTICE OF APPEARANCE by Sean Joseph Kirby on behalf of Domino's Pizza LLC. (Kirby, Sean) (Entered: 05/20/2016) |
| 05/20/2016 | 10 | ANSWER to 1 Complaint with JURY DEMAND. Document filed by Domino's Pizza LLC.(Kirby, Sean) (Entered: 05/20/2016) |
| 05/23/2016 | 11 | CERTIFICATE OF SERVICE of Order and Notice of Initial Conference served on All Defendants on 5/20/16. Service was made by MAIL. Document filed by Jose Del-Orden. (Lee, C.K.) (Entered: 05/23/2016) |
| 05/24/2016 |   | **\*\*\*NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Sean Joseph Kirby to RE-FILE Document 8 Rule 7.1 Corporate Disclosure Statement. ERROR(S): Corporate Parents were not added. Please re-file this document and when prompted: Are there any corporate** |

| | | |
|---|---|---|
| | | parents or other affiliates?, select the YES radio button and enter the Corporate Parent(s) or Affiliate(s). YOU MUST SELECT THE SEARCH BUTTON. Select the correct name or create a new corporate parent. Add the Corporate Parent(s) or Affiliate(s) one party name at a time. (lb) (Entered: 05/24/2016) |
| 05/24/2016 | 12 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Dominos, Inc., Corporate Parent Dominos Pizza, Inc. for Domino's Pizza LLC. Document filed by Domino's Pizza LLC.(Kirby, Sean) (Entered: 05/24/2016) |
| 06/09/2016 | 13 | SUMMONS RETURNED EXECUTED. Domino's Pizza LLC served on 5/25/2016, answer due 6/15/2016. Service was accepted by Nancy Dougerty, Legal Clerk (Secretary of State). Document filed by Jose Del-Orden. (Lee, C.K.) (Entered: 06/09/2016) |
| 06/27/2016 | 14 | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii): IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, DOMINO'S PIZZA LLC, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), without costs or attorneys' fees to any party. (Signed by Judge Ronnie Abrams on 6/27/2016) (cf) (Entered: 06/27/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/06/2017 15:28:18 | | | |
| **PACER Login:** | jm4923:3185656:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:16-cv-03281-RA |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |