# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-06599 SJO (FFMx) | Date | February 7, 2019 |
| Title | Guillermo Robles v. Dominos Pizza LLC | | |

Present: The Honorable   S. JAMES OTERO

| Victor Paul Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   IN CHAMBERS

On 02/06/19 the Ninth Circuit Court of Appeals issued a Mandate Reversing and Remanding this action to the district court. Accordingly, the Court sets a Status Conference on Monday, April 15, 2019 @ 8:30 a.m. The parties shall file a joint status report by April 1, 2019.\\

JS-5

|   |   : | 0/32 |
|---|---|---|
|   | Initials of Preparer | vpc |