Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Defendant
GUILLERMO ROBLES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC, a limited liability corporation,<br><br>    Defendant. | Case No.: 2:16-cv-06599-SJO-FFM<br><br>**JOINT STATUS REPORT**<br><br>**Date:** April 15, 2019<br>**Time:** 8:30 a.m.<br>**Hon. S. James Otero** |

    NOW COME Plaintiff GUILLERMO ROBLES ("Plaintiff") and Defendant DOMINO'S PIZZA LLC ("Defendant") (collectively referred to as "the Parties"), by and through the undersigned counsel and hereby respectfully submit the instant Joint Status Report.

    On March 4, 2019, Defendant applied to the Supreme Court of the United States for an extension of time within which to file a petition for a writ of certiorari to review the Ninth Circuit Court of Appeals' judgment in this case.  On March 12,

2019, the Supreme Court extended time within which to file a petition for writ of certiorari to June 14, 2019.  Plaintiff will oppose the certiorari petition.

The Parties intend to conduct discovery pending the outcome of a writ of certiorari that has not yet been submitted to the United States Supreme Court.  Defendant has answered and there are no pending motions.

The Parties submit a proposed schedule of pretrial dates:

| Matter | Time | Days before trial | Plaintiff's Request (Insert specific date) | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) (court) Estimated length: **4 days** | 9:00 a.m. | | 3/24/2020 | 3/24/2020 | |
| Final Pretrial Conference; Discuss Previously-Filed Motions in Limine; File Agreed-Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Dispute Instructions and Verdict Forms; File Proposed Voir Dire Questions and Agreed-To Statement of Case; File Witness List, Exhibit List, and Trial Brief | 9:00 a.m. | -8 | 3/16/2020 | 3/16/2020 | |
| Last day for hearing motions | | -45 | 2/9/2020 | 2/9/2020 | |
| Discovery cut-off | | -90 | 12/20/2019 | 12/20/2019 | |

ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE

L.R. 16-14 Settlement Choice: (1) CT/USMJ   (2) Atty   (3) Outside ADR   (4) Trial Court

| | | | | | |
|---|---|---|---|---|---|
| Last day to conduct Settlement Conference | | 3 weeks prior to pretrial conference | 2/3/2020 | | |
| Last day to amend pleadings or add parties | | Within 30 days from scheduling conference | 2/17/20 | Already passed per Dkt. 26. | |

| | |
|---|---|
| Dated: April 1, 2019 | **MANNING LAW, APC** |
| | By: /s/ *Joseph R. Manning Jr.* |
| | Joseph R. Manning Jr. |
| | Attorneys for Plaintiff |
| Dated: April 1, 2019 | |
| | By: */s/ Bradley J. Leimkuhler* |
| | Bradley J Leimkuhler |
| | Attorneys for Defendant, |

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: April 1, 2019 | **MANNING LAW, APC** |
| | By: /s/ *Joseph R. Manning Jr.* |
| | Joseph R. Manning Jr. |
| | Attorneys for Plaintiff |