UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-06599 SJO (FFMx) | Date | April 15, 2019 |
|---|---|---|---|
| Title | Guillermo Robles v. Dominos Pizza LLC | | |

| Present: The Honorable | S. JAMES OTERO | | |
|---|---|---|---|
| Victor Paul Cruz | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter | | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Osman Taher | Gregory F. Hurley |

**Proceedings:**   STATUS CONFERENCE

Matter called.

The Court sets the following schedule:

| | |
|---|---|
| Jury Trial: | Tuesday, March 24, 2020 @ 9:00 a.m. |
| Pretrial Conference: | Monday, March 16, 2020 @ 9:00 a.m. |
| Motion Cutoff: | Tuesday, January 21, 2010 @ 10:00 a.m. |
| Discovery Cutoff: | Monday, December 23, 2019. |
| Last Date to Amend: | Wednesday, May 15, 2019. |

Settlement is referred to the Alternative Dispute Resolution Program for all further proceedings.

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are reminded of their obligations under Fed. R. Civ. P. 26-1(a) to disclose information without a discovery request.
    Court advises counsel that all Pretrial documents must be filed in compliance with the Court's standing order, including but not limited to:
1.    All Jury Instructions, agreed and opposed;
2.    Verdict Forms;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-06599 SJO (FFMx) | Date | April 15, 2019 |
|---|---|---|---|
| Title | Guillermo Robles v. Dominos Pizza LLC | | |

3. Proposed Voir Dire Questions;
4. Agreed-To Statement of Case;
5. Witness List, listing each witness and time estimates to conduct direct, cross, redirect and recross;
6. Trial Brief and Memorandum of Contentions;
7. Joint Rule 26(f) Report;
8. If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;
9. Motions in Limine are to be filed according to Local Rule 7 and will be heard at 9:00 a.m. the first day of trial;
10. Exhibits properly labeled, tagged, and in binders.

cc: ADR Coordinator

|  | : | 0/02 |
|---|---|---|
| Initials of Preparer | | vpc |