Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
Osman M. Taher, Esq. (State Bar No. 272441)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC, a limited liability corporation,<br>　　　　Defendant. | **Case No.:** 2:16-cv-06599-SJO-FFM<br><br>**NOTICE OF MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT**<br><br>**DATE:** June 17, 2019<br>**TIME:** 10:00 AM<br>**COURTROOM:** 10C<br><br>**HON. S. JAMES OTERO** |

---

**NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT**

1

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on **JUNE 17, 2019** at **10:00 A.M.**, or as soon thereafter as the matter may be heard, Plaintiff GUILLERMO ROBLES ("Plaintiff") will move this Court located at **350 W. 1ST STREET, LOS ANGELES, CA 90012** Courtroom **10C**, for leave to file a First Amended Complaint. Plaintiff moves this Court for an order under Rule 15(a) of the Federal Rules of Civil Procedure granting Plaintiff leave to file the First Amended Complaint in the form shown in the copy of the proposed First Amended Complaint that is attached to the Declaration of Joseph R. Manning, Jr. as Exhibit 1.

This motion is made following the conference of counsel which took place on the 14th and 15th of May, 2019.

This motion is based upon this Notice, the attached Memorandum of Points and Authorities, any attached declarations, and on such other evidence attached or as may be presented at the hearing of this motion.

Dated: May 15, 2019                **MANNING LAW, APC**

                              By: */s/ Joseph R. Manning, Jr., Esq.*
                                   Joseph R. Manning Jr., Esq.
                                   Attorneys for Plaintiff