Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
Osman M. Taher, Esq. (State Bar No. 272441)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC, a limited liability corporation,<br>  Defendant. | **Case No.:** 2:16-cv-06599-SJO-FFM<br><br>**DECLARATION OF JOSEPH R. MANNING, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT**<br><br>**DATE:** June 17, 2019<br>**TIME:** 10:00 AM<br>**COURTROOM:** 10C<br><br>**HON. S. JAMES OTERO** |

---

**DECLARATION OF JOSEPH R. MANNING, JR.**
1

I, Joseph R. Manning, Jr., hereby declare under the penalty of perjury that the foregoing is true and correct:

1. I am one of the attorneys for the Plaintiff GUILLERMO ROBLES ("Plaintiff") in the above-entitled action.
2. I am licensed to practice law before this court and all California State courts.
3. I have personal knowledge of the information contained in this Declaration and could testify to such if called to do so.
4. I submit this Declaration in support of Plaintiffs' Motion for Leave to Amend Plaintiff's Complaint.
5. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' Proposed First Amended Complaint.
6. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff's Proposed First Amended Complaint that shows through redlining how the Proposed Amended Complaint differs from the Complaint.

I declare under penalty and perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed on the 15th day of May 2019, at Newport Beach, California.

Dated: May 15, 2019        **MANNING LAW, APC**

                               By: */s/ Joseph R. Manning, Jr., Esq.*
                                       Joseph R. Manning Jr., Esq.
                                       Attorneys for Plaintiff