Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
Osman M. Taher, Esq. (State Bar No. 272441)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC, a limited liability corporation,<br>  Defendant. | **Case No.:** 2:16-cv-06599-SJO-FFM<br><br>**DECLARATION OF TRISTAN P. JANKOWSKI IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT**<br><br>**DATE:** June 17, 2019<br>**TIME:** 10:00 AM<br>**COURTROOM:** 10C<br><br>**HON. S. JAMES OTERO** |

I, Tristan P. Jankowski, hereby declare under the penalty of perjury that the foregoing is true and correct:

1. I am one of the attorneys for the Plaintiff GUILLERMO ROBLES ("Plaintiff") in the above-entitled action.

2. I am licensed to practice law before this court and all California State courts.

3. I have personal knowledge of the information contained in this Declaration and could testify to such if called to do so.

4. On May 14, 2019, I emailed Defendant's counsel, Bradley Leimkuhler, with a Proposed First Amended Complaint and requested that Defendant stipulate to allow Plaintiff to amend his Complaint. Mr. Leimkuhler did not respond by email to my request.

I declare under penalty and perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed on the 15th day of May 2019, at Charleston, South Carolina.

Dated: May 15, 2019        **MANNING LAW, APC**

By: */s/ Tristan P. Jankowski*
Tristan P. Jankowski
Attorneys for Plaintiff

**DECLARATION OF TRISTAN P. JANKOWSKI**

2