Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
Osman M. Taher, Esq. (State Bar No. 272441)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC, a limited liability corporation,<br>Defendant. | **Case No.:** 2:16-cv-06599-SJO-FFM<br><br>**DECLARATION OF OSMAN M. TAHER IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT**<br><br>**DATE:** June 17, 2019<br>**TIME:** 10:00 AM<br>**COURTROOM:** 10C<br><br>**HON. S. JAMES OTERO** |

I, Osman M. Taher, hereby declare under the penalty of perjury that the foregoing is true and correct:

1. I am one of the attorneys for the Plaintiff GUILLERMO ROBLES ("Plaintiff") in the above-entitled action.

---

**DECLARATION OF OSMAN M. TAHER**

1

2. I am licensed to practice law before this court and all California State courts.

3. I have personal knowledge of the information contained in this Declaration and could testify to such if called to do so.

4. On May 15, 2019, while attending a site inspection on another matter, I met in-person with counsel for Defendant, Bradley Leimkuhler, and discussed with him whether Defendant will stipulate to allow Plaintiff to amend his Complaint.

5. I provided and reviewed with Mr. Leimkuhler a copy of the Proposed First Amended Complaint, and explained that the primary substantive changes are pleading the alleged barriers with greater specificity.

6. I told Mr. Leimkuhler that Plaintiff's deadline to amend the Complaint is today and that Defendant will not in any way be prejudiced by Plaintiff pleading with more specificity.

7. Counsel for Defendant, Mr. Leimkuhler, refused to stipulate to allow Plaintiff to amend his complaint.

I declare under penalty and perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed on the 15th day of May 2019, at Newport Beach, California.

Dated: May 15, 2019         MANNING LAW, APC

                            By: */s/ Osman M. Taher.*
                                Osman M. Taher
                                Attorneys for Plaintiff

**DECLARATION OF OSMAN M. TAHER**

2