UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC, a limited liability corporation,<br>　　　　Defendant. | **Case No.:** 2:16-cv-06599-SJO-FFM<br><br>**MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT**<br><br>**DATE:**　June 17, 2019<br>**TIME:**　10:00 AM<br>**COURTROOM:**　10C<br><br>**HON. S. JAMES OTERO** |

　　This matter came on for hearing on June 17, 2019 at 10:00 AM on Plaintiff's duly noticed Motion for Leave to File Amended Complaint.  Having read the papers submitted in support of and in opposition to the motion and having considered the arguments of counsel, the Court finds that justice requires that leave to amend is granted. Accordingly,

**IT IS HEREBY ORDERED THAT:**

1. The motion is **GRANTED**;
2. Plaintiff is given leave to file the First Amended Complaint that was attached as Exhibit 1 to the Declaration of Joseph R. Manning, Jr.;
3. Plaintiff's First Amended Complaint shall be filed within 3 days of this Order; and,

---

**[PROPOSED] ORDER**

1

4.  Defendants may respond to this amended pleading within 21 days thereafter.

Dated: _____                    _____
                                            HONORABLE S. JAMES OTERO
                                            UNITED STATES DISTRICT JUDGE

---

**[PROPOSED] ORDER**
2