SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant,
DOMINO'S PIZZA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>            Plaintiff,<br><br>     v.<br><br>DOMINO'S PIZZA LLC,<br><br>            Defendant. | Case No. 2:16-cv-06599<br>Hon. S. James Otero<br><br>**DECLARATION OF BRADLEY J. LEIMKUHLER IN SUPPORT OF DEFENDANT DOMINO'S PIZZA LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT**<br><br>Date:  June 17, 2019<br>Time:  10:00 a.m.<br>Ctrm.:  10C<br><br>Action Filed:  September 1, 2016<br>Trial Date:     March 24, 2020 |

<u>DECLARATION OF BRADLEY J. LEIMKUHLER</u>

I, Bradley J. Leimkuhler, declare as follows:

1.  I am an attorney duly admitted to practice before this Court. I am an associate with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant Domino's Pizza, LLC ("Defendant"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. This declaration is submitted in support of Defendant's Opposition to Plaintiff Guillermo Robles' ("Plaintiff") Motion for Leave to Amend Plaintiff's Complaint.

2.  On May 14, 2019 – the day before Plaintiff's new deadline to amend his complaint – Tristan Jankowski, counsel for Plaintiff, sent an email to me asking if Defendant would stipulate to the filing of an amended complaint at approximately 2:30 p.m. Plaintiff's email did not indicate he wished to meet and confer on any potential motion. A true and correct copy of this email is attached as Exhibit A.

3.  On May 14, 2019, I was in a mandatory settlement conference in the matter of *Kayla Reed v. Ashley Homestores, Ltd. et. al.*, that is pending in the Superior Court of California County of Ventura, Case No. 56-2017-00495795-CU-CR-VTA. Ms. Reed is represented by the same law firm as Plaintiff and other counsel from this law firm was also in attendance at the settlement conference. The settlement conference began at 10:30 a.m. in Ventura, California. I did not return to my home in Orange County until approximately 9pm.

4.  On May 15, 2019, I received a phone call at approximately 10:12 am from Michael Manning, counsel for Plaintiff, asking if I would stipulate to the filing of the First Amended Complaint. Mr. Manning informed me they needed to know my response as soon as possible because the deadline for them to file it was that day. I informed Plaintiff's counsel that I had just gotten into the office, did not have a chance to review the proposed first amended complaint, or discuss with my client.

I also informed Mr. Manning that was leaving shortly for a court ordered site inspection in another matter.

5.   On May 15, 2019, I attended a court ordered site inspection in the matter of *James Rutherford v. JC Resorts, LLC*, United States District Court for the Southern District of California, Case No. 3:19-cv-00665-BEN-NLS.  The site inspection took place in Rancho Bernardo, California.  Mr. Rutherford is also represented by the same law firm as Plaintiff.  Osman Taher, counsel for Plaintiff, attended the site inspection.

6.   At the site inspection, Mr. Taher asked me if Defendant would stipulate to the filing of the amended complaint.  I informed Mr. Taher that I still had not had a chance to review it or discuss with my client.  Therefore, I told him that we could not stipulate to the filing of this Complaint by the May 15, 2019 deadline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 24, 2019, at Costa Mesa, California.

*/s/ Bradley J. Leimkuhler*
Bradley J. Leimkuhler