# Exhibit A

| | |
|---|---|
| **From:** | Tristan Jankowski |
| **To:** | Brad Leimkuhler |
| **Cc:** | Joe Manning; Michael Manning |
| **Subject:** | 2:16-cv-06599-SJO-FFM Guillermo Robles v. Dominos Pizza LLC- Stipulation to Amend Complaint |
| **Date:** | Tuesday, May 14, 2019 2:31:57 PM |
| **Attachments:** | First Amended Complaint-Robles v Dominos.pdf |

Brad,

Please advise if you will stipulate to the filing of the attached amended complaint.

Thank you.



Tristan P. Jankowski, Esq.
Attorney

20062 S.W. Birch St., Suite 200 • Newport Beach, CA 92660
Tel: Office (949) 200-8755 • Direct (949) 478-5388 • Fax: (866) 843-8308
tristanj@manninglawoffice.com
www.ManningLawAPC.com

**PLEASE NOTE**: (1) This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is privileged, confidential and protected from disclosure.  If you have received this e-mail in error or are not the intended recipient, you may not use, copy or disclose this message or any information contained in or with it to anyone.  Should this occur, please notify the sender by reply e-mail and delete the message in its entirety.  The sender does not intend to waive and does not waive any privilege(s) or the confidentiality of the message(s) and/or attachment(s); (2) You do not become a client of Manning Law, APC or any of its attorneys unless you enter into a written agreement signed by you and Manning Law, APC.  The agreement must also spell out the scope of the work that is to be done. Simply sending an inquiry by mail, telephone, fax, or email does not establish an attorney-client relationship with either Manning Law, APC or any of its attorneys. Thank you.