SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant,
DOMINO'S PIZZA LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>  Plaintiff,<br><br> v.<br><br>DOMINO'S PIZZA LLC,<br><br>  Defendant. | Case No. 2:16-cv-06599<br>Hon. S. James Otero<br><br>**DEFENDANT DOMINO'S PIZZA LLC'S NOTICE OF MOTION AND MOTION FOR STAY**<br><br>Date: July 15, 2019<br>Time: 10:00 a.m.<br>Ctrm.: 10C<br><br>Action Filed: September 1, 2016<br>Trial Date: March 24. 2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 15, 2019 at 10:00 a.m. in Courtroom 10C of the above-entitled Court located at 350 W. 1st Street, Los Angeles, CA 90012, Defendant Domino's Pizza LLC ("Defendant") will, and hereby does, move the Court for a stay of this litigation pending the United States Supreme Court's determination of whether to grant Defendant's forthcoming petition for a writ of certiorari.  Defendant contends that there is a substantial likelihood the Supreme Court will grant the petition given (1) the issues in this case have a national importance and (2) to resolve the current circuit split of authority concerning the applicability of the Americans with Disabilities Act ("ADA") to websites and mobile applications.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 23, 2019, June 3, 2019, and June 4, 2019.  This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Bradley J. Leimkuhler and attached exhibits, the records and files herein, and such other evidence as may be admitted at the time of hearing of the motion.

Dated:  June 10, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ *Gregory F. Hurley*
GREGORY F. HURLEY

Attorneys for Defendant,
DOMINO'S PIZZA LLC