1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  |    A Limited Liability Partnership
2 |    Including Professional Corporations
  | GREGORY F. HURLEY, Cal. Bar No. 126791
3 | ghurley@sheppardmullin.com
  | MICHAEL J. CHILLEEN, Cal. Bar No. 210704
4 | mchilleen@sheppardmullin.com
  | BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
5 | bleimkuhler@sheppardmullin.com
  | 650 Town Center Drive, 10th Floor
6 | Costa Mesa, California 92626-1993
  | Telephone:  714.513.5100
7 | Facsimile:   714.513.5130

8 | Attorneys for Defendant,
  | DOMINO'S PIZZA LLC
9 |

10 | UNITED STATES DISTRICT COURT

11 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12 |

13 | GUILLERMO ROBLES,

   | Case No. 2:16-cv-06599
   | Hon. S. James Otero

14 |           Plaintiff,

   | **DECLARATION OF BRADLEY J.**
15 |      v.
   | **LEIMKUHLER IN SUPPORT OF**
   | **DEFENDANT DOMINO'S PIZZA**
16 | DOMINO'S PIZZA LLC,
   | **LLC'S MOTION FOR STAY**

17 |           Defendant.

18 | 
   | Date:    July 15, 2019
   | Time:    10:00 a.m.
   | Ctrm.:  10C

19 |

20 | 
   | Action Filed:   September 1, 2016
   | Trial Date:     March 24. 2020

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

<u>DECLARATION OF BRADLEY J. LEIMKUHLER</u>

I, Bradley J. Leimkuhler, declare as follows:

1.     I am an attorney duly admitted to practice before this Court.  I am an associate with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant, DOMINO'S PIZZA LLC ("Defendant").  If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.  This declaration is submitted in support of Defendant's Motion For Stay ("Motion").

2.     Attached to this Declaration as Exhibit A is a true and correct copy of a complaint dated April 24, 2019 from the action entitled *The People of the State of California v. James Rutherford, et al.*, Superior Court of California for the County of Riverside Case No. RIC 1902577.

3.     Before bringing this Motion, I met and conferred with counsel for Plaintiff Guillermo Robles ("Plaintiff") to discuss the substance of this Motion and any potential resolution.  On May 23, I emailed Plaintiff's counsel asking if they would stipulate to a stay of this action or provide me with a time to further meet and confer.  On June 3, Tristan Jankowski, counsel for Plaintiff, informed me via email that Plaintiff would not agree to a stay.  Attached to this Declaration as Exhibit B is a true and correct copy of my email correspondence with Plaintiff's counsel.  On June 4, I spoke via telephone with counsel for Plaintiff, Michael Manning, to further discuss the grounds for Domino's anticipated motion.  Mr. Manning reiterated that Plaintiff would not agree to a stay, necessitating this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of June, 2019, at Costa Mesa, California.

*/s/ Bradley J. Leimkuhler*
Bradley J. Leimkuhler