# Exhibit B

| | |
|---|---|
| **From:** | Brad Leimkuhler |
| **To:** | "Michael Manning"; Tristan Jankowski; Joe Manning |
| **Cc:** | Greg Hurley |
| **Subject:** | RE: Robles v. Domino"s Pizza - Motion to Stay |
| **Date:** | Tuesday, June 4, 2019 12:58:53 PM |

Now works.  I'll give you a call shortly.  Thanks.

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

## SheppardMullin

650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Michael Manning <mike@manninglawoffice.com>
**Sent:** Tuesday, June 4, 2019 12:55 PM
**To:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Joe Manning <joe@manninglawoffice.com>
**Cc:** Greg Hurley <GHurley@sheppardmullin.com>
**Subject:** RE: Robles v. Domino's Pizza - Motion to Stay

Hi Brad,

I'm available to speak on Thursday at 3 pm.  I'm also available now if you're around.  Regardless, Thursday at 3 pm works.

Thanks



Michael J. Manning. Esq.

Please note my new street address, below.  Only the street address has changed.  All other contact information remains the same.  Thank you.

20062 S.W. Birch St., Suite 200 • Newport Beach, CA 92660
Tel: Office (949) 200-8757 • Fax: (866) 843-8308
mike@manninglawoffice.com
www.ManningLawAPC.com

**PLEASE NOTE**: (1) This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is privileged, confidential and protected from disclosure.  If you have received this e-mail in error or are not the intended recipient, you may not use, copy or disclose this message or any information contained in or with it to anyone.  Should this occur, please notify the sender by reply e-mail and delete the message in its entirety.  The sender does not intend to waive and does not waive any privilege(s) or the confidentiality of the message(s) and/or attachment(s); (2) You do not become a client of Manning Law, APC or any of its attorneys unless you enter into a written agreement signed by you and Manning Law, APC.  The agreement must also spell out the scope of the work that is to be done. Simply sending an inquiry by mail, telephone, fax, or email does not establish an attorney-client relationship with either Manning Law, APC or any of its attorneys. Thank you.

---

**From:** Brad Leimkuhler [mailto:BLeimkuhler@sheppardmullin.com]
**Sent:** Tuesday, June 04, 2019 12:33 PM
**To:** Tristan Jankowski <tristanj@manninglawoffice.com>; Michael Manning <mike@manninglawoffice.com>; Joe Manning <joe@manninglawoffice.com>
**Cc:** Greg Hurley <GHurley@sheppardmullin.com>
**Subject:** RE: Robles v. Domino's Pizza - Motion to Stay

Counsel,

I have been asking since May 23, 2019 for a date and time to meet and confer on Defendant's anticipated motion to stay this action pending the Supreme Court's determination on our forthcoming petition for review.  Judge Otero's standing order requires strict compliance with the meet and confer requirements of L-R 7-3.

I am available tomorrow for a call between 10-12 or Thursday from 3-5.  Please let me know if one of those times works.  Otherwise, we will assume that Plaintiff refuses to meet and confer and proceed accordingly.  Thanks.

Regards,
-Brad

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

**Sheppard**Mullin

650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Brad Leimkuhler
**Sent:** Monday, June 3, 2019 1:16 PM
**To:** 'Tristan Jankowski' <tristanj@manninglawoffice.com>; Michael Manning <mike@manninglawoffice.com>; Joe Manning <joe@manninglawoffice.com>
**Cc:** Greg Hurley <GHurley@sheppardmullin.com>
**Subject:** RE: Robles v. Domino's Pizza - Motion to Stay

We disagree with your statements below.  Please provide your availability to meet and confer pursuant to Rule 7-3 so we can proceed with our motion.  Thanks.

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

**Sheppard**Mullin

650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Tristan Jankowski <tristanj@manninglawoffice.com>
**Sent:** Monday, June 3, 2019 11:33 AM
**To:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Michael Manning <mike@manninglawoffice.com>; Joe Manning <joe@manninglawoffice.com>
**Cc:** Greg Hurley <GHurley@sheppardmullin.com>
**Subject:** RE: Robles v. Domino's Pizza - Motion to Stay

Brad,

We reviewed the document you provided and we will not stipulate to such a stay.

First, you did not bring up this issue at the April 15, 2019, scheduling conference, despite apparently planning to petition for cert for quite some time before then.  This is asking for a change to the scheduling order without good cause.

Second, without a Circuit split or even any other district court following the district court's order, there is no split of authority and the Supreme Court is extremely unlikely to take the case, making this a waste of time.

Regards,

Tristan



Tristan P. Jankowski, Esq.
Attorney

20062 S.W. Birch St., Suite 200 • Newport Beach, CA 92660
Tel: Office (949) 200-8755 • Direct (949) 478-5388 • Fax: (866) 843-8308
tristanj@manninglawoffice.com
www.ManningLawAPC.com

**PLEASE NOTE**: (1) This E-mail (including attachments) is covered by the Electronic Communications
Privacy Act, 18 USC Sections 2510-2521, is privileged, confidential and protected from disclosure.  If
you have received this e-mail in error or are not the intended recipient, you may not use, copy or
disclose this message or any information contained in or with it to anyone.  Should this occur, please
notify the sender by reply e-mail and delete the message in its entirety.  The sender does not intend
to waive and does not waive any privilege(s) or the confidentiality of the message(s) and/or
attachment(s); (2) You do not become a client of Manning Law, APC or any of its attorneys unless
you enter into a written agreement signed by you and Manning Law, APC.  The agreement must also
spell out the scope of the work that is to be done. Simply sending an inquiry by mail, telephone, fax,
or email does not establish an attorney-client relationship with either Manning Law, APC or any of its
attorneys. Thank you.

**From:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>
**Sent:** Friday, May 31, 2019 8:09 PM
**To:** Michael Manning <mike@manninglawoffice.com>; Tristan Jankowski
<tristanj@manninglawoffice.com>; Joe Manning <joe@manninglawoffice.com>
**Cc:** Greg Hurley <GHurley@sheppardmullin.com>
**Subject:** RE: Robles v. Domino's Pizza - Motion to Stay

Counsel,

It has been over a week since I sent this email requesting a time to meet and confer on Defendant's
anticipated motion.  Please let me know a time that works by noon on June 3.  Otherwise, we will

assume that Plaintiff is refusing to meet and confer and will proceed accordingly.  Thanks.

Regards,
-Brad

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

**Sheppard**Mullin
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Brad Leimkuhler
**Sent:** Thursday, May 23, 2019 10:10 AM
**To:** Michael Manning <mike@manninglawoffice.com>; Tristan Jankowski
<tristanj@manninglawoffice.com>; Joe Manning <joe@manninglawoffice.com>
**Cc:** Greg Hurley <GHurley@sheppardmullin.com>
**Subject:** Robles v. Domino's Pizza - Motion to Stay

Counsel,

Defendant intends to move for a stay of this action pending the Supreme Court's
determination of our forthcoming petition for review.  Attached is an example of a District
Court in the Ninth Circuit staying an action under similar circumstances.

Please let us know if Plaintiff will stipulate to such a stay.  In the alternative, please let me
know some times next week that Plaintiff is available to meet and confer, pursuant to L-R 7-3,
on Defendant's anticipated motion.  Thank you.

Regards,
-Brad

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

**Sheppard**Mullin
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

Attention: This message is sent by a law firm and may contain information that is privileged or

confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.