SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant,
DOMINO'S PIZZA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>   Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC,<br><br>   Defendant. | Case No. 2:16-cv-06599<br>Hon. S. James Otero<br><br>**DECLARATION OF BRADLEY J. LEIMKUHLER IN SUPPORT OF DEFENDANT DOMINO'S PIZZA LLC'S REPLY IN SUPPORT OF MOTION FOR STAY**<br><br>Date:  July 15, 2019<br>Time:  10:00 a.m.<br>Ctrm.:  10C<br><br>Action Filed:  September 1, 2016<br>Trial Date:  March 24, 2020 |

SMRH:4824-5281-6283.1

Case No. 2:16-cv-06599
LEIMKUHLER DECLARATION

## DECLARATION OF BRADLEY J. LEIMKUHLER

I, Bradley J. Leimkuhler, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant, DOMINO'S PIZZA LLC ("Defendant"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. This declaration is submitted in support of Defendant's Reply In Support of Motion For Stay.

2. Attached to this Declaration as Exhibit A is a true and correct copy of Defendant's Petition For A Writ Of Certiorari that was filed with the Supreme Court of the United States on June 13, 2019.

3. Attached to this Declaration as Exhibit B is a true and correct copy of an amicus brief authored by the Restaurant Law Center, the American Bankers Association, the American Hotel & Lodging Association, the American Resort Development Association, the Asian American Hotel Owners Association, the Chamber of Commerce of the United States of America, International Council of Shopping Centers, the International Franchise Association, the National Association of Convenience Stores, the National Association of Home Builders of the United States, the National Association of Realtors®, the National Association of Theatre Owners, the National Federation of Independent Small Business Legal Center, the National Multifamily Housing Council, the National Retail Federation, and the Retail Litigation Center and filed with the Ninth Circuit Court of Appeals on December 27, 2017.

|   |   |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States of |
| 2 | America that the foregoing is true and correct. |
| 3 | Executed on this 1st day of July, 2019, at Costa Mesa, California. |
| 4 | |
| 5 | /s/ Bradley J. Leimkuhler |
| 6 | Bradley J. Leimkuhler |