Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Eve L. Hill (*pro hac vice*)
ehill@browngold.com
Jessica P. Weber (*pro hac vice*)
jweber@browngold.com
**BROWN, GOLDSTEIN & LEVY, LLP**
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Office: (410) 962-1030
Facsimile: (410) 385-0869

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC, a limited liability corporation,<br><br>Defendant. | **Case No.:** 2:16-cv-06599 JGB(FFMx).<br><br>**JOINT STIPULATION AND REQUEST FOR MODIFICATION OF SCHEDULING ORDER**<br><br>**HON. JESUS G. BERNAL** |

**TO THE COURT AND ALL PARTIES:**

      Plaintiff GUILLERMO ROBLES ("Plaintiff") and DOMINO'S PIZZA LLC ("Defendant") agree, hereby stipulate by and through their counsel of record, and hereby request that the Court modify the Scheduling Order (Dkt. Nos. 56 and 85) in accordance with the stipulated schedule set forth herein.

      WHEREAS, on April 15, 2019, the Court set the following schedule: Jury Trial: Tuesday, March 24, 2020 9:00 a.m.; Pretrial Conference: Monday, March 16, 2020 9:00 a.m.; Motion Cutoff: Tuesday, January 21, 20[2]0 10:00 a.m.; Discovery Cutoff: Monday, December 23, 2019; Last Date to Amend: Wednesday, May 15, 2019 (Dkt. No. 56).

      WHEREAS, on June 14, 2019, the Plaintiff filed a First Amended Complaint (Dkt. No. 66).

      WHEREAS, on December 12, 2019, the Clerk entered a default in favor of Plaintiff (Dkt. No. 81).

      WHERAS, on February 18, 2020, the Court vacated and set aside the default, deemed Defendant's Answer to the First Amended Complaint filed as of February 28, 2020, and continued the Pretrial Conference to July 20, 2020 and the trial to July 28, 2020 (Dkt. No. 83).

      WHEREAS, in light of the revived proceedings, on March 6, 2020, the Parties met and conferred regarding outstanding written discovery and agreed to voluntary produce Plaintiff and Defendant's corporate representatives for deposition, notwithstanding the passage of the Discovery Cutoff.

      WHEREAS, on April 2, 2020, the Case was reassigned from the calendar of Judge S. James Otero to the calendar of Judge Jesus G. Bernal (Dkt. No. 84).

      WHEREAS, on April 20, 2020, the Court reset the time for the Pretrial Conference, but retained the date for said Conference and trial (Dkt. No. 85).

      WHEREAS, the COVID-19 pandemic has adversely affected the availability of the Parties, and the closure of business activities that have accompanied California's stay-at-home order have impeded Plaintiff's and Defendant's corporate representatives' voluntary depositions, document productions, and settlement

discussions.

WHEREAS, the modest three-month continuance of the trial will avoid unnecessary waste of judicial, party, and attorney time and resources while business activities and communication continues to be impacted by the California's stay-at-home order and business lockdown caused by the COVID-19 pandemic, and will further avoid the risk of infection of COVID-19 amongst the parties, their counsel, and witnesses.

WHEREAS, counsel for the Parties have scheduling conflicts in August and September 2020;

NOW THEREFORE, the Parties stipulate and agree that there is good cause to continue the dates in the Court's Scheduling and Case Management Order as follows:

Discovery Cutoff is extended for the sole purpose of conducting the deposition of Plaintiff and Defendant's corporate representative: August 21, 2020

Pretrial Conference: Monday, October 5, 2020. 9:00 a.m.

Jury Trial: Tuesday, October 13, 2020 9:00 a.m.

The Parties therefore respectfully request pursuant to Rule 16(b)(4) that the Court grant the Parties' request to modify the Scheduling Order.


Dated: June 9, 2020         By: */s/ Joseph R. Manning, Jr., Esq.*
                                Joseph R. Manning Jr., Esq.
                                MANNING LAW, APC

                                Eve L. Hill (*pro hac vice*)
                                Jessica P. Weber (*pro hac vice*)
                                BROWN, GOLDSTEIN & LEVY, LLP


Dated: June 9, 2020         By: */s/ Bradley Leimkuhler*
                                Bradley Leimkuhler
                                SHEPPARD, MULLIN, RICHTER
                                & HAMPTON LLP
                                Attorney for Defendant

## Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 9, 2020                    By: /s/ *Joseph R. Manning, Jr.*