SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
STACY M. DOMINGUEZ, Cal. Bar No. 279161
sdominguez@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for DOMINO'S PIZZA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOMINO'S PIZZA LLC,<br><br>　　　　Defendant. | Case No. 2:16-cv-06599<br>Hon. Jesus G. Bernal<br><br>**DEFENDANT DOMINO'S PIZZA LLC'S NOTICE OF MOTION TO COMPEL AND MOTION TO COMPEL (1) RESPONSES TO REQUESTS FOR PRODUCTION; AND (2) RESPONSES TO INTERROGATORIES; REQUEST FOR SANCTIONS**<br><br>Filed Concurrently with Memorandum of Points & Authorities; Declaration of Bradley J. Leimkuhler; and [Proposed] Order<br><br>Date: September 28, 2020<br>Time: 9:00 a.m.<br><br>Trial Date:　December 8. 2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 28, 2020 at 9:00 a.m. in Courtroom Number 1 of the above-entitled Court located at 3470 Twelfth Street, Riverside, California 92501.  Defendant Domino's Pizza LLC ("Defendant") will, and hereby does, move the Court for an Order compelling (1) responses to Requests for Production Nos. Nos. 18-23, 25, 26 and 28; (2) responses to Interrogatories Nos. 1, 2, 7, 8, and 10; and (3) for sanctions.

Defendant has noticed this motion before Judge Bernal as the Magistrate Judge assigned to this case has since retired.  Defendant is agreeable to the reassignment of this motion before a Magistrate Judge as soon as reasonably practicable to ensure a swift resolution of this discovery issue.

As detailed in the accompanying declaration of Bradley J. Leimkuhler, counsel for Plaintiff has failed to timely meet and confer regarding the issues raised in this Motion. Therefore, this Motion is brought pursuant to L.R. 37-2.4(a).  This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the declaration of Bradley J. Leimkuhler and attached exhibits, the [Proposed] Order, and the record and files herein, and such other evidence as may be admitted at the time of the hearing of the motion.

Dated:  August 31, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By      /s/ *Gregory F. Hurley*
        GREGORY F. HURLEY

Attorneys for DOMINO'S PIZZA LLC