# Exhibit B

Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Caitlin J. Scott, Esq. (State Bar No. 310619)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
info@manninglawoffice.com

Attorneys for Plaintiff GUILLERMO ROBLES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DOMINO'S PIZZA LLC, a limited liability corporation, <br><br> Defendant. | Case No.: 2:16-CV-06599-SJO-FFM <br><br> JUDGE: Hon. S. James Otero <br> CTRM: 10C <br><br> **PLAINTIFF GUILLERMO ROBLES' RESPONSE TO PLAINTIFF'S REQUESTS FOR PRODUCTION** <br><br> ACTION FILED: September 1, 2016 <br> TRIAL DATE: August 17, 2017 |

PROPOUNDING PARTY:          DOMINO'S PIZZA LLC

RESPONDING PARTY:          GUILLERMO ROBLES

SET NUMBER:          ONE

1

## PRELIMINARY STATEMENT

Plaintiff Guillermo Robles ("Plaintiff") hereby serves his responses and objections to Domino's Pizza LLC's first set of Requests for Production of Documents. Plaintiff has not fully completed his investigation of the facts relating to this case, has not fully completed his discovery in this action, and has not fully completed his preparation for trial. All of the responses contained herein are based only upon such information and documents presently available to and specifically known to Plaintiff. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts, add meaning to the known facts, as well as establish entirely new factual and legal conclusions, all of which may lead to substantial additions to, changes and variations from the contentions set forth herein. Plaintiff, therefore, reserves his right to supplement or amend these discovery responses as discovery and investigation in this lawsuit progress.

The word usage and sentence structure may be that of the attorney assisting in the preparation of these discovery responses and, thus, do not necessarily purport to be the precise language of Plaintiff.

The objections asserted by Plaintiff below are asserted in good faith, based upon counsel's evaluation of Plaintiff's discovery obligations under the Federal Rules of Civil Procedure. Nevertheless, Plaintiff, through counsel, offers and stands ready to confer with the Propounding Party in an effort to resolve or narrow, to the greatest extent possible, any dispute between the parties concerning these objections and responses.

The responses contained herein are made solely for the purpose of this Action.

## GENERAL OBJECTIONS

1.     Each response given to the Document Requests and any documents identified therein are subject to all objections including, but not limited to, privilege, relevancy, authenticity, and admissibility which would require exclusion for the

1   evidence if it were offered in Court, all of which objections and grounds are hereby

2   reserved.

3         2.      Plaintiff objects to each of the Document Requests to the extent they

4   seek information or documents which are not relevant to the subject matter of the

5   pending action thereby expanding discovery beyond what is proportional to the

6   needs of this case and the burden to Plaintiff of the proposed discovery outweighs its

7   likely benefit.

8         3.      Plaintiff objects to each of the Document Requests to the extent they

9   are overly broad or unduly burdensome.

10        4.      Plaintiff objects to each of the Document Requests to the extend they

11  seek documents, tangible things or information which have been prepared in

12  anticipation of litigation or for trial, or are otherwise subject to protection pursuant

13  to the work-product doctrine.

14        5.      Plaintiff objects to each of the Document Requests to the extent they

15  seek documents or information subject to protection under the attorney-client

16  privilege or any other applicable privilege or protection.

17        6.      Plaintiff objects to each of the Document Requests to the extent they

18  are unreasonably cumulative or duplicative, or that the information or documents

19  requested therein are obtainable from some other source that is more convenient, less

20  burdensome, or less expensive.

21        7.      Plaintiff objects to each of the Definitions and Instructions contained in

22  the Interrogatories to the extent they are overly broad and unduly burdensome.

23        8.      Plaintiff objects to each of the Document Requests to the extent that it

24  may be construed as calling for information already in Defendant's possession,

25  custody or control, or that are available from public sources on the grounds that such

26  Interrogatories are unduly burdensome and oppressive, and as such, exceed the

27  bounds of permissible discovery.

28

1    9.    Plaintiff is continuing his investigation and analyses of the facts and
2    law related to this case, and has not yet concluded his investigation, discovery and
3    preparation for trial.  Therefore, these responses are given without prejudice to
4    Plaintiff's right to produce or use any subsequently discovered facts or writings or to
5    add to, modify or otherwise change or amend the responses herein.  These responses
6    are based on writings and information currently available to Plaintiff.  The
7    information is true and correct to the best of Plaintiff's knowledge, as of this date,
8    and is subject to correction, and supplementation for any inadvertent errors,
9    mistakes, or omissions.
10    10.    Plaintiff objects to each of the Document Requests to the extent that
11    they are intended to harass and annoy Plaintiff.
12    11.    Plaintiff objects to each of the Document Requests to the extent that
13    they seeks to violate third-party copyright protections and license agreements, and
14    likewise seeks private information and/or things protected by individual privacy
15    rights as set forth in Art. 1, Sec. 1 of the California Constitution.
16    The preliminary statement and all general objections are hereby incorporated
17    into each of the following Responses.
18    **RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION**
19    **Request for Production No. 1:**
20    All DOCUMENTS concerning YOUR claim that DEFENDANT
21    discriminated against YOU on the basis of YOUR disability.
22    **Response to Request for Production No. 1:**
23    Plaintiff incorporates his Preliminary Statement and General Objections as
24    though fully stated herein. Plaintiff objects to this request as overly broad, unduly
25    burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff
26    objects to this request as it seeks information that is disproportionate to the needs of
27    the case as defined by Rule 26(b)(1) and further fails to seek information that is
28    relevant to the subject matter of the action. Therefore, Defendant seeks to expand

1  discovery beyond what is proportional to the needs of this case and the burden to

2  Plaintiff of the proposed discovery outweighs its likely benefit.  Plaintiff objects to

3  this request to the extent it seeks information or documents protected by the

4  attorney-client and/or work product privileges.  Plaintiff objects to this request to the

5  extent that it seeks discovery of documents beyond what are available from a

6  reasonable search of Plaintiff's files likely to contain relevant or responsive

7  documents.  Plaintiff objects to this request to the extent it purports to require

8  Plaintiff to produce documents beyond those in its possession, custody or control.

9  Plaintiff objects to this request because the subject website and app are equally or

10  more available to Defendant and its counsel.  Plaintiff further objects to this request

11  on the grounds it is premature as Plaintiff has not fully completed his investigation

12  of the facts relating to this case, has not fully completed his discovery in this action,

13  and has not fully completed his preparation for trial and cannot fully respond to this

14  request at this time.

15        Subject to and without waiving said objections, Plaintiff responds as follows:

16  Plaintiff encountered access barriers on the Website and Mobile Application as

17  described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

18  claims are based on his personal experience, and the access barriers found on the

19  Website and Mobile Application speak for themselves. Plaintiff is attaching

20  responsive documents in his possession and control.

21  **Request for Production No. 2:**

22        All DOCUMENTS concerning any audit, survey, or inspection undertaken of

23  the WEBSITE, including any reports or other DOCUMENTS concerning the

24  WEBSITE and MOBILE APP generated by WAVE or similar programs.

25  **Response to Request for Production No. 2:**

26        Plaintiff incorporates his Preliminary Statement and General Objections as

27  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

28  burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

1    objects that this request is compound. Plaintiff objects to this request as it seeks

2    information that is disproportionate to the needs of the case as defined by Rule

3    26(b)(1) and further fails to seek information that is relevant to the subject matter of

4    the action. Therefore, Defendant seeks to expand discovery beyond what is

5    proportional to the needs of this case and the burden to Plaintiff of the proposed

6    discovery outweighs its likely benefit.  Plaintiff objects to this request to the extent it

7    seeks information or documents protected by the attorney-client and/or work product

8    privileges.  Plaintiff objects to this request to the extent that it seeks discovery of

9    documents beyond what are available from a reasonable search of Plaintiff's files

10   likely to contain relevant or responsive documents.  Plaintiff objects to this request

11   to the extent it purports to require Plaintiff to produce documents beyond those in its

12   possession, custody or control.  Plaintiff objects to this request because the subject

13   website and app are equally or more available to Defendant and its counsel. Plaintiff

14   objects to this request to the extent it seeks early disclosure of expert opinions that

15   are more appropriately the subject of expert discovery.  Plaintiff further objects to

16   this request on the grounds it is premature as Plaintiff has not fully completed his

17   investigation of the facts relating to this case, has not fully completed his discovery

18   in this action, and has not fully completed his preparation for trial and cannot fully

19   respond to this request at this time.

20          Subject to and without waiving said objections, Plaintiff responds as follows:

21   Plaintiff encountered access barriers on the Website and Mobile Application as

22   described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

23   claims are based on his personal experience, and the access barriers found on the

24   Website and Mobile Application speak for themselves. Plaintiff is attaching

25   responsive documents in his possession and control.

