# Exhibit I

| | |
|---|---|
| **From:** | Brad Leimkuhler |
| **To:** | Michael Manning; Carrie Strand; Joe Manning; Tristan Jankowski; ehill@browngold.com; jweber@browngold.com |
| **Cc:** | Greg Hurley; Stacy Dominguez; Greg Care |
| **Subject:** | RE: Robles v. Domino"s Pizza LLC Re Meet and Confer on Plaintiff"s Deficient Discovery Responses |
| **Date:** | Monday, August 24, 2020 10:50:27 PM |

Mike,

Please let me know your availability to meet and confer regarding the referenced letter on Wednesday or Thursday this week.

Regarding the deposition of Plaintiff, please hold 9/14.  We will send out a notice.  Thanks.

Regards,
-Brad

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

**Sheppard Mullin**

650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Michael Manning <mike@manninglawoffice.com>
**Sent:** Thursday, August 20, 2020 3:31 PM
**To:** Carrie Strand <CStrand@sheppardmullin.com>; Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; ehill@browngold.com; jweber@browngold.com
**Cc:** Greg Hurley <GHurley@sheppardmullin.com>; Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Greg Care <gpc@browngold.com>
**Subject:** RE: Robles v. Domino's Pizza LLC Re Meet and Confer on Plaintiff's Deficient Discovery Responses

Hi Brad,

We are reviewing the letter referenced below and will be available in the next couple of days to discuss.  In the meantime, with regard to the deposition of plaintiff, we are generally available any day beginning 9/2 through and including 9/18 with the exception of 9/10 and 9/15.  Are there dates in that time frame that work for you?

Thanks

**From:** Carrie Strand <CStrand@sheppardmullin.com>
**Sent:** Monday, August 10, 2020 4:20 PM
**To:** Joe Manning <jmanning@manninglawoffice.com>; Michael Manning <mike@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; ehill@browngold.com; jweber@browngold.com
**Cc:** Greg Hurley <GHurley@sheppardmullin.com>; Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>
**Subject:** Robles v. Domino's Pizza LLC Re Meet and Confer on Plaintiff's Deficient Discovery Responses

Dear Counsel

Please find attached Defendant's letter Re Meet and Confer.  Hard copy to follow via U.S. Post.

Should you require anything further please contact me.  Thank you very much.

**Carrie Strand** | Paralegal
+1 714-424-8220 | direct
CStrand@sheppardmullin.com

**SheppardMullin**

650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com

<u>Attention:</u> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.