1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC,<br><br>Defendant. | Case No. 2:16-cv-06599<br>Hon. Jesus G. Bernal<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DOMINO'S PIZZA LLC'S MOTION TO COMPEL (1) RESPONSES TO REQUESTS FOR PRODUCTION; AND (2) RESPONSES TO INTERROGATORIES; REQUEST FOR SANCTIONS**<br><br>Date: September 28, 2020<br>Time: 9:00 a.m.<br><br>Trial Date:   December 8. 2020 |

SMRH:4824-9677-8953.1

Case No. 2:16-cv-06599
[PROPOSED] ORDER

1  Defendant Domino's Pizza LLC ("Defendant") moved the Court for an Order
2  compelling (1) responses to Requests for Production Nos. Nos. 18-23, 25, 26 and
3  28; (2) responses to Interrogatories Nos. 1, 2, 7, 8, and 10; and (3) for sanctions
4  ("Motion").  The Motion came on for hearing on September 28, 2020 at 9:00 a.m. in
5  Courtroom Number 1 of the above-entitled Court located at 3470 Twelfth Street,
6  Riverside, California 92501.  After considering the papers, the evidence, and the
7  arguments of counsel, the Court **ORDERS** as follows:
8  Defendant's Motion is **GRANTED** and the Court makes the following
9  orders:
10  (1)  Plaintiff's objections to Defendant's Requests for Production Nos. 18
11  through 23, 25, 26, and 28 are OVERRULED.  Plaintiff shall respond to
12  Defendant's Requests for Production, and produce the documents and things
13  requested therein, within 15 days;
14  (2)  Plaintiff's objections to Defendant's Interrogatories Nos. 1, 2, 7, 8, and
15  10 are OVERRULED.  Plaintiff shall respond to Interrogatories, and request the
16  specific information sought therein as outlined below, within 15 days;
17  (a)  Plaintiff shall list the specific webpages visited;
18  (b)  For each webpage visited, Plaintiff shall include:
19  (i)  the date he visited the webpage;
20  (ii) specific barriers Plaintiff contends exist on that webpage
21  and/or are not usable to a visually-impaired individual;
22  (iii) each feature Plaintiff contends violates disability access
23  laws;
24  (iv) who was with him when he visited the webpage;
25  (v) specific injunctive relief sought; and
26  (vi) why each violation, including specific webpages and
27  features, entitles him to statutory damages.
28

(3) Plaintiff and/or Plaintiff's counsel is to pay Defendant monetary sanctions in the amount of $_____; and

(4) Given that four of the five factors weigh in favor of imposing terminating sanctions, the Court finds that a terminating sanction in favor of Defendant, and as to Plaintiff's mobile application claims, is warranted.  Accordingly, Plaintiff's causes of action (2) Violation of the Americans with Disability Act of 1990 [Domino's Mobile App] and (4) Violation of the Unruh Civil Rights Act [Domino's Mobile App] are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: _____, 20__

_____
JUDGE JESUS G. BERNAL