**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUILLERMO ROBLES <br><br> PLAINTIFF(S), <br> v. <br> DOMINOS PIZZA, LLC <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV16-06599-JGB(FFMx) <br><br> **NOTICE OF REASSIGNMENT** <br> **OF CASE DUE TO UNAVAILABILITY** <br> **OF JUDICIAL OFFICER** |

To:     All Counsel Appearing of Record

The Judge/Magistrate Judge to whom the above-entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court,  the above-entitled case has been returned to the Clerk for ☑ random ☐ direct reassignment.

Accordingly, this case has been reassigned to:
☐   Hon. _____, U.S. District Judge for all further proceedings.
☑   Hon. _____Charles F. Eick_____, Magistrate Judge for:
   ☑ any discovery and/or post-judgment matters that may be referred.
   ☐ for all proceedings in accordance with General Order 05-07.

Please substitute the initials of the newly assigned Judge/Magistrate Judge so that the new case number will read: _EDCV16-06599-JGB(Ex)_____. This is very important because documents are routed by the initials.

Clerk U.S. District Court

09/01/2020
Date

By: APEDRO
                                          Deputy Clerk