Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Eve L. Hill (pro hac vice)
Jessica P. Weber (pro hac vice)
**BROWN, GOLDSTEIN & LEVY, LLP**
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Office: (410) 962-1030
Facsimile: (410) 385-0869
ehill@browngold.com
jweber@browngold.com

Attorneys for Plaintiff
Guillermo Robles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA LLC,<br><br>Defendant. | Case No.. 2:16-cv-06599- JGB-E<br><br>**DECLARATION OF PLAINTIFF GUILLERMO ROBLES IN SUPPORT OF OPPOSITION TO DEFENDANT DOMINO'S PIZZA LLC'S MOTION TO COMPEL AND REQUEST FOR SANCTIONS**<br><br>**DATE:** September 28, 2020<br>**TIME:** 9:00 AM<br><br>**DISCOVERY MATTER**<br><br>**Magistrate Judge Charles F. Eick** |

1
**DECLARATION OF GUILLERMO ROBLES IN
SUPPORT OF OPPOSITION TO MOTION TO COMPEL**

I, Guillermo Robles, declare as follows:

1. I am over the age of eighteen years, and am the Plaintiff in this action. I have personal knowledge as to all matters set forth in this declaration, and could and would competently testify to them under oath if called as a witness.

2. Around July 18, 2015, I first visited the dominos.com website with my laptop computer.

3. Around July 25, 2016, I first visited the Dominos mobile application on my iPhone 6. I also revisited the dominos.com website again around this time on my laptop computer, and again in September, 2016.

4. I also visited the dominos.com website again on February 28, 2017, on my laptop computer, shortly before responding to interrogatories.

5. I also tried to use the mobile application on June 19, 2019, but could not even log into the app because of access barriers.

6. I cannot remember more exact dates of my visits to the dominos.com website and mobile application. I tried to find out by contacting the Microsoft and the Apple Accessibility Department to see if they could find out the dates through my browsing history.

7. Unfortunately, I learned my Internet Explorer and Safari browsers were set to automatically delete browsing history after 30 days and I was unable to locate the exact dates of my website visits in 2015 and 2016.

8. I do not have in my possession the iPhone 6 that I used in 2016. In December 2018, my iPhone 6 stopped working because the battery and antennae failed. Because my iPhone 6 had broken, I traded it in with my carrier, AT&T for an iPhone 8.

9. My iPhone 8 sustained water damage in February 2020 and I again

**DECLARATION OF GUILLERMO ROBLES IN
SUPPORT OF OPPOSITION TO MOTION TO COMPEL**

traded it in with my carrier for a new iPhone 11, which is the phone I currently use.

10. I did not think that I needed to keep my broken iPhone 6 since this case is about accessibility of defendant's mobile application and website and their coding, and not my device settings.

11. As a blind person, I want to advocate for accessibility for myself and my community, I am an active member of several organizations for the blind and visually impaired, and have participated in several projects that promote and fundraise for these organizations and accessibility for other persons who are blind and visually impaired.

12. I first joined the American Council of the Blind ("ACB") via the California Council of the Blind ("CCB") in 1994 after attending workshops aimed at high school students. I started by translating the council's weekly newsletter from English to Spanish. As a young man at this time, I was looking into joining various chapters and affiliates for blind persons across California.

13. Both the ACB and the CCB have been an amazing support system as it relates to my educational and employment endeavors and in 2010, I started looking more deeply into getting involved with affiliates on the national level.

14. In 2012, I became involved with Blind Pride International, an affiliate within ACB geared toward the LGBTQ community. I was elected President of that affiliate on July 9, 2012.

15. Starting in September 20, 2014, I attended meetings with the Greater Los Angeles Chapter of the CCB. Later that year, I ran for secretary of this chapter and served a partial term.

16. In 2018, I ran again for my position of the Greater Los Angeles Chapter of the CCB, and have served as secretary for this chapter since then.

17. I have also served as co-chair of the Greater Los Angeles Chapter's fundraising committee. As well as managing the Chapter's written communication,

**DECLARATION OF GUILLERMO ROBLES IN
SUPPORT OF OPPOSITION TO MOTION TO COMPEL**

1  I have also handled public relations throughout California and helped obtain
2  sponsorship for our Chapter's major Fall fundraiser.
3       18.    In June of 2016, I was appointed to the CCB Scholarship Committee,
4  which considers and interviews blind applicants for merit-based college
5  scholarships. I have been an integral part of this committee by helping it become
6  self-sufficient and by revamping the application process, from the intake of
7  applications to the disbursement of funds. I have ensured that all of our processes
8  are converted from hardcopy to electronic format.
9       19.    In January of 2020, I was appointed as the chair of the CCB's
10 Membership Committee and I am currently involved in member retention and
11 outreach efforts. Since many of our members are seniors, we are in the process of
12 building a "next generation" group for blind persons aged 21-50.
13      20.    On June 20, 2020, I was elected to one of 9 director positions on the
14 CCB Board of directors. I am currently serving a two-year term.
15      21.    I have closely followed my case against Dominos and have participated
16 whenever requested by my attorneys.
17      22.    I attended the oral argument of my case at the Pasadena branch of the
18 Ninth Circuit Court of Appeals with a group of other visually impaired members of
19 the CCB and National Federation of the Blind.
20
21      I declare under penalty of perjury under the laws of the State of California
22 and the laws of the United States of America, that the foregoing is true and correct,
23 and that this Declaration was executed on September 15, 2020, at Los Angeles,
24 California.

By: *Guillermo Robles*
GUILLERMO ROBLES

4
**DECLARATION OF GUILLERMO ROBLES IN
SUPPORT OF OPPOSITION TO MOTION TO COMPEL**