DocuSign Envelope ID: 0B3DB40F-A0A2-4011-A999-B6FE7994D11A

Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Eve L. Hill (pro hac vice)
Jessica P. Weber (pro hac vice)
**BROWN, GOLDSTEIN & LEVY, LLP**
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Office: (410) 962-1030
Facsimile: (410) 385-0869
ehill@browngold.com
jweber@browngold.com

Attorneys for Plaintiff
Guillermo Robles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOMINO'S PIZZA LLC,<br><br>　　　　Defendant. | Case No. 2:16-cv-06599- JGB-E<br><br>**DECLARATION OF PLAINTIFF GUILLERMO ROBLES IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**<br><br>**HON. JESUS G. BERNAL**<br><br>Date: October 26, 2020<br>Time: 9:00 a.m.<br>Dept.: 1 |

1
**DECLARATION OF GUILLERMO ROBLES IN
SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

I, Guillermo Robles, declare as follows:

1. I am over the age of eighteen years, and am the Plaintiff in this action. I have personal knowledge as to all matters set forth in this declaration, and could and would competently testify to them under oath if called as a witness.

2. I am blind and I use screen-reader software to access the information presented visually on my computer and smartphone.

3. My screen readers convey information visually on a screen through speech output or by transmitting text to my refreshable Braille display, which is an electronic device with pins that rise and fall to form new lines of Braille.

4. I prefer to use the Job Access with Speech ("JAWS") screen reader on my laptop to access the Internet and Apple's built-in VoiceOver screen reader on my iPhone.

5. I am a proficient JAWS and VoiceOver user and I regularly use both screen readers to access website and mobile applications.

6. I started learning how to use the JAWS screen reader in August of 1997 through a seven-month course with the Foundation for the Junior Blind. At this course, I spent about 15 hours a week learning how to use JAWS.

7. In January of 1998, I continued my JAWS training with the Braille Institute's Career Services program, which helps visually-impaired persons get ready for employment. During this nine-month program, I spent about 40 hours per week further learning how to use JAWS.

8. Since 1997 and to the present day, I have regularly used JAWS to access the internet.

9. I first tried to access Domino's website Dominos.com on July 15, 2015, when my friend and I were watching a movie and we decided to order a pizza.

10. Because I knew that my friend's son liked Domino's pizza, I took out my laptop, navigated to the Dominos.com website, and I tried to order a customized

**DECLARATION OF GUILLERMO ROBLES IN
SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

pizza for delivery from a local Domino's restaurant.

11. I regularly engage in online shopping, including ordering food from restaurants. I enjoy the convenience and independence of ordering food with a few clicks of my laptop or phone.

12. Some examples of websites that I regularly use that are accessible to me are Amazon, Instacart, L.A. Times, Wal-Mart, Bath & Body Works, and BestBuy. Dunkin' Donuts, Applebee's, and IHOP, and Subway are other websites that I have gone to recently, and have found them to be accessible.

13. Mobile applications that I regularly use that I have found accessible on my iPhone include a lot of news apps like AP Mobile, ABC News, and the L.A. Times. Other mobile apps I use include Amazon, DoorDash, and Postmates.

14. I find that websites are accessible to me if they have clear headings throughout the website, graphics are labeled in such a way that there is no dispute over what the product is (for example, colors, descriptions, etc.), I am able to navigate using tables, and I am able to tab around the site. A properly working "headings" function is important for screen readers because websites contain a lot of information and headings help me and other blind users to find information we are looking for more efficiently.

15. An inaccessible website often does not have headings and has code bleeding where a graphic is just described as numbers and characters that are unintelligible. Inaccessible websites also often have areas in the site that do not say anything or will not let me proceed when I use arrow and tab keys. These types of inaccessible websites prevent me from locating and understanding products or information that I am interested in, or prevent me from ordering a product.

16. Domino's website was not coded properly for nonvisual access, and I was unable to order a pizza through the website.

17. In particular, on Domino's website, I encountered barriers such as

3

**DECLARATION OF GUILLERMO ROBLES IN
SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

unlabeled buttons, boxes, and images without textual descriptions ("alt text"), rotating carousels containing information that did not have alt text and could not be paused, and unstructured headings, which either completely prevented me from accessing information or completing transactions, or made such tasks much more time consuming and laborious than they would be for a sighted user.

18. Because of access barriers on Domino's website, I could not view promotional specials or customize and order my pizza when I attempted to do so on July 18, 2015.

19. I visited the Domino's website on my laptop again on July 25, 2016, in September 2016, and on February 28, 2017, but I continued to encounter access barriers that prevented me from customizing and ordering a pizza or accessing Domino's promotional specials.

20. I have also tried to order pizza, view promotional specials, and attempt to log into the Domino's Mobile Application, which I have accessed through my iPhones.

21. I first attempted to use the Mobile Application on July 25, 2016, and again on June 19, 2019.

22. On both occasions, however, I could not begin the pizza building experience, log into the app, or order a pizza on the Mobile App because of the app's access barriers.

23. For example, because a menu button on the app was coded incorrectly, all I heard was "Nina Invoke" and I had no idea what this meant or what it would do if I tried to use the app to order a pizza.

24. While I have visited the Website and Mobile App on various occasions since the start of this case to check on whether either are now usable, I have found both the Website and Mobile App to still be inaccessible. This has made me not want to order from Domino's, including by visiting its physical locations.

**DECLARATION OF GUILLERMO ROBLES IN
SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

25. If Domino's fixed its website and mobile app, I would use them to order pizza from Domino's restaurants, as well as to view promotional specials, maintain an online rewards account, and locate the nearest stores. I also plan to use Domino's online platforms in the future when I need to order pizza for someone or if I feel like I want to have Domino's Pizza.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America, that the foregoing is true and correct, and that this Declaration was executed on September 27, 2020, at Los Angeles, California.

By: *Guillermo Robles*
GUILLERMO ROBLES

**DECLARATION OF GUILLERMO ROBLES IN
SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**