1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ghurley@sheppardmullin.com
   BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
4  bleimkuhler@sheppardmullin.com
   STACY DOMINGUEZ, Cal. Bar No. 279161
5  sdominguez@sheppardmullin.com
   650 Town Center Drive, 10th Floor
6  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
7  Facsimile:   714.513.5130

8  Attorneys for Defendant,
   DOMINO'S PIZZA LLC
9

10              UNITED STATES DISTRICT COURT

11          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13 | GUILLERMO ROBLES,                  | Case No. 2:16-cv-06599
                                         | Hon. Jesus G. Bernal
14 |         Plaintiff,                 |
                                         | **DECLARATION OF JOSEPH**
15 |    v.                              | **DEVERAUX IN SUPPORT OF**
                                         | **DEFENDANT DOMINO'S PIZZA**
16 | DOMINO'S PIZZA LLC,                 | **LLC'S MOTION FOR SUMMARY**
                                         | **JUDGMENT**
17 |         Defendant.                 |
                                         |
18                                       | Date:  October 26, 2020
                                         | Time:  9:00 a.m.
19                                       | Ctrm.: 1

20                                       | Action Filed:  September 1, 2016
21                                       | Trial Date:    December 8. 2020

# DECLARATION OF JOE DEVEREAUX

I, Joseph Devereaux, declare as follows:

1. I am the Director of Franchise Services for Domino's Pizza LLC ("Defendant"), a defendant identified in the Complaint in the above-referenced action. This declaration is offered in support of Defendant's Motion for Summary Judgment. I am over the age of 18. I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently as to its contents. As part of my job duties and employment, I am also familiar with the structure and operation of Defendant.

2. Defendant is a limited liability company organized under the laws of the State of Michigan, with its principal place of business in Ann Arbor, Michigan, which is not open to the public. Defendant does not own, operate, or lease any physical restaurant locations in the State of California. Defendant is an international franchising organization that grants to independently owned and operated franchisees the right to operate "Domino's" franchises pursuant to franchise agreements. Through this franchising model, Defendant licenses intellectual property to independently owned and operated franchisees. All Domino's restaurant locations in California are independently owned and operated by franchisees. Defendant does not own, lease, or operate any franchised locations, nor is Defendant involved in any individual real estate transactions. Defendant does not maintain control, or have the right to control, the day-to-day operations of the independently owned and operated Domino's franchisees or control whether they meet the accessibility standards of the Americans with Disabilities Act ("ADA"). All independently owned and operated franchisees maintain their own restaurants and are solely responsible for enforcing policies related to accessibility at their own locations. All of the foregoing was true in 2015 and has remained true through the present.

Case 2:16-cv-06599-JGB-E Document 101-2 Filed 09/28/20 Page 3 of 3 Page ID #:1741

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 28, 2020, at Ann Arbor, Michigan.

*Joseph P. Devereaux*

Joseph Devereaux

-2- Case No. 2:16-cv-06599
SMRH:4822-7842-7596.1 DECLARATION OF JOSEPH DEVEREAUX ISO MOTION FOR SUMMARY JUDGMENT