SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:  714.513.5130

Attorneys for Defendant,
DOMINO'S PIZZA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC,<br><br>Defendant. | Case No. 2:16-cv-06599<br>Hon. S. James Otero<br><br>**DECLARATION OF CHRIS ROESER IN SUPPORT OF DEFENDANT DOMINO'S PIZZA LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  October 26, 2020<br>Time:  9:00 a.m.<br>Ctrm.:  1<br><br>Action Filed:  September 1, 2016<br>Trial Date:  December 8, 2020 |

Case No. 2:16-cv-06599

## DECLARATION OF CHRIS ROESER

I, Chris Roeser, declare as follows:

1. I am the Director of Digital Experience for Domino's Pizza LLC ("Defendant"), the defendant identified in the Complaint in the above-referenced action. This declaration is offered in support of Defendant's Motion for Summary Judgment. I am over the age of 18. I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently as to its contents. My job responsibilities include oversight and management of the website www.dominos.com (the "Website") and Defendant's Mobile Application ("Mobile App") that is downloadable on the Apple Corporation App Store.

2. Defendant has a policy and practice of regularly and continuously updating its Website and Mobile App to be accessible to screen reader users. Accessibility features are incorporated during the design/development/ongoing maintenance of the website. For example, Defendant incorporates "alternative text" in image tags on its Website and Mobile App that accurately describe the information shown in the image to visually-impaired individuals. Defendant ensures that the Website can be navigated without a mouse by using a keyboard to jump to fields, manipulate drop down menus, there are no time limits imposed on users, there is sufficient color contrast, there are form labels, headings are incorporated to make screen reader navigation possible, and efforts are made to ensure there are no missing or redundant links. Defendant also continuously updates its Mobile App to be compatible with VoiceOver screen reading software on Apple devices.

3. Defendant's Website also contains an identical accessibility banner that directs users who access the Website with a screen reader with the statement "If you are using a screen reader and are having problems using this website, please call 800-252-4031 for assistance." If a blind or visually impaired individual calls that number, Defendant's representative can provide assistance with Defendant's

Website. Attached as Exhibit A is a screen shot of Defendant's Website that displays the accessibility banner.

    4.    The most recent version of the Mobile App (version 7.9.0) will be available for public download on November 6, 2020. Apple Corporation's rules regarding mobile applications require them to provide final approval before it can be downloaded from the App Store. The code base for the Mobile App on Apple's App Store is different than the code base for the mobile application that is available for download on Android devices.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed September 28, 2020, at Ann Arbor, Michigan.

_____
Chris Roeser