# Exhibit A

# Addendum A
# Aaron Cannon
# Digital Accessibility Professional CV

1422 West Lake Street, Suite 314 Minneapolis, MN 55408    (612) 246-4633    aaron@accessible360.com

## EDUCATION & CERTIFICATION

**UNIVERSITY OF IOWA**                                                                 2006 to 2011
Studied Computer Science and Mathematics. Passed Actuarial Exams P-1 and FM-2

**INTERNATIONAL ASSOCIATION OF ACCESSIBILITY PROFESSIONALS**    2018
Web Accessibility Specialist Certification (WAS)

## PROFESSIONAL EXPERIENCE

**SOFTWARE & ACCESSIBILITY ENGINEER**                       August 2020 - Present

*Kuali Inc.*

- Specializing in development and debugging of web applications in the education field
- In house expert on digital accessibility for the company
- Performs code reviews and provides technical feedback for the broader team

**PRINCIPAL ACCESSIBILITY CONSULTANT**                       May - August 2020

*U.S. Bank*

- Assisted junior consultants with prioritisation and solutions for accessibility issues
- Advised front end developers on the development and testing of web components
- Consulted with management to develop the long term accessibility strategy for the organization

# Addendum A

### CHIEF ACCESSIBILITY OFFICER & CO-FOUNDER  October 2016 – Present

*Accessible360*

A360's live-user auditing team was established and trained by Aaron Cannon, Chief Accessibility Officer (https://www.linkedin.com/in/aaroncannon/). Cannon's experience in live-user accessibility auditing is vast and comprehensive. He provided expert testimony in the case of Andrews v. Blick Art Materials, LLC (17-cv-00767), as well as Thurston v. OMNI Hotels Management Corporation.

- Manages web accessibility auditors responsible for reviewing and supporting a wide variety of websites and mobile applications.
- Reviews the work product of the auditors to ensure technical accuracy, and that each audit meets the rigorous standards of A360.
- Develops internal accessibility auditing standards and processes.
- Monitors accessibility legal trends, and their applicability to A360 and its clients.
- Acts as the highest level of support for troubleshooting and resolving accessibility issues for the internal auditing team and external clients.
- Audits websites, mobile applications and documents for accessibility compliance with WCAG 2.0/2.1.
- Provides rebuttal reports, sworn affidavits, and expert witness testimony for clients facing legal threats/action.
- Delivers the technical aspects of digital accessibility within numerous Continuing Legal Education classes with Accessible360 co founder, Michele Landis.

### LEAD SOFTWARE ACCESSIBILITY ENGINEER
October 2013 – September 2016

*Instructure*

- Responsible for ensuring the accessibility of their Canvas learning management Platform.
- Responsible for identifying issues with accessibility of products, devising fixes, and often implementing those fixes on a complex code base.
- Educated developers on accessibility best practices, and helping to troubleshoot issues with accessibility fixes.

# Addendum A

## LEAD SOFTWARE & ACCESSIBILITY ENGINEER
August 2011 – October 2013

### *The Nerdery*

- Wrote and enhanced web application software using a wide variety of languages and technologies.
- Frequently led development, and advised other developers on a variety of advanced topics including regular expressions, encryption/security, and on writing complex MySQL statements.
- Conducted accessibility audits and provided specific instructions on how to correct or mitigate accessibility issues for web and IOS applications.
- Built complex software projects in collaboration with other developers and designers using various source code and issue tracking systems.
- Worked directly with developers and managers from outside organizations to design protocols for software interactions and to explain system limitations, issues with their requirements or designs, and potential alternatives.

## WEB ACCESSIBILITY CONSULTANT
Jan 2008 – August 2011

### *Aaron Cannon Consulting*

- Reviewed the accessibility of web sites for various clients including RightNow Technologies and Supervalu.
- Tested web sites for their accessibility using the Jaws for Windows screen reader, and other assistive technologies.
- Provided developers with specific recommendations and corrections based on WCAG 2.0 standards.
- Provided accessibility training to developers and designers on accessibility best practices.

# Addendum A

## WEB ACCESSIBILITY CONSULTANT
May 2007 – May 2009

*The Church of Jesus Christ of Latter-Day Saints*

- Evaluated websites to ensure compliance with web accessibility standards and best practices.
- Researched new and emerging technologies to ascertain their potential impact on disabled users.
- Developed testing procedures and guidelines to aid designers and developers in producing accessible products.

## SKILLS AND QUALIFICATIONS

- Proficient in Javascript, Go, Python, and C programming languages, as well as HTML. Some experience with C++, C#, Java, PHP, and PERL.
- Experience developing with React, React-Native, WordPress, Zend 1, Django, and Vue.js
- Experience in developing design standards and testing procedures that accord with WCAG 2.0, and which employ the ARIA standard.
- Over 30 years of experience with screen reading technologies, including NVDA, Jaws for Windows, and VoiceOver.
- Proficient in Windows and Linux Operating Systems, with some Mac experience.
- Project management and managerial skills.
- Acute analytical skills. Strong ability to articulate complex subjects in a clear and concise manner to decision makers.
- Court certified expert witness in accessibility. Fluent in Spanish.

## PUBLICATIONS

**Cannon Access Blog**: https://cannonaccess.com/
Exploring the Google Cloud Functions Environment
https://www.cannonaccess.com/2017/08/google-cloud-functions-environment/
Exploring the Google Cloud Functions Environment
https://www.cannonaccess.com/2017/08/google-cloud-functions-environment/
Hiding or Disabling https://www.cannonaccess.com/2014/11/hiding-or-disabling/
Accessibility Bookmarklet for StackOverflow.com and Friends
https://www.cannonaccess.com/2010/09/accessibility-bookmarklet-for-stackoverflow-com-and-friends/

# Addendum A

**Accessible360 Blog** https://accessible360.com/accessible360-blog/.
Slack Hints for Screen Readers
https://accessible360.com/accessible360-blog/2019-10-28-slack-hints-for-screen-readers/
Why Automatic Accessibility Scanning Tools Aren't Enough
https://accessible360.com/accessible360-blog/automatic-accessibility-scanning-tools-arent-enough/
Using Google Docs With a Screen Reader
https://accessible360.com/accessible360-blog/2019-05-21-using-google-docs-with-a-screen-reader/
Can AI Write Your alt Attributes?
https://accessible360.com/accessible360-blog/2018-05-17-can-ai-write-your-alt-attributes/
Problems With CAPTCHAs
https://accessible360.com/accessible360-blog/2019-08-30-the-problems-with-captchas/
Adjusting Attitudes: A Landmark Victory in the Iowa Supreme Court in Braille Monitor September 2017 https://www.nfb.org/images/nfb/publications/bm/bm15/bm1508/bm150810.htm
Responses to: What is The Cost of a Free Product in Braille Monitor February 2015
https://web.nfbcal.org/pipermail/brlmonitor/2015/000035.html

## EDUCATION

### INTERNATIONAL ASSOCIATION OF ACCESSIBILITY PROFESSIONALS

- Web Accessibility Specialist Certification (WAS)

### UNIVERSITY OF IOWA

- Studied Computer Science and Mathematics. Passed Actuarial Exams P-1 and FM-2.