**DEFENDANT' DOMINO'S EXPERT WITNESS VIDEO**

**TO BE LODGED**

# Exhibit D