SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
STACY M. DOMINGUEZ, Cal. Bar No. 279161
sdominguez@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for DOMINO'S PIZZA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>        Plaintiff,<br><br>    v.<br><br>DOMINO'S PIZZA LLC,<br><br>        Defendant. | Case No. 2:16-cv-06599-JGB-E<br>Honorable Jesus G. Bernal<br><br>**DECLARATION OF BRADLEY J. LEIMKUHLER IN SUPPORT OF DEFENDANT DOMINO'S PIZZA LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   October 26, 2020<br>Time:  9:00 a.m.<br>Ctrm:  1<br><br>Action Filed:  September 1, 2016<br>Trial Date:    December 8. 2020 |

# DECLARATION OF BRADLEY J. LEIMKUHLER

I, Bradley J. Leimkuhler, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant Domino's Pizza LLC ("Defendant"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. This declaration is submitted in support of Defendant Domino's Pizza LLC's Motion for Summary Judgment ("Motion").

2. On September 21, 2020, Defendant conducted Plaintiff's deposition. Attached as **Exhibit A** to this Declaration is a true and correct copy of relevant excerpts from the Deposition Transcript of Plaintiff Guillermo Robles.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed September 28, 2020, at Costa Mesa, California.

                                          */s/ Bradley J. Leimkuhler*
                                          Bradley J. Leimkuhler