# Exhibit A

Robles vs Domino's Pizza, LLC

Videoconference Deposition of

**GUILLERMO ROBLES**

*September 21, 2020*



888.832.0050
www.RocketReporters.com

Case 2:16-cv-06599-JGB-E Document 101-11 Filed 09/28/20 Page 3 of 9 Page ID #:1789
Guillermo Robles
Robles vs Domino's Pizza, LLC

```
                    UNITED STATES DISTRICT COURT

         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION



GUILLERMO ROBLES,                )
                                 )
            Plaintiff,           )
                                 )
      vs.                        ) No: 2:16-cv-06599-JGB-E
                                 )
DOMINO'S PIZZA LLC,              )
                                 )
            Defendant.           )
_____)




                    DEPOSITION VIA VIDEOCONFERENCE

                       OF GUILLERMO ROBLES

                     NEWPORT BEACH, CALIFORNIA

                       SEPTEMBER 21, 2020




Stenographically reported by:
Vicki Resch, RPR, CSR 6645
```



```
 1   BY MR. LEIMKUHLER:
 2       Q    All right.  Mr. Robles, you have attempted to
 3   visit dominos.com before; is that right?
 4       A    Yes.
 5       Q    And for the purposes of this, if I refer to
 6   dominos.com as the website or defendant's website,
 7   that's what I will be referring to.
 8            Is that okay with you?
 9       A    That's fine.
10       Q    And if you -- if there's any unclarity or if
11   you -- if there's something ambiguous about that that
12   gives you any pause, just please let me know.  Okay?
13       A    Sure.
14       Q    So when was the first time you ever visited
15   the dominos.com website?
16       A    To the best of my recollection, it was in
17   July of -- I want to say July of 2015.
18       Q    The first time was July 2015; is that right?
19       A    To the best of my recollection.
20       Q    And what prompted you to visit the website in
21   July of 2015?
22       A    I was at a friend's house.  We were watching
23   a movie.  We were debating on what to do for dinner,
24   and we decided that we would order pizza.  And looking
25   around to see what was in her area, I did notice that
```



```
 1   there was a Domino's close by.  And I know that her
 2   kids are partial to Domino's, so we just decided that
 3   we would do that.
 4        Q    What's the name of the friend?
 5        A    Sofia Galeano.
 6        Q    Can you spell that, please?
 7        A    First name, S-O-F, as in Frank, I-A.  Last
 8   name, G-A-L-E-A-N, as in Nancy, O.
 9        Q    And where is Ms. Galeano's house located?
10        A    In Montebello, California.
11        Q    And to be clear, the Montebello address is
12   where you were in July 2015?
13        A    Yes.
14        Q    And is Ms. Galeano blind?
15        A    No.
16        Q    Is she disabled?
17        A    No.
18        Q    And you said that you did notice that
19   Domino's had a location in the area; is that right?
20        A    Correct.
21        Q    And how did you notice that?
22        A    I initially -- there is an app called
23   "AroundMe" that was pretty popular back then, and it
24   listed restaurants and other businesses that might be
25   around where your current location is.
```



```
 1   some of the same barriers.
 2       Q    And that was in September 2016?
 3       A    Correct.
 4       Q    And so this was when you -- this was -- you
 5   personally decided to go investigate the website; is
 6   that right?
 7       A    Yes.
 8       Q    And for what purpose?
 9       A    I was wanting to order dinner.
10       Q    And this is -- okay.  So you were attempting
11   to order dinner in September 2016 through the
12   dominos.com website; is that right?
13       A    Correct.
14       Q    Between September 2016 and July 2015, had you
15   ordered Domino's pizza at any point?
16       A    No.
17       Q    Okay.  And can you tell me what occurred when
18   you attempted to -- where were you when you attempted
19   to visit defendant's website in September 2016?
20       A    Where was I?
21       Q    Yes.
22       A    I was in my Downtown L.A. apartment.
23       Q    And that's the West 11th Street address we
24   spoke about earlier?
25       A    Yes.
```



888.832.0050       www.RocketReporters.com

```
 1  before, the same type of form field issues as before.
 2  And I did not find any way to proceed through the rest
 3  of the screens.
 4       Q    Did you locate any phone numbers on the
 5  website on February 28, 2017 related to screen-reading
 6  software?
 7       A    I did not.  Wait.  February 28, 2016?
 8       Q    2017.
 9       A    2017.  Yes, there was a phone number that was
10  buried in the website.
11       Q    And that was directed at screen reader users;
12  is that right?
13       A    Correct.
14       Q    And did you call that number?
15       A    I did.
16       Q    And what happened when you called that
17  number?
18       A    I was on hold for approximately one hour.
19       Q    Did you -- after an hour, what happened?
20       A    I hung up.
21       Q    And then aside from what we discussed, was
22  there any additional barriers that you noticed in --
23  or access problems that you noticed on your
24  February 28, 2017 visit to defendant's website?
25       A    I'm sure there were, but I can't recall any
```



```
 1      A    During which time frame are you asking about?
 2      Q    After July -- including and after July 2015.
 3      A    No, I have not.
 4      Q    Was there ever an occasion that you wanted to
 5   visit a physical location of Domino's but were unable
 6   to because of problems on the website?
 7      A    No, there was not.
 8      Q    Was there ever an occasion you wanted to
 9   visit a physical location of Domino's but were not
10   able to because of the problems you encountered on the
11   mobile application?
12      A    No, there was not.
13      Q    Do you have the ability to go onto
14   dominos.com right now?
15      A    I do.
16      Q    Is there a way you could do that for me and
17   show me if you can walk me through how you go to the
18   website and order a pizza?
19      A    I can.  Would you like me to share my sound
20   with you or --
21      Q    That would be great.
22      A    Sure.  So for the purposes of this
23   demonstration, I'm going to slow my speech down so
24   that it can at least be understood by everybody.
25           MS. WEBER:  I'll object to the extent --
```



888.832.0050    www.RocketReporters.com

```
 1            I, VICKI RENEE RESCH, RPR, CSR No. 6645,
 2   certify:  that the foregoing proceedings were taken
 3   before me at the time and place herein set forth; at
 4   which time the witness was duly sworn; and that the
 5   transcript is a true record of the testimony so given.
 6
 7        Witness review, correction and signature was
 8    (X) by code.                (X) requested.
 9    ( ) waived.                 ( ) not requested.
10    ( ) not handled by the deposition officer due to
11        party stipulation.
12
13        The dismantling, unsealing, or unbinding of the
14   original transcript will render the reporter's
15   certificate null and void.
16            I further certify that I am not financially
17   interested in the action, and I am not a relative or
18   employee of any attorney of the parties, nor of any of
19   the parties.
20            Dated this 23rd day of September, 2020.
21
22
23        _____
24             VICKI RESCH
25
```



ROCKET REPORTERS
888.832.0050    www.RocketReporters.com