SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
STACY M. DOMINGUEZ, Cal. Bar No. 279161
sdominguez@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant,
DOMINO'S PIZZA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC,<br><br>Defendant. | Case No. 2:16-cv-06599<br>Hon. Jesus G. Bernal<br><br>**[PROPOSED] JUDGMENT GRANTING DEFENDANT DOMINO'S PIZZA LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  October 26, 2020<br>Time:  9:00 a.m.<br>Ctrm.:  1<br><br>Action Filed:  September 1, 2016<br>Trial Date:     December 8. 2020 |

Defendant Domino's Pizza LLC's ("Defendant") Motion for Summary Judgment ("Motion") came on for hearing on October 26, 2020 at 9:00 a.m. in the above-titled Court. After considering the papers, the evidence, and the arguments of counsel, the Court **ORDERS** as follows:

There are no disputed issues of material fact. Defendant's motion is **GRANTED** in its entirety and all of Plaintiff Guillermo Robles' claims are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____, 2020

_____
HON. JESUS G. BERNAL
United States District Judge

SMRH:4813-5234-9388.1     [PROPOSED] JUDGMENT