26   **Request for Production No. 3:**

27          All DOCUMENTS concerning ACCESS to the WEBSITE and MOBILE

28   APP.

1  **Response to Request for Production No. 3:**

2    Plaintiff incorporates his Preliminary Statement and General Objections as

3  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

4  burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

5  objects to this request as it seeks information that is disproportionate to the needs of

6  the case as defined by Rule 26(b)(1) and further fails to seek information that is

7  relevant to the subject matter of the action. Therefore, Defendant seeks to expand

8  discovery beyond what is proportional to the needs of this case and the burden to

9  Plaintiff of the proposed discovery outweighs its likely benefit.  Plaintiff objects to

10  this request to the extent it seeks information or documents protected by the

11  attorney-client and/or work product privileges.  Plaintiff objects to this request to the

12  extent that it seeks discovery of documents beyond what are available from a

13  reasonable search of Plaintiff's files likely to contain relevant or responsive

14  documents.  Plaintiff objects to this request to the extent it purports to require

15  Plaintiff to produce documents beyond those in its possession, custody or control.

16  Plaintiff objects to this request because the subject website and app are equally or

17  more available to Defendant and its counsel. Plaintiff objects to this Request as it is

18  intended to harass and annoy Plaintiff. Further, Plaintiff objects to this Request to

19  the extent it seeks to violate third-party copyright protections and license

20  agreements, and likewise seeks private information and/or things protected by

21  individual privacy rights as set forth in Art. 1, Sec. 1 of the California Constitution.

22  Plaintiff objects to this request to the extent it seeks early disclosure of expert

23  opinions that are more appropriately the subject of expert discovery.  Plaintiff

24  further objects to this request on the grounds it is premature as Plaintiff has not fully

25  completed his investigation of the facts relating to this case, has not fully completed

26  his discovery in this action, and has not fully completed his preparation for trial and

27  cannot fully respond to this request at this time.

28

1      .     Subject to and without waiving said objections, Plaintiff responds as follows:

2   Plaintiff encountered access barriers on the Website and Mobile Application as

3   described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

4   claims are based on his personal experience, and the access barriers found on the

5   Website and Mobile Application speak for themselves. Plaintiff is attaching

6   responsive documents in his possession and control.

7   **Request for Production No. 4:**

8        All notebooks, binders, memorandums, logs, reports, or other DOCUMENTS

9   prepared, maintained, analyzed, or reviewed by YOU concerning the alleged

10  ACCESS barriers on the WEBSITE and MOBILE APP.

11  **Response to Request for Production No. 4:**

12       Plaintiff incorporates his Preliminary Statement and General Objections as

13  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

14  burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

15  objects that this request is compound. Plaintiff objects to this request as it seeks

16  information that is disproportionate to the needs of the case as defined by Rule

17  26(b)(1) and further fails to seek information that is relevant to the subject matter of

18  the action. Therefore, Defendant seeks to expand discovery beyond what is

19  proportional to the needs of this case and the burden to Plaintiff of the proposed

20  discovery outweighs its likely benefit.  Plaintiff objects to this request to the extent it

21  seeks information or documents protected by the attorney-client and/or work product

22  privileges.  Plaintiff objects to this request to the extent that it seeks discovery of

23  documents beyond what are available from a reasonable search of Plaintiff's files

24  likely to contain relevant or responsive documents.  Plaintiff objects to this request

25  to the extent it purports to require Plaintiff to produce documents beyond those in its

26  possession, custody or control.  Plaintiff objects to this request because the subject

27  website and app are equally or more available to Defendant and its counsel. Plaintiff

28  objects to this Request as it is intended to harass and annoy Plaintiff. Further,

1  Plaintiff objects to this Request to the extent it seeks to violate third-party copyright

2  protections and license agreements, and likewise seeks private information and/or

3  things protected by individual privacy rights as set forth in Art. 1, Sec. 1 of the

4  California Constitution. Plaintiff objects to this request to the extent it seeks early

5  disclosure of expert opinions that are more appropriately the subject of expert

6  discovery.  Plaintiff further objects to this request on the grounds it is premature as

7  Plaintiff has not fully completed his investigation of the facts relating to this case,

8  has not fully completed his discovery in this action, and has not fully completed his

9  preparation for trial and cannot fully respond to this request at this time.

10  Subject to and without waiving said objections, Plaintiff responds as follows:

11  Plaintiff encountered access barriers on the Website and Mobile Application as

12  described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

13  claims are based on his personal experience, and the access barriers found on the

14  Website and Mobile Application speak for themselves. Plaintiff is attaching

15  responsive documents in his possession and control.

16  **Request for Production No. 5:**

17  All DOCUMENTS concerning YOUR allegations that YOU suffered injury

18  of any kind as a result of alleged ACCESS barriers on the WEBSITE and MOBILE

19  APP.

20  **Response to Request for Production No. 5:**

21  Plaintiff incorporates his Preliminary Statement and General Objections as

22  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

23  burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

24  objects that this request is compound. Plaintiff objects to this request as it seeks

25  information that is disproportionate to the needs of the case as defined by Rule

26  26(b)(1) and further fails to seek information that is relevant to the subject matter of

27  the action. Therefore, Defendant seeks to expand discovery beyond what is

28  proportional to the needs of this case and the burden to Plaintiff of the proposed

1    discovery outweighs its likely benefit.  Plaintiff objects to this request to the extent it

2    seeks information or documents protected by the attorney-client and/or work product

3    privileges.  Plaintiff objects to this request to the extent that it seeks discovery of

4    documents beyond what are available from a reasonable search of Plaintiff's files

5    likely to contain relevant or responsive documents.  Plaintiff objects to this request

6    to the extent it purports to require Plaintiff to produce documents beyond those in its

7    possession, custody or control.  Plaintiff objects to this request because the subject

8    website and app are equally or more available to Defendant and its counsel. Plaintiff

9    objects to this Request as it is intended to harass and annoy Plaintiff. Further,

10   Plaintiff objects to this Request to the extent it seeks to violate third-party copyright

11   protections and license agreements, and likewise seeks private information and/or

12   things protected by individual privacy rights as set forth in Art. 1, Sec. 1 of the

13   California Constitution. Plaintiff further objects to this request on the grounds it is

14   premature as Plaintiff has not fully completed his investigation of the facts relating

15   to this case, has not fully completed his discovery in this action, and has not fully

16   completed his preparation for trial and cannot fully respond to this request at this

17   time.

18        Subject to and without waiving said objections, Plaintiff responds as follows:

19   Plaintiff encountered access barriers on the Website and Mobile Application as

20   described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

21   claims are based on his personal experience, and the access barriers found on the

22   Website and Mobile Application speak for themselves. Plaintiff is attaching

23   responsive documents in his possession and control.

24   **Request for Production No. 6:**

25        All DOCUMENTS concerning YOUR claim that corrections of the alleged

26   ACCESS barriers on the WEBSITE are readily achievable.

27   **Response to Request for Production No. 6:**

28

1    Plaintiff incorporates his Preliminary Statement and General Objections as

2    though fully stated herein. Plaintiff objects to this request as overly broad, unduly

3    burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

4    objects to this request as it seeks information that is disproportionate to the needs of

5    the case as defined by Rule 26(b)(1) and further fails to seek information that is

6    relevant to the subject matter of the action. Therefore, Defendant seeks to expand

7    discovery beyond what is proportional to the needs of this case and the burden to

8    Plaintiff of the proposed discovery outweighs its likely benefit.  Plaintiff objects to

9    this request to the extent it seeks information or documents protected by the

10    attorney-client and/or work product privileges.  Plaintiff objects to this request to the

11    extent that it seeks discovery of documents beyond what are available from a

12    reasonable search of Plaintiff's files likely to contain relevant or responsive

13    documents.  Plaintiff objects to this request to the extent it purports to require

14    Plaintiff to produce documents beyond those in its possession, custody or control.

15    Plaintiff objects to this request because the subject website and app are equally or

16    more available to Defendant and its counsel. Plaintiff objects to this request to the

17    extent it seeks early disclosure of expert opinions that are more appropriately the

18    subject of expert discovery.  Plaintiff further objects to this request on the grounds it

19    is premature as Plaintiff has not fully completed his investigation of the facts

20    relating to this case, has not fully completed his discovery in this action, and has not

21    fully completed his preparation for trial and cannot fully respond to this request at

22    this time.

23    Subject to and without waiving said objections, Plaintiff responds as follows:

24    Plaintiff encountered access barriers on the Website as described in Plaintiff's

25    Responses to Defendant's First Set of Interrogatories, his claims are based on his

26    personal experience, and the access barriers found on the Website speak for

27    themselves. Plaintiff is attaching responsive documents in his possession and

28    control.

**Request for Production No. 7:**

All DOCUMENTS concerning YOUR claim that the WEBSITE and
MOBILE APP violates DISABILITY ACCESS LAWS.

**Response to Request for Production No. 7:**

Plaintiff incorporates his Preliminary Statement and General Objections as
though fully stated herein. Plaintiff objects to this request as overly broad, unduly
burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff
objects that this request is compound. Plaintiff objects to this request as it seeks
information that is disproportionate to the needs of the case as defined by Rule
26(b)(1) and further fails to seek information that is relevant to the subject matter of
the action. Therefore, Defendant seeks to expand discovery beyond what is
proportional to the needs of this case and the burden to Plaintiff of the proposed
discovery outweighs its likely benefit. Plaintiff objects to this request to the extent it
seeks information or documents protected by the attorney-client and/or work product
privileges. Plaintiff objects to this request to the extent that it seeks discovery of
documents beyond what are available from a reasonable search of Plaintiff's files
likely to contain relevant or responsive documents. Plaintiff objects to this request
to the extent it purports to require Plaintiff to produce documents beyond those in its
possession, custody or control. Plaintiff objects to this request because the subject
website and app are equally or more available to Defendant and its counsel. Plaintiff
further objects to this request on the grounds it is premature as Plaintiff has not fully
completed his investigation of the facts relating to this case, has not fully completed
his discovery in this action, and has not fully completed his preparation for trial and
cannot fully respond to this request at this time.

Subject to and without waiving said objections, Plaintiff responds as follows:
Plaintiff encountered access barriers on the Website and Mobile Application as
described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his
claims are based on his personal experience, and the access barriers found on the

1    Website and Mobile Application speak for themselves. Plaintiff is attaching

2    responsive documents in his possession and control.

3    **Request for Production No. 8:**

4         All DOCUMENTS concerning YOUR visit(s), use, or inspection of the

5    WEBSITE and MOBILE APP including, but not limited to, any notes, photos,

6    reports, or receipts.

7    **Response to Request for Production No. 8:**

8         Plaintiff incorporates his Preliminary Statement and General Objections as

9    though fully stated herein. Plaintiff objects to this request as overly broad, unduly

10   burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

11   objects that this request is compound. Plaintiff objects to this request as it seeks

12   information that is disproportionate to the needs of the case as defined by Rule

13   26(b)(1) and further fails to seek information that is relevant to the subject matter of

14   the action. Plaintiff objects to this request to the extent it seeks information or

15   documents protected by the attorney-client and/or work product privileges.  Plaintiff

16   objects to this request to the extent that it seeks discovery of documents beyond what

17   are available from a reasonable search of Plaintiff's files likely to contain relevant or

18   responsive documents.  Plaintiff objects to this request to the extent it purports to

19   require Plaintiff to produce documents beyond those in its possession, custody or

20   control.  Plaintiff objects to this request because the subject website and app are

21   equally or more available to Defendant and its counsel. Defendant has already made

22   several requests for all documents relating to inspection of the website and mobile

23   app, both of which are more readily available for inspection by Defendant.

24   Therefore Defendant seeks to expand discovery beyond what is proportional to the

25   needs of this case and the burden to Plaintiff of the proposed discovery outweighs its

26   likely benefit.  Plaintiff objects to this request to the extent it seeks early disclosure

27   of expert opinions that are more appropriately the subject of expert discovery.

28   Plaintiff further objects to this request on the grounds it is premature as Plaintiff has

13

1   not fully completed his investigation of the facts relating to this case, has not fully

2   completed his discovery in this action, and has not fully completed his preparation

3   for trial and cannot fully respond to this request at this time.

4       Subject to and without waiving said objections, Plaintiff responds as follows:

5   Plaintiff encountered access barriers on the Website and Mobile Application as

6   described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

7   claims are based on his personal experience, and the access barriers found on the

8   Website and Mobile Application speak for themselves. Plaintiff is attaching

9   responsive documents in his possession and control.

10  **Request for Production No. 9:**

11      All DOCUMENTS concerning any injury claimed by YOU as a result of

12  DEFENDANT'S alleged discriminatory acts.

13  **Response to Request for Production No. 9:**

14      Plaintiff incorporates his Preliminary Statement and General Objections as

15  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

16  burdensome, vague, and ambiguous as it is not properly narrowed in scope.  Plaintiff

17  objects to this request as it seeks information that is disproportionate to the needs of

18  the case as defined by Rule 26(b)(1) and further fails to seek information that is

19  relevant to the subject matter of the action. Therefore, Defendant seeks to expand

20  discovery beyond what is proportional to the needs of this case and the burden to

21  Plaintiff of the proposed discovery outweighs its likely benefit.  Plaintiff objects to

22  this request to the extent it seeks information or documents protected by the

23  attorney-client and/or work product privileges.  Plaintiff objects to this request to the

24  extent that it seeks discovery of documents beyond what are available from a

25  reasonable search of Plaintiff's files likely to contain relevant or responsive

26  documents.  Plaintiff objects to this request to the extent it purports to require

27  Plaintiff to produce documents beyond those in its possession, custody or control.

28  Plaintiff objects to this request because the subject website and app are equally or

14

1   more available to Defendant and its counsel.  Plaintiff further objects to this request

2   on the grounds it is premature as Plaintiff has not fully completed his investigation

3   of the facts relating to this case, has not fully completed his discovery in this action,

4   and has not fully completed his preparation for trial and cannot fully respond to this

5   request at this time.

6           Subject to and without waiving said objections, Plaintiff responds as follows:

7   Plaintiff encountered access barriers on the Website and Mobile Application as

8   described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

9   claims are based on his personal experience, and the access barriers found on the

10  Website and Mobile Application speak for themselves. Plaintiff is attaching

11  responsive documents in his possession and control.

12  **Request for Production No. 10:**

13          All DOCUMENTS supporting any damages claimed by YOU as a result of

14  DEFENDANT'S alleged discriminatory acts.

15  **Response to Request for Production No. 10:**

16          Plaintiff incorporates his Preliminary Statement and General Objections as

17  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

18  burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

19  objects to this request as it seeks information that is disproportionate to the needs of

20  the case as defined by Rule 26(b)(1) and further fails to seek information that is

21  relevant to the subject matter of the action. Therefore, Defendant seeks to expand

22  discovery beyond what is proportional to the needs of this case and the burden to

23  Plaintiff of the proposed discovery outweighs its likely benefit.  Plaintiff objects to

24  this request to the extent it seeks information or documents protected by the

25  attorney-client and/or work product privileges.  Plaintiff objects to this request to the

26  extent that it seeks discovery of documents beyond what are available from a

27  reasonable search of Plaintiff's files likely to contain relevant or responsive

28  documents.  Plaintiff objects to this request to the extent it purports to require

1    Plaintiff to produce documents beyond those in its possession, custody or control.

2    Plaintiff objects to this request because the subject website and app are equally or

3    more available to Defendant and its counsel. Plaintiff further objects to this request

4    on the grounds it is premature as Plaintiff has not fully completed his investigation

5    of the facts relating to this case, has not fully completed his discovery in this action,

6    and has not fully completed his preparation for trial and cannot fully respond to this

7    request at this time.

8           Subject to and without waiving said objections, Plaintiff responds as follows:

9    Plaintiff encountered access barriers on the Website and Mobile Application as

10   described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

11   claims are based on his personal experience, and the access barriers found on the

12   Website and Mobile Application speak for themselves. Plaintiff is attaching

13   responsive documents in his possession and control.

14   **Request for Production No. 11:**

15          All DOCUMENTS concerning DEFENDANT'S alleged intent to discriminate

16   against YOU.

17   **Response to Request for Production No. 11:**

18          Plaintiff incorporates his Preliminary Statement and General Objections as

19   though fully stated herein. Plaintiff objects to this request as overly broad, unduly

20   burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

21   objects that this request is compound. Plaintiff objects to this request as it seeks

22   information that is disproportionate to the needs of the case as defined by Rule

23   26(b)(1) and further fails to seek information that is relevant to the subject matter of

24   the action. Therefore, Defendant seeks to expand discovery beyond what is

25   proportional to the needs of this case and the burden to Plaintiff of the proposed

26   discovery outweighs its likely benefit.  Plaintiff objects to this request to the extent it

27   seeks information or documents protected by the attorney-client and/or work product

28   privileges.  Plaintiff objects to this request to the extent that it seeks discovery of

1  documents beyond what are available from a reasonable search of Plaintiff's files

2  likely to contain relevant or responsive documents.  Plaintiff objects to this request

3  to the extent it purports to require Plaintiff to produce documents beyond those in its

4  possession, custody or control.  Plaintiff objects to this request because the subject

5  website and app are equally or more available to Defendant and its counsel.  Plaintiff

6  further objects to this request on the grounds it is premature as Plaintiff has not fully

7  completed his investigation of the facts relating to this case, has not fully completed

8  his discovery in this action, and has not fully completed his preparation for trial and

9  cannot fully respond to this request at this time.

10      Subject to and without waiving said objections, Plaintiff responds as follows:

11  Plaintiff encountered access barriers on the Website and Mobile Application as

12  described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

13  claims are based on his personal experience, and the access barriers found on the

14  Website and Mobile Application speak for themselves. Plaintiff is attaching

15  responsive documents in his possession and control.

16  **Request for Production No. 12:**

17      All DOCUMENTS which support YOUR claim set forth in YOUR complaint

18  that DEFENDANT failed to provide YOU with full and equal ACCESS to its

19  services.

20  **Response to Request for Production No. 12:**

21      Plaintiff incorporates his Preliminary Statement and General Objections as

22  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

23  burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

24  objects to this request as it seeks information that is disproportionate to the needs of

25  the case as defined by Rule 26(b)(1) and further fails to seek information that is

26  relevant to the subject matter of the action. Therefore, Defendant seeks to expand

27  discovery beyond what is proportional to the needs of this case and the burden to

28  Plaintiff of the proposed discovery outweighs its likely benefit.  Plaintiff objects to

17

this request to the extent it seeks information or documents protected by the
attorney-client and/or work product privileges.  Plaintiff objects to this request to the
extent that it seeks discovery of documents beyond what are available from a
reasonable search of Plaintiff's files likely to contain relevant or responsive
documents.  Plaintiff objects to this request to the extent it purports to require
Plaintiff to produce documents beyond those in its possession, custody or control.
Plaintiff objects to this request because the subject website and app are equally or
more available to Defendant and its counsel.  Defendant has already made several
requests for all documents relating to inspection of the website and mobile app, both
of which are more readily available for inspection by Defendant.  Therefore
Defendant seeks to expand discovery beyond what is proportional to the needs of
this case and the burden to Plaintiff of the proposed discovery outweighs its likely
benefit.  Plaintiff objects to this request to the extent it seeks early disclosure of
expert opinions that are more appropriately the subject of expert discovery.  Plaintiff
further objects to this request on the grounds it is premature as Plaintiff has not fully
completed his investigation of the facts relating to this case, has not fully completed
his discovery in this action, and has not fully completed his preparation for trial and
cannot fully respond to this request at this time.

Subject to and without waiving said objections, Plaintiff responds as follows:
Plaintiff encountered access barriers on the Website and Mobile Application as
described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his
claims are based on his personal experience, and the access barriers found on the
Website and Mobile Application speak for themselves. Plaintiff is attaching
responsive documents in his possession and control.

**Request for Production No. 13:**

All DOCUMENTS (including medical records) establishing the nature and
extent of YOUR disability.

**Response to Request for Production No. 13:**

1    Plaintiff incorporates his Preliminary Statement and General Objections as

2  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

3  burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

4  objects that this request is compound. Plaintiff objects to this request as it seeks

5  information that is disproportionate to the needs of the case as defined by Rule

6  26(b)(1) and further fails to seek information that is relevant to the subject matter of

7  the action. Therefore, Defendant seeks to expand discovery beyond what is

8  proportional to the needs of this case and the burden to Plaintiff of the proposed

9  discovery outweighs its likely benefit. Plaintiff objects to this request to the extent

10  that it seeks discovery of documents beyond what are available from a reasonable

11  search of Plaintiff's files likely to contain relevant or responsive documents.

12  Plaintiff objects to this request to the extent it purports to require Plaintiff to produce

13  documents beyond those in its possession, custody or control.  Plaintiff objects to

14  this Request as it is intended to harass and annoy Plaintiff. Nothing will be achieved

15  by providing all of Plaintiff's records (medical or otherwise), other than invading his

16  privacy by providing Defendant with unfettered access to his personal information

17  irrelevant to any party's claim or defense. Further, Plaintiff objects to this Request to

18  the extent it seeks private information and/or things protected by individual privacy

19  rights as set forth in Art. 1, Sec. 1 of the California Constitution.

20    Subject to and without waiving said objections, Plaintiff responds as follows:

21  Plaintiff is attaching responsive documents in his possession and control.

22  **Request for Production No. 14:**

23    All DOCUMENTS concerning barriers to equal ACCESS on the WEBSITE

24  and MOBILE APP.

25  **Response to Request for Production No. 14:**

26    Plaintiff incorporates his Preliminary Statement and General Objections as

27  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

28  burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

1   objects that this request is compound. Plaintiff objects to this request as it seeks

2   information that is disproportionate to the needs of the case as defined by Rule

3   26(b)(1) and further fails to seek information that is relevant to the subject matter of

4   the action. Plaintiff objects to this request to the extent it seeks information or

5   documents protected by the attorney-client and/or work product privileges.  Plaintiff

6   objects to this request to the extent that it seeks discovery of documents beyond what

7   are available from a reasonable search of Plaintiff's files likely to contain relevant or

8   responsive documents.  Plaintiff objects to this request to the extent it purports to

9   require Plaintiff to produce documents beyond those in its possession, custody or

10  control.  Plaintiff objects to this request because the subject website and app are

11  equally or more available to Defendant and its counsel. Defendant has already made

12  several requests for all documents relating to inspection of the website and mobile

13  app, both of which are more readily available for inspection by Defendant.

14  Therefore Defendant seeks to expand discovery beyond what is proportional to the

15  needs of this case and the burden to Plaintiff of the proposed discovery outweighs its

16  likely benefit.  Plaintiff objects to this request to the extent it seeks early disclosure

17  of expert opinions that are more appropriately the subject of expert discovery.

18  Plaintiff further objects to this request on the grounds it is premature as Plaintiff has

19  not fully completed his investigation of the facts relating to this case, has not fully

20  completed his discovery in this action, and has not fully completed his preparation

21  for trial and cannot fully respond to this request at this time.

22         Subject to and without waiving said objections, Plaintiff responds as follows:

23  Plaintiff encountered access barriers on the Website and Mobile Application as

24  described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

25  claims are based on his personal experience, and the access barriers found on the

26  Website and Mobile Application speak for themselves. Plaintiff is attaching

27  responsive documents in his possession and control.

28  **Request for Production No. 15:**

1     All DOCUMENTS concerning any alleged barriers to equal ACCESS

2 allegedly caused by DEFENDANT'S policies concerning the WEBSITE and

3 MOBILE APP.

4 **Response to Request for Production No. 15:**

5     Plaintiff incorporates his Preliminary Statement and General Objections as

6 though fully stated herein. Plaintiff objects to this request as overly broad, unduly

7 burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

8 objects that this request is compound. Plaintiff objects to this request as it seeks

9 information that is disproportionate to the needs of the case as defined by Rule

10 26(b)(1) and further fails to seek information that is relevant to the subject matter of

11 the action. Plaintiff objects to this request to the extent it seeks information or

12 documents protected by the attorney-client and/or work product privileges.  Plaintiff

13 objects to this request to the extent that it seeks discovery of documents beyond what

14 are available from a reasonable search of Plaintiff's files likely to contain relevant or

15 responsive documents.  Plaintiff objects to this request to the extent it purports to

16 require Plaintiff to produce documents beyond those in its possession, custody or

17 control.  Plaintiff objects to this request because the subject website and mobile

18 application are equally or more available to Defendant and its counsel. Defendant

19 has already made several requests for all documents relating to inspection of the

20 website and mobile application, both of which are more readily available for

21 inspection by Defendant.  Therefore Defendant seeks to expand discovery beyond

22 what is proportional to the needs of this case and the burden to Plaintiff of the

23 proposed discovery outweighs its likely benefit.  Plaintiff objects to this request to

24 the extent it seeks early disclosure of expert opinions that are more appropriately the

25 subject of expert discovery. Plaintiff further objects to this request on the grounds it

26 is premature as Plaintiff has not fully completed his investigation of the facts

27 relating to this case, has not fully completed his discovery in this action, and has not

28

1  fully completed his preparation for trial and cannot fully respond to this request at

2  this time.

3          Subject to and without waiving said objections, Plaintiff responds as follows:

4  Plaintiff encountered access barriers on the Website and Mobile Application as

5  described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

6  claims are based on his personal experience, and the access barriers found on the

7  Website and Mobile Application speak for themselves. Plaintiff objects to this

8  request to the extent it purports to require Plaintiff to produce documents beyond

9  those in its possession, custody or control.

10 **Request for Production No. 16:**

11         All DOCUMENTS concerning all COMMUNICATIONS between YOU and

12 DEFENDANT.

13 **Response to Request for Production No. 16:**

14         Plaintiff incorporates his Preliminary Statement and General Objections as

15 though fully stated herein. Plaintiff objects to this request as overly broad, unduly

16 burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

17 objects that this request is compound. Plaintiff objects to this request as it seeks

18 information that is disproportionate to the needs of the case as defined by Rule

19 26(b)(1) and further fails to seek information that is relevant to the subject matter of

20 the action. Plaintiff objects to this request to the extent that it seeks discovery of

21 documents beyond what are available from a reasonable search of Plaintiff's files

22 likely to contain relevant or responsive documents.  Plaintiff objects to this request

23 to the extent it purports to require Plaintiff to produce documents beyond those in its

24 possession, custody or control.  Plaintiff objects to this request because the

25 documents related to communications with Defendant are more readily accessible by

26 Defendant.  Therefore, Defendant seeks to expand discovery beyond what is

27 proportional to the needs of this case and the burden to Plaintiff of the proposed

28 discovery outweighs its likely benefit.  Plaintiff further objects to this request on the

1   grounds it is premature as Plaintiff has not fully completed his investigation of the

2   facts relating to this case, has not fully completed his discovery in this action, and

3   has not fully completed his preparation for trial and cannot fully respond to this

4   request at this time.

5          Subject to and without waiving said objections, Plaintiff responds as follows:

6   Plaintiff encountered access barriers on the Website and Mobile Application as

7   described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

8   claims are based on his personal experience, and the access barriers found on the

9   Website and Mobile Application speak for themselves. Plaintiff is attaching

10  responsive documents in his possession and control.

11  **Request for Production No. 17:**

12         All DOCUMENTS concerning any services that DEFENDANT provided to

13  YOU.

14  **Response to Request for Production No. 17:**

15         Plaintiff incorporates his Preliminary Statement and General Objections as

16  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

17  burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

18  objects to this request as it seeks information that is disproportionate to the needs of

19  the case as defined by Rule 26(b)(1) and further fails to seek information that is

20  relevant to the subject matter of the action. Therefore, Defendant seeks to expand

21  discovery beyond what is proportional to the needs of this case and the burden to

22  Plaintiff of the proposed discovery outweighs its likely benefit.  Plaintiff objects to

23  this request to the extent that it seeks discovery of documents beyond what are

24  available from a reasonable search of Plaintiff's files likely to contain relevant or

25  responsive documents.  Plaintiff objects to this request to the extent it purports to

26  require Plaintiff to produce documents beyond those in its possession, custody or

27  control.  Plaintiff objects to this request because the subject website and mobile

28  application are equally or more available to Defendant and its counsel. Plaintiff

1    further objects to this request on the grounds it is premature as Plaintiff has not fully

2    completed his investigation of the facts relating to this case, has not fully completed

3    his discovery in this action, and has not fully completed his preparation for trial and

4    cannot fully respond to this request at this time.

5         Subject to and without waiving said objections, Plaintiff responds as follows:

6    Plaintiff encountered access barriers on the Website and Mobile Application as

7    described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

8    claims are based on his personal experience, and the access barriers found on the

9    Website and Mobile Application speak for themselves. Plaintiff is attaching

10   responsive documents in his possession and control.

11   **Request for Production No. 18:**

12        Copies of YOUR hard drives used from any device (including without

13   limitation, desktop computers, laptop computers, cell phones, mobile devices, iPads,

14   iPhones, and/or personal digital assistants) YOU have used, attempted to use, and/or

15   intended to use to access the WEBSITE.

16   **Response to Request for Production No. 18:**

17        Plaintiff incorporates his Preliminary Statement and General Objections as

18   though fully stated herein. Plaintiff objects to this request as overly broad, unduly

19   burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

20   objects that this request is compound. Plaintiff objects to this request as it seeks

21   information that is disproportionate to the needs of the case as defined by Rule

22   26(b)(1) and further fails to seek information that is relevant to the subject matter of

23   the action. Therefore, Defendant seeks to expand discovery beyond what is

24   proportional to the needs of this case and the burden to Plaintiff of the proposed

25   discovery outweighs its likely benefit. Plaintiff objects to this Request as it is

26   intended to harass and annoy Plaintiff. Further, Plaintiff objects to this Request to

27   the extent it seeks to violate third-party copyright protections and license

28   agreements, and likewise seeks private information and/or things protected by

1   individual privacy rights as set forth in Art. 1, Sec. 1 of the California Constitution.

2   Plaintiff objects to this request to the extent it seeks information or documents

3   protected by the attorney-client and/or work product privileges.  Plaintiff objects to

4   this request to the extent that it seeks discovery of documents beyond what are

5   available from a reasonable search of Plaintiff's files likely to contain relevant or

6   responsive documents.  Plaintiff objects to this request to the extent it purports to

7   require Plaintiff to produce documents beyond those in its possession, custody or

8   control.  Plaintiff objects to this request because the subject website and app are

9   equally or more available to Defendant and its counsel. Nothing will be achieved by

10  this request other than invading his privacy by providing Defendant with unfettered

11  access to his personal information irrelevant to any party's claim or defense. Such

12  inspection is disproportional to the needs of this case and the burden on Plaintiff of

13  disclosing to Defendant copies of hard drives for all of his electronic devices to

14  Defendant far outweighs its likely benefit.  Plaintiff further objects to this request on

15  the grounds it is premature as Plaintiff has not fully completed his investigation of

16  the facts relating to this case, has not fully completed his discovery in this action,

17  and has not fully completed his preparation for trial and cannot fully respond to this

18  request at this time.

19        Subject to and without waiving said objections, Plaintiff responds as follows:

20  Plaintiff encountered access barriers on the Website and Mobile Application as

21  described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

22  claims are based on his personal experience, and the access barriers found on the

23  Website and Mobile Application speak for themselves. Plaintiff is attaching

24  responsive documents in his possession and control.

25  **Request for Production No. 19:**

26        Copies of YOUR hard drives used from any device (including without

27  limitation, desktop computers, laptop computers, cell phones, mobile devices, iPads,

28

1  iPhones, and/or personal digital assistants) YOU have used, attempted to use, and/or

2  intended to use to access the MOBILE APP.

3  **Response to Request for Production No. 19:**

4        Plaintiff incorporates his Preliminary Statement and General Objections as

5  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

6  burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

7  objects that this request is compound. Plaintiff objects to this request as it seeks

8  information that is disproportionate to the needs of the case as defined by Rule

9  26(b)(1) and further fails to seek information that is relevant to the subject matter of

10  the action. Therefore, Defendant seeks to expand discovery beyond what is

11  proportional to the needs of this case and the burden to Plaintiff of the proposed

12  discovery outweighs its likely benefit.  Plaintiff objects to this request to the extent it

13  seeks information or documents protected by the attorney-client and/or work product

14  privileges.  Plaintiff objects to this request to the extent that it seeks discovery of

15  documents beyond what are available from a reasonable search of Plaintiff's files

16  likely to contain relevant or responsive documents.  Plaintiff objects to this request

17  to the extent it purports to require Plaintiff to produce documents beyond those in its

18  possession, custody or control.  Plaintiff objects to this request because the subject

19  website and app are equally or more available to Defendant and its counsel. Plaintiff

20  objects to this Request as it is intended to harass and annoy Plaintiff. Further,

21  Plaintiff objects to this Request to the extent it seeks to violate third-party copyright

22  protections and license agreements, and likewise seeks private information and/or

23  things protected by individual privacy rights as set forth in Art. 1, Sec. 1 of the

24  California Constitution. Nothing will be achieved by this request other than invading

25  his privacy by providing Defendant with unfettered access to his personal

26  information irrelevant to any party's claim or defense. Such inspection is

27  disproportional to the needs of this case and the burden on Plaintiff of disclosing to

28  Defendant copies of hard drives for all of his electronic devices to Defendant far

1   outweighs its likely benefit.  Plaintiff further objects to this request on the grounds it

2   is premature as Plaintiff has not fully completed his investigation of the facts

3   relating to this case, has not fully completed his discovery in this action, and has not

4   fully completed his preparation for trial and cannot fully respond to this request at

5   this time.

6        Subject to and without waiving said objections, Plaintiff responds as follows:

7   Plaintiff encountered access barriers on the Website and Mobile Application as

8   described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

9   claims are based on his personal experience, and the access barriers found on the

10  Website and Mobile Application speak for themselves.

11  **Request for Production No. 20:**

12       All devices, including without limitation desktop computers, laptop

13  computers, cell phones, mobile devices, iPads, iPhones, and/or personal digital

14  assistants, YOU have used, attempted to use, and/or intend to use, to access the

15  WEBSITE.

16  **Response to Request for Production No. 20:**

17       Plaintiff incorporates his Preliminary Statement and General Objections as

18  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

19  burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

20  objects that this request is compound. Plaintiff objects to this request as it seeks

21  information that is disproportionate to the needs of the case as defined by Rule

22  26(b)(1) and further fails to seek information that is relevant to the subject matter of

23  the action. Therefore, Defendant seeks to expand discovery beyond what is

24  proportional to the needs of this case and the burden to Plaintiff of the proposed

25  discovery outweighs its likely benefit.  Plaintiff objects to this request to the extent it

26  seeks information or documents protected by the attorney-client and/or work product

27  privileges.  Plaintiff objects to this request to the extent that it seeks discovery of

28  documents beyond what are available from a reasonable search of Plaintiff's files

1   likely to contain relevant or responsive documents.  Plaintiff objects to this request

2   to the extent it purports to require Plaintiff to produce documents beyond those in its

3   possession, custody or control.  Plaintiff objects to this request because the subject

4   website and mobile application are equally or more available to Defendant and its

5   counsel. Plaintiff objects to this Request as it is intended to harass and annoy

6   Plaintiff. Further, Plaintiff objects to this Request to the extent it seeks to violate

7   third-party copyright protections and license agreements, and likewise seeks private

8   information and/or things protected by individual privacy rights as set forth in Art. 1,

9   Sec. 1 of the California Constitution. Nothing will be achieved by depriving Plaintiff

10  of his electronic devices other than invading his privacy by providing Defendant

11  with unfettered access to his personal information irrelevant to any party's claim or

12  defense. Such inspection is disproportional to the needs of this case and the burden

13  on Plaintiff of disclosing to Defendant all of his electronic devices far outweighs its

14  likely benefit.  Plaintiff further objects to this request on the grounds it is premature

15  as Plaintiff has not fully completed his investigation of the facts relating to this case,

16  has not fully completed his discovery in this action, and has not fully completed his

17  preparation for trial and cannot fully respond to this request at this time.

18      Subject to and without waiving said objections, Plaintiff responds as follows:

19  Plaintiff encountered access barriers on the Website and Mobile Application as

20  described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

21  claims are based on his personal experience, and the access barriers found on the

22  Website and Mobile Application speak for themselves.

23  **Request for Production No. 21:**

24      All devices, including without limitation desktop computers, laptop

25  computers, cell phones, mobile devices, iPads, iPhones, and/or personal digital

26  assistants, YOU have used, attempted to use, and/or intend to use, to access the

27  MOBILE APP.

28  //

**Response to Request for Production No. 21:**

Plaintiff incorporates his Preliminary Statement and General Objections as though fully stated herein. Plaintiff objects to this request as overly broad, unduly burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff objects that this request is compound. Plaintiff objects to this request as it seeks information that is disproportionate to the needs of the case as defined by Rule 26(b)(1) and further fails to seek information that is relevant to the subject matter of the action. Therefore, Defendant seeks to expand discovery beyond what is proportional to the needs of this case and the burden to Plaintiff of the proposed discovery outweighs its likely benefit. Plaintiff objects to this request to the extent it seeks information or documents protected by the attorney-client and/or work product privileges. Plaintiff objects to this request to the extent that it seeks discovery of documents beyond what are available from a reasonable search of Plaintiff's files likely to contain relevant or responsive documents. Plaintiff objects to this request to the extent it purports to require Plaintiff to produce documents beyond those in its possession, custody or control. Plaintiff objects to this request because the subject website and app are equally or more available to Defendant and its counsel. Plaintiff objects to this Request as it is intended to harass and annoy Plaintiff. Further, Plaintiff objects to this Request to the extent it seeks to violate third-party copyright protections and license agreements, and likewise seeks private information and/or things protected by individual privacy rights as set forth in Art. 1, Sec. 1 of the California Constitution. Nothing will be achieved by depriving Plaintiff of his electronic devices other than invading his privacy by providing Defendant with unfettered access to his personal information irrelevant to any party's claim or defense. Such inspection is disproportional to the needs of this case and the burden on Plaintiff of disclosing to Defendant all of his electronic devices far outweighs its likely benefit. Plaintiff further objects to this request on the grounds it is premature as Plaintiff has not fully completed his investigation of the facts relating to this case,

1   has not fully completed his discovery in this action, and has not fully completed his

2   preparation for trial and cannot fully respond to this request at this time.

3        Subject to and without waiving said objections, Plaintiff responds as follows:

4   Plaintiff encountered access barriers on the Website and Mobile Application as

5   described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

6   claims are based on his personal experience, and the access barriers found on the

7   Website and Mobile Application speak for themselves.

8   **Request for Production No. 22:**

9        All software programs, including screen reading programs, braille display

10  programs, and/or screen magnification programs, YOU have used, attempted to use,

11  and/or intend to use, to access the WEBSITE.

12  **Response to Request for Production No. 22:**

13       Plaintiff incorporates his Preliminary Statement and General Objections as

14  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

15  burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

16  objects that this request is compound. Plaintiff objects to this request as it seeks

17  information that is disproportionate to the needs of the case as defined by Rule

18  26(b)(1) and further fails to seek information that is relevant to the subject matter of

19  the action. Therefore, Defendant seeks to expand discovery beyond what is

20  proportional to the needs of this case and the burden to Plaintiff of the proposed

21  discovery outweighs its likely benefit.  Plaintiff objects to this request to the extent

22  that it seeks discovery of documents beyond what are available from a reasonable

23  search of Plaintiff's files likely to contain relevant or responsive documents.

24  Plaintiff objects to this request to the extent it purports to require Plaintiff to produce

25  documents beyond those in its possession, custody or control. Plaintiff objects to this

26  Request as it is intended to harass and annoy Plaintiff. Further, Plaintiff objects to

27  this Request to the extent it seeks to violate third-party copyright protections and

28  license agreements, and likewise seeks private information and/or things protected

1   by individual privacy rights as set forth in Art. 1, Sec. 1 of the California

2   Constitution. Plaintiff further objects as vague and confusing because it is

3   incomprehensible what documents or items Defendant is requesting from Plaintiff

4   by the term "All software programs."  Plaintiff further objects to this request on the

5   grounds it is premature as Plaintiff has not fully completed his investigation of the

6   facts relating to this case, has not fully completed his discovery in this action, and

7   has not fully completed his preparation for trial and cannot fully respond to this

8   request at this time.

9        Subject to and without waiving said objections, Plaintiff responds as follows:

10  Plaintiff encountered access barriers on the Website and Mobile Application as

11  described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

12  claims are based on his personal experience, and the access barriers found on the

13  Website and Mobile Application speak for themselves. Plaintiff is attaching

14  responsive documents in his possession and control.

15  **Request for Production No. 23:**

16       All software programs, including screen reading programs, braille display

17  programs, and/or screen magnification programs, YOU have used, attempted to use,

18  and/or intend to use, to access the MOBILE APP.

19  **Response to Request for Production No. 23:**

20       Plaintiff incorporates his Preliminary Statement and General Objections as

21  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

22  burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

23  objects that this request is compound. Plaintiff objects to this request as it seeks

24  information that is disproportionate to the needs of the case as defined by Rule

25  26(b)(1) and further fails to seek information that is relevant to the subject matter of

26  the action. Therefore, Defendant seeks to expand discovery beyond what is

27  proportional to the needs of this case and the burden to Plaintiff of the proposed

28  discovery outweighs its likely benefit.  Plaintiff objects to this request to the extent

1    that it seeks discovery of documents beyond what are available from a reasonable

2    search of Plaintiff's files likely to contain relevant or responsive documents.

3    Plaintiff objects to this request to the extent it purports to require Plaintiff to produce

4    documents beyond those in its possession, custody or control.  Plaintiff further

5    objects as vague and confusing because it is incomprehensible what documents or

6    items Defendant is requesting from Plaintiff by the term "All software programs."

7    Plaintiff objects to this Request as it is intended to harass and annoy Plaintiff.

8    Further, Plaintiff objects to this Request to the extent it seeks to violate third-party

9    copyright protections and license agreements, and likewise seeks private information

10    and/or things protected by individual privacy rights as set forth in Art. 1, Sec. 1 of

11    the California Constitution. Plaintiff further objects to this request on the grounds it

12    is premature as Plaintiff has not fully completed his investigation of the facts

13    relating to this case, has not fully completed his discovery in this action, and has not

14    fully completed his preparation for trial and cannot fully respond to this request at

15    this time.

16         Subject to and without waiving said objections, Plaintiff responds as follows:

17    Plaintiff encountered access barriers on the Website and Mobile Application as

18    described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

19    claims are based on his personal experience, and the access barriers found on the

20    Website and Mobile Application speak for themselves. Plaintiff is attaching

21    responsive documents in his possession and control.

22    **Request for Production No. 24:**

23         All devices, including screen readers, magnifying glasses, and/or auxiliary

24    aids, YOU have used, attempted to use, and/or intend to use, to view the WEBSITE.

25    **Response to Request for Production No. 24:**

26         Plaintiff incorporates his Preliminary Statement and General Objections as

27    though fully stated herein. Plaintiff objects to this request as overly broad, unduly

28    burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

1   objects that this request is compound. Plaintiff objects to this request as it seeks

2   information that is disproportionate to the needs of the case as defined by Rule

3   26(b)(1) and further fails to seek information that is relevant to the subject matter of

4   the action. Therefore, Defendant seeks to expand discovery beyond what is

5   proportional to the needs of this case and the burden to Plaintiff of the proposed

6   discovery outweighs its likely benefit.  Plaintiff objects to this request to the extent

7   that it seeks discovery of documents beyond what are available from a reasonable

8   search of Plaintiff's files likely to contain relevant or responsive documents.

9   Plaintiff objects to this request to the extent it purports to require Plaintiff to produce

10   documents beyond those in its possession, custody or control.  Plaintiff further

11   objects as vague and confusing because it is incomprehensible what documents or

12   items Defendant is requesting from Plaintiff by the term "All devices, including

13   screen readers, magnifying glasses, and/or auxiliary aids."  Nothing will be achieved

14   by depriving Plaintiff of his electronic devices other than invading his privacy by

15   providing Defendant with unfettered access to his personal information irrelevant to

16   any party's claim or defense. Such inspection is disproportional to the needs of this

17   case and the burden on Plaintiff of disclosing to Defendant all of his electronic

18   devices far outweighs its likely benefit. Plaintiff further objects to this request on the

19   grounds it is premature as Plaintiff has not fully completed his investigation of the

20   facts relating to this case, has not fully completed his discovery in this action, and

21   has not fully completed his preparation for trial and cannot fully respond to this

22   request at this time.

23        Subject to and without waiving said objections, Plaintiff responds as follows:

24   Plaintiff encountered access barriers on the Website and Mobile Application as

25   described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

26   claims are based on his personal experience, and the access barriers found on the

27   Website and Mobile Application speak for themselves. Plaintiff is attaching

28   responsive documents in his possession and control.

33

**Request for Production No. 25:**

All browsing history and/or search history evidencing YOUR visit(s) or attempt(s) to visit the WEBSITE.

**Response to Request for Production No. 25:**

Plaintiff incorporates his Preliminary Statement and General Objections as though fully stated herein. Plaintiff objects to this request as overly broad, unduly burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff objects that this request is compound. Plaintiff objects to this request as it seeks information that is disproportionate to the needs of the case as defined by Rule 26(b)(1) and further fails to seek information that is relevant to the subject matter of the action. Therefore, Defendant seeks to expand discovery beyond what is proportional to the needs of this case and the burden to Plaintiff of the proposed discovery outweighs its likely benefit. Plaintiff objects to this request to the extent that it seeks discovery of documents beyond what are available from a reasonable search of Plaintiff's files likely to contain relevant or responsive documents. Plaintiff objects to this request to the extent it purports to require Plaintiff to produce documents beyond those in its possession, custody or control. Plaintiff objects to this request because the subject website and app are equally or more available to Defendant and its counsel. Nothing will be achieved by this request other than invading his privacy by providing Defendant with unfettered access to his personal information irrelevant to any party's claim or defense. Such inspection is disproportional to the needs of this case and the burden on Plaintiff of disclosing to Defendant all of his browsing history Defendant far outweighs its likely benefit. Plaintiff further objects to this request on the grounds it is premature as Plaintiff has not fully completed his investigation of the facts relating to this case, has not fully completed his discovery in this action, and has not fully completed his preparation for trial and cannot fully respond to this request at this time.

1    Subject to and without waiving said objections, Plaintiff responds as follows:

2    Plaintiff encountered access barriers on the Website and Mobile Application as

3    described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

4    claims are based on his personal experience, and the access barriers found on the

5    Website and Mobile Application speak for themselves. Plaintiff is attaching

6    responsive documents in his possession and control.

7    **Request for Production No. 26:**

8    All browsing history and/or search history evidencing YOUR visit(s) or

9    attempt(s) to visit the MOBILE APP.

10   **Response to Request for Production No. 26:**

11   Plaintiff incorporates his Preliminary Statement and General Objections as

12   though fully stated herein. Plaintiff objects to this request as overly broad, unduly

13   burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

14   objects that this request is compound. Plaintiff objects to this request as it seeks

15   information that is disproportionate to the needs of the case as defined by Rule

16   26(b)(1) and further fails to seek information that is relevant to the subject matter of

17   the action. Therefore, Defendant seeks to expand discovery beyond what is

18   proportional to the needs of this case and the burden to Plaintiff of the proposed

19   discovery outweighs its likely benefit.  Plaintiff objects to this request to the extent

20   that it seeks discovery of documents beyond what are available from a reasonable

21   search of Plaintiff's files likely to contain relevant or responsive documents.

22   Plaintiff objects to this request to the extent it purports to require Plaintiff to produce

23   documents beyond those in its possession, custody or control.  Plaintiff objects to

24   this request because the subject website and app are equally or more available to

25   Defendant and its counsel. Plaintiff objects to this Request as it is intended to harass

26   and annoy Plaintiff. Further, Plaintiff objects to this Request to the extent it seeks to

27   violate third-party copyright protections and license agreements, and likewise seeks

28   private information and/or things protected by individual privacy rights as set forth

1  in Art. 1, Sec. 1 of the California Constitution. Nothing will be achieved by this

2  request other than invading his privacy by providing Defendant with unfettered

3  access to his personal information irrelevant to any party's claim or defense. Such

4  inspection is disproportional to the needs of this case and the burden on Plaintiff of

5  disclosing to Defendant all of his browsing history Defendant far outweighs its

6  likely benefit.  Plaintiff further objects to this request on the grounds it is premature

7  as Plaintiff has not fully completed his investigation of the facts relating to this case,

8  has not fully completed his discovery in this action, and has not fully completed his

9  preparation for trial and cannot fully respond to this request at this time.

10       Subject to and without waiving said objections, Plaintiff responds as follows:

11  Plaintiff encountered access barriers on the Website and Mobile Application as

12  described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

13  claims are based on his personal experience, and the access barriers found on the

14  Website and Mobile Application speak for themselves.

15  **Request for Production No. 27:**

16       All DOCUMENTS concerning screen shots concerning YOUR attempts to

17  access or use the WEBSITE.

18  **Response to Request for Production No. 27:**

19       Plaintiff incorporates his Preliminary Statement and General Objections as

20  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

21  burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

22  objects to this request as it seeks information that is disproportionate to the needs of

23  the case as defined by Rule 26(b)(1) and further fails to seek information that is

24  relevant to the subject matter of the action. Therefore, Defendant seeks to expand

25  discovery beyond what is proportional to the needs of this case and the burden to

26  Plaintiff of the proposed discovery outweighs its likely benefit.  Plaintiff objects to

27  this request to the extent it seeks information or documents protected by the

28  attorney-client and/or work product privileges.  Plaintiff objects to this request to the

1   extent that it seeks discovery of documents beyond what are available from a

2   reasonable search of Plaintiff's files likely to contain relevant or responsive

3   documents.  Plaintiff objects to this request to the extent it purports to require

4   Plaintiff to produce documents beyond those in its possession, custody or control.

5   Plaintiff further objects to this request on the grounds it is premature as Plaintiff has

6   not fully completed his investigation of the facts relating to this case, has not fully

7   completed his discovery in this action, and has not fully completed his preparation

8   for trial and cannot fully respond to this request at this time.

9        Subject to and without waiving said objections, Plaintiff responds as follows:

10   Plaintiff encountered access barriers on the Website as described in Plaintiff's

11   Responses to Defendant's First Set of Interrogatories, his claims are based on his

12   personal experience, and the access barriers found on the Website speak for

13   themselves. Plaintiff is attaching responsive documents in his possession and

14   control.

15   **Request for Production No. 28:**

16        All DOCUMENTS concerning screen shots concerning YOUR attempts to

17   access or use the MOBILE APP.

18   **Response to Request for Production No. 28:**

19        Plaintiff incorporates his Preliminary Statement and General Objections as

20   though fully stated herein. Plaintiff objects to this request as overly broad, unduly

21   burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

22   objects to this request as it seeks information that is disproportionate to the needs of

23   the case as defined by Rule 26(b)(1) and further fails to seek information that is

24   relevant to the subject matter of the action. Therefore, Defendant seeks to expand

25   discovery beyond what is proportional to the needs of this case and the burden to

26   Plaintiff of the proposed discovery outweighs its likely benefit.  Plaintiff objects to

27   this request to the extent it seeks information or documents protected by the

28   attorney-client and/or work product privileges.  Plaintiff objects to this request to the

1    extent that it seeks discovery of documents beyond what are available from a

2    reasonable search of Plaintiff's files likely to contain relevant or responsive

3    documents.  Plaintiff objects to this request to the extent it purports to require

4    Plaintiff to produce documents beyond those in its possession, custody or control.

5    Plaintiff further objects to this request on the grounds it is premature as Plaintiff has

6    not fully completed his investigation of the facts relating to this case, has not fully

7    completed his discovery in this action, and has not fully completed his preparation

8    for trial and cannot fully respond to this request at this time.

9          Subject to and without waiving said objections, Plaintiff responds as follows:

10   Plaintiff encountered access barriers on the Mobile Application as described in

11   Plaintiff's Responses to Defendant's First Set of Interrogatories, his claims are based

12   on his personal experience, and the access barriers found on the Mobile Application

13   speak for themselves. Plaintiff is attaching responsive documents in his possession

14   and control.

15   **Request for Production No. 29:**

16         All browsing and/or search history evidencing YOUR use of the internet in

17   2015.

18   **Response to Request for Production No. 29:**

19         Plaintiff incorporates his Preliminary Statement and General Objections as

20   though fully stated herein. Plaintiff objects to this request as overly broad, unduly

21   burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

22   objects that this request is compound. Plaintiff objects to this request as it seeks

23   information that is disproportionate to the needs of the case as defined by Rule

24   26(b)(1) and further fails to seek information that is relevant to the subject matter of

25   the action. Therefore, Defendant seeks to expand discovery beyond what is

26   proportional to the needs of this case and the burden to Plaintiff of the proposed

27   discovery outweighs its likely benefit.  Plaintiff objects to this request to the extent

28   that it seeks discovery of documents beyond what are available from a reasonable

38

1   search of Plaintiff's files likely to contain relevant or responsive documents.

2   Plaintiff objects to this request to the extent it purports to require Plaintiff to produce

3   documents beyond those in its possession, custody or control.  Plaintiff objects to

4   this request because the subject website and app are equally or more available to

5   Defendant and its counsel. Plaintiff objects to this Request as it is intended to harass

6   and annoy Plaintiff. Further, Plaintiff objects to this Request to the extent it seeks to

7   violate third-party copyright protections and license agreements, and likewise seeks

8   private information and/or things protected by individual privacy rights as set forth

9   in Art. 1, Sec. 1 of the California Constitution.  Nothing will be achieved by this

10  request other than invading his privacy by providing Defendant with unfettered

11  access to his personal information irrelevant to any party's claim or defense. Such

12  inspection is disproportional to the needs of this case and the burden on Plaintiff of

13  disclosing to Defendant all of his browsing history Defendant far outweighs its

14  likely benefit.  Plaintiff further objects to this request on the grounds it is premature

15  as Plaintiff has not fully completed his investigation of the facts relating to this case,

16  has not fully completed his discovery in this action, and has not fully completed his

17  preparation for trial and cannot fully respond to this request at this time.

18          Subject to and without waiving said objections, Plaintiff responds as follows:

19  Plaintiff encountered access barriers on the Website and Mobile Application as

20  described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

21  claims are based on his personal experience, and the access barriers found on the

22  Website and Mobile Application speak for themselves.

23  **Request for Production No. 30:**

24          All browsing and/or search history evidencing YOUR use of the internet in

25  2016.

26  **Response to Request for Production No. 30:**

27          Plaintiff incorporates his Preliminary Statement and General Objections as

28  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff
objects that this request is compound. Plaintiff objects to this request as it seeks
information that is disproportionate to the needs of the case as defined by Rule
26(b)(1) and further fails to seek information that is relevant to the subject matter of
the action. Therefore, Defendant seeks to expand discovery beyond what is
proportional to the needs of this case and the burden to Plaintiff of the proposed
discovery outweighs its likely benefit.  Plaintiff objects to this request to the extent
that it seeks discovery of documents beyond what are available from a reasonable
search of Plaintiff's files likely to contain relevant or responsive documents.
Plaintiff objects to this request to the extent it purports to require Plaintiff to produce
documents beyond those in its possession, custody or control.  Plaintiff objects to
this request because the subject website and application are equally or more
available to Defendant and its counsel. Plaintiff objects to this Request as it is
intended to harass and annoy Plaintiff. Further, Plaintiff objects to this Request to
the extent it seeks to violate third-party copyright protections and license
agreements, and likewise seeks private information and/or things protected by
individual privacy rights as set forth in Art. 1, Sec. 1 of the California Constitution.
Nothing will be achieved by this request other than invading his privacy by
providing Defendant with unfettered access to his personal information irrelevant to
any party's claim or defense. Such inspection is disproportional to the needs of this
case and the burden on Plaintiff of disclosing to Defendant all of his browsing
history Defendant far outweighs its likely benefit.  Plaintiff further objects to this
request on the grounds it is premature as Plaintiff has not fully completed his
investigation of the facts relating to this case, has not fully completed his discovery
in this action, and has not fully completed his preparation for trial and cannot fully
respond to this request at this time.

Subject to and without waiving said objections, Plaintiff responds as follows:
Plaintiff encountered access barriers on the Website and Mobile Application as

1  described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

2  claims are based on his personal experience, and the access barriers found on the

3  Website and Mobile Application speak for themselves.

4  **Request for Production No. 31:**

5     All DOCUMENTS identified or referred to in YOUR response to

6  DEFENDANT'S First Set of Interrogatories.

7  **Response to Request for Production No. 31:**

8     Plaintiff incorporates his Preliminary Statement and General Objections as

9  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

10  burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

11  objects to this request as it seeks information that is disproportionate to the needs of

12  the case as defined by Rule 26(b)(1) and further fails to seek information that is

13  relevant to the subject matter of the action. Therefore, Defendant seeks to expand

14  discovery beyond what is proportional to the needs of this case and the burden to

15  Plaintiff of the proposed discovery outweighs its likely benefit.  Plaintiff objects to

16  this request to the extent it seeks information or documents protected by the

17  attorney-client and/or work product privileges.  Plaintiff objects to this request to the

18  extent that it seeks discovery of documents beyond what are available from a

19  reasonable search of Plaintiff's files likely to contain relevant or responsive

20  documents.  Plaintiff objects to this request to the extent it purports to require

21  Plaintiff to produce documents beyond those in its possession, custody or control.

22  Plaintiff objects to this request because the subject website and app are equally or

23  more available to Defendant and its counsel.  Plaintiff objects to this Request as it is

24  intended to harass and annoy Plaintiff. Further, Plaintiff objects to this Request to

25  the extent it seeks to violate third-party copyright protections and license

26  agreements, and likewise seeks private information and/or things protected by

27  individual privacy rights as set forth in Art. 1, Sec. 1 of the California Constitution.

28  Plaintiff further objects to this request on the grounds it is premature as Plaintiff has

41

1    not fully completed his investigation of the facts relating to this case, has not fully

2    completed his discovery in this action, and has not fully completed his preparation

3    for trial and cannot fully respond to this request at this time.

4           Subject to and without waiving said objections, Plaintiff responds as follows:

5    Plaintiff encountered access barriers on the Website and Mobile Application as

6    described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

7    claims are based on his personal experience, and the access barriers found on the

8    Website and Mobile Application speak for themselves. Plaintiff is attaching

9    responsive documents in his possession and control.

10   **Request for Production No. 32:**

11          All DOCUMENTS which YOU intend to rely upon at trial.

12   **Response to Request for Production No. 32:**

13          Plaintiff incorporates his Preliminary Statement and General Objections as

14   though fully stated herein. Plaintiff objects to this request as overly broad, unduly

15   burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

16   objects to this request as it seeks information that is disproportionate to the needs of

17   the case as defined by Rule 26(b)(1) and further fails to seek information that is

18   relevant to the subject matter of the action. Therefore, Defendant seeks to expand

19   discovery beyond what is proportional to the needs of this case and the burden to

20   Plaintiff of the proposed discovery outweighs its likely benefit.  Plaintiff objects to

21   this request to the extent it seeks information or documents protected by the

22   attorney-client and/or work product privileges.  Plaintiff objects to this request to the

23   extent that it seeks discovery of documents beyond what are available from a

24   reasonable search of Plaintiff's files likely to contain relevant or responsive

25   documents.  Plaintiff objects to this request to the extent it purports to require

26   Plaintiff to produce documents beyond those in its possession, custody or control.

27   Plaintiff objects to this request because the subject website and app are equally or

28   more available to Defendant and its counsel. Plaintiff objects to this Request as it is

1   intended to harass and annoy Plaintiff. Further, Plaintiff objects to this Request to

2   the extent it seeks to violate third-party copyright protections and license

3   agreements, and likewise seeks private information and/or things protected by

4   individual privacy rights as set forth in Art. 1, Sec. 1 of the California Constitution.

5   Plaintiff further objects to this request on the grounds it is premature as Plaintiff has

6   not fully completed his investigation of the facts relating to this case, has not fully

7   completed his discovery in this action, and has not fully completed his preparation

8   for trial and cannot fully respond to this request at this time.

9          Subject to and without waiving said objections, Plaintiff responds as follows:

10  Plaintiff encountered access barriers on the Website and Mobile Application as

11  described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

12  claims are based on his personal experience, and the access barriers found on the

13  Website and Mobile Application speak for themselves. Plaintiff is attaching

14  responsive documents in his possession and control.

15  **Request for Production No. 33:**

16         All DOCUMENTS concerning YOUR claims and allegations in YOUR

17  complaint.

18  **Response to Request for Production No. 33:**

19         Plaintiff incorporates his Preliminary Statement and General Objections as

20  though fully stated herein. Plaintiff objects to this request as overly broad, unduly

21  burdensome, vague, and ambiguous as it is not properly narrowed in scope. Plaintiff

22  objects to this request as it seeks information that is disproportionate to the needs of

23  the case as defined by Rule 26(b)(1) and further fails to seek information that is

24  relevant to the subject matter of the action. Therefore, Defendant seeks to expand

25  discovery beyond what is proportional to the needs of this case and the burden to

26  Plaintiff of the proposed discovery outweighs its likely benefit.  Plaintiff objects to

27  this request to the extent it seeks information or documents protected by the

28  attorney-client and/or work product privileges.  Plaintiff objects to this request to the

1    extent that it seeks discovery of documents beyond what are available from a

2    reasonable search of Plaintiff's files likely to contain relevant or responsive

3    documents.  Plaintiff objects to this request to the extent it purports to require

4    Plaintiff to produce documents beyond those in its possession, custody or control.

5    Plaintiff objects to this request because the subject website and app are equally or

6    more available to Defendant and its counsel.  Plaintiff further objects to this request

7    on the grounds it is premature as Plaintiff has not fully completed his investigation

8    of the facts relating to this case, has not fully completed his discovery in this action,

9    and has not fully completed his preparation for trial and cannot fully respond to this

10   request at this time.

11          Subject to and without waiving said objections, Plaintiff responds as follows:

12   Plaintiff encountered access barriers on the Website and Mobile Application as

13   described in Plaintiff's Responses to Defendant's First Set of Interrogatories, his

14   claims are based on his personal experience, and the access barriers found on the

15   Website and Mobile Application speak for themselves. Plaintiff is attaching

16   responsive documents in his possession and control.

17

18   Dated: March 13, 2017

19                                    MANNING LAW, APC

20

21                                    By: /s/ Joseph R. Manning Jr., Esq.
                                          Joseph R. Manning Jr., Esq.
22                                        Attorney for Plaintiff

23

24

25

26

27

28

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the cause. My address is 4667 MacArthur Boulevard, Suite 150, Newport Beach, CA 92660.

On March 13, 2017, I served the true copies of the foregoing document described as **PLAINTIFF'S RESPONSES TO DEFENDANT DOMINO'S FIRST SET OF INTERROGATORIES AND DOMINO'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS** on the interested parties in this action, addressed as follows:

> Bradley J. Leimkuhler, Esq.
> Gregory F. Hurley, Esq.
> Michael J. Chilleen
> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
> 650 Town Center Drive, 4th Floor
> Costa Mesa, California 92626-1993
> Telephone: (714) 513-5100
> Facsimile: (714) 513- 5130

[X] BY United States Postal Service:  The documents were mailed as set forth above by U.S. Mail and placed in sealed, addressed envelopes on the above date and deposited into a U.S. Postal Service Mail box on the date set forth above, with postage thereon fully prepaid at Newport Beach, California prior to the time for collection on that day.

[ ] By E-mail or Electronic Transmission.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed.  I did not receive, with a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this affidavit was executed on March 13, 2017.

_____
Caitlin Scott

1