Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Eve L. Hill (pro hac vice)
Jessica P. Weber (pro hac vice)
**BROWN, GOLDSTEIN & LEVY, LLP**
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Office: (410) 962-1030
Facsimile: (410) 385-0869
ehill@browngold.com
jweber@browngold.com

Attorneys for Plaintiff
Guillermo Robles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA LLC,<br><br>Defendant. | Case No. 2:16-cv-06599- JGB-E<br><br>**DECLARATION OF ROSEMARY MUSACHIO IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**HON. JESUS G. BERNAL**<br><br>Date: October 26, 2020<br>Time: 9:00 a.m.<br>Dept.: 1 |

1

**DECLARATION OF ROSEMARY MUSACHIO**

I, Rosemary Musachio, declare as follows:

1. I have reviewed a video recording of Plaintiff Guillermo Robles visiting the dominos.com website (the "Website") on October 1, 2020.

2. After reviewing the recording, I visited the Website to see if I could recreate the barriers encountered by Mr. Robles and determine whether any of these barriers were the result of improper coding on the Website. My findings are below.

3. At around the 33:20 minute mark on the video, Mr. Robles encountered an inaccessible edit field for the date and he was unable to select a future date for his order and complete a transaction. I confirmed that the future date edit field is improperly coded so that the dropdown calendar that appears for sighted users who click on the field with a mouse cannot be accessed by screen reader users, who use keys, rather than a mouse, to navigate. Specifically, the code for the date picker lacks *role="dialog"* and *"aria-modal."* The code also showed two date pickers instead of just one. Because of these issues, screen reader users who want to schedule an order for a future date cannot do it. This is a major barrier.

4. At around the 5:00 minute mark of the video, Mr. Robles encounters graphics on the Coupons page that are coded to be read by screen readers simply as "coupons graphic," rather than having accurate alt text to describe their content. I confirmed that images of items lacked text alternatives.

5. Furthermore, at around the 5:50 minute mark, as Mr. Robles browsed through the Coupons page, it was not clear to him which coupon was associated with each "Add Coupon" button because the "Add Coupon" button was not programmatically associated with a coupon. Each button requires *aria-labelledby={id of coupon name}*. The graphic for each coupon should have been programmatically combined with the associated button and text below the button to create one interactive element. Other screen reader users would encounter the same issue while tabbing, using the arrow keys, or invoking navigation shortcuts for

2

**DECLARATION OF ROSEMARY MUSACHIO**

buttons. Below is an image of the Website's incorrect coding that caused this problem:

```
grid__cell--1 grid__cell--1/2@widescreen js-coupon js-
addCoupon local-coupon__link" data-couponcode="9204"
data-quid="coupon-container">
    ▼<div class="media__image local-coupon__image">
        <img alt="Coupons" class="local-coupon__image-img"
        src="https://cache.dominos.com/olo/6_36_2/assets/
        build/market/US/_en/images/img/coupons/thumbnails/
        M2TPAN.jpg">
    </div>
    ▼<div class="grid__cell--1 local-coupon__cta">
        <button type="button" class="btn btn--small local-
        coupon__button" data-quid="coupon-button-9204">Add
        Coupon</button> == $0
    </div>
    ▼<div class="grid__cell--1">
        <p class="price local-coupon__price">$8.99</p>
    </div>
    ▼<div class="media__description local-
    coupon__description">
        <p>Medium 2-Topping Handmade Pan Pizzas</p>
```

6. Similarly, around the 19:00 minute mark, on the "Garlic Bread Twist" dialog, Mr. Robles encountered barriers selecting "Sides." While he expected radio buttons to select items, as in the "Build Your Own Pizza" dialog, Mr. Robles instead encountered listboxes, which inconsistently presented the items. Furthermore, the Website was coded so that the screen reader did not say the associated item when Mr. Robles navigated to the listbox (which is where a user selects the item). Although screen readers could read the item and then the associated listbox, users could easily think that the field belongs to the following item and not the previous, which is highly confusing to blind users. Each "Quantity" listbox lacked *aria-describedby={id of the item}* attribute to associate it with the item, as demonstrated in this image of the Website's coding in this area:

3

**DECLARATION OF ROSEMARY MUSACHIO**

```
▼<div class="grid__cell--1/4 grid__cell--1/6@desktop dipping-cups-qty">
    ▼<select aria-label="Quantity:" class="side-select" name="F_GARLICT|Side|SIDMAR"> == $0
        <option selected value="0">
                    0
                </option>
        <option value="1">
                    1
                </option>
        <option value="2">
                    2
```

7. Around the 7:00 minute mark, on the "Add This Coupon to Your Item" dialog, when Mr. Robles navigated to a "Pizza" button, the screen reader said "Collapsed" which was represented visually with the right arrow. However, the content was already expanded. The code should have *aria-expanded="true"*. When Mr. Robles tried to activate the button, no action occurred because the content was already expanded. This causes confusion to screen reader users like Mr. Robles because he did not know the content was already expanded. This mistake could lead screen reader uses to miss the expanded content. The button is just a non-active heading. Below is an image of the incorrect coding in this area of the Website:

4

**DECLARATION OF ROSEMARY MUSACHIO**

```html
<header class="card__header">
  <h2>
    <button type="button" aria-expanded="false" data-dpz-track-evt-label="coupons-wizard" data-dpz-track-evt-name="wizard-expand-Pizzas" class="card__title fulfiller__category-"> == $0
      " Pizzas "
      <span class="card__expand-collapse-icon" aria-hidden="true">…</span>
    </button>
  </h2>
</header>
<div class="card__body js-pageBox" data-quid="fulfiller-wizard-item-pizzas">
  <div class="grid">
    <div class="grid__cell--1/2 grid__cell--1@kiosk grid__cell--1/4@desktop grid__cell--1/4@widescreen js-product js-fulfillerProductS_PIZCR">…</div>
    <div class="grid__cell--1/2 grid__cell--1@kiosk grid__cell--1/4@desktop grid__cell--1/4@widescreen js-product js-fulfillerProductS_PIZCK">…</div>
    <div class="grid__cell--1/2 grid__cell--1@kiosk grid__cell--1/4@desktop grid__cell--1/4@widescreen js-
```

8. Around the 11:40 minute mark of the video, on the "Choose Cheese and Sauce" section of the "Build Your Own Pizza" dialog. Mr. Robles could not navigate through the "Sauce" radio buttons using arrow keys when a listbox appears. This is a definite obstacle for screen reader users, who rely on their keyboards, rather than a mouse to navigate. The coding error that caused this barrier is that the value of the *name* attribute of each radio button differs, which prevents arrowing through—the main method screen reader users employ to navigate radio buttons. An image of this coding error follows:

5
**DECLARATION OF ROSEMARY MUSACHIO**

```html
<label class="label--sauce">
    <input data-quid="sauce-topping-Bq-input"
    type="radio" class="selectTopping c-topping-
    Bq" name="S_PIZZA|Topping|Bq">
    <span data-quid="sauce-topping-Bq-text"
    class="btn--toggle">Honey BBQ Sauce</span>
</label>
<div class="toppingSettings js-sauce--parts-
weights-Bq is-hidden">
    <input type="hidden" name="Part|Bq" value=
    "1/1">
    <select aria-label="Honey BBQ Sauce" class=
    "weight" name="Weight|Bq" data-topping="Bq"
    data-quid="toggle-topping-disabled-message-
    select-Bq">…</select>
</div>
</div>
<div class="topping sauce">
    <label class="label--sauce"> == $0
        <input data-quid="sauce-topping-Xw-input"
        type="radio" class="selectTopping c-topping-
        Xw" name="S_PIZZA|Topping|Xw">
        <span data-quid="sauce-topping-Xw-text"
        class="btn--toggle">Garlic Parmesan Sauce
        </span>
    </label>
    <div class="toppingSettings js-sauce--parts-
```

#cheeseSauceWrapper   div   div   div   label.label--sauce

9. Around the 14:20 minute mark, in the "Build Your Own Pizza" dialog, Mr. Robles had to navigate back to the top of the page after choosing options to choose another category button (*e.g.*,"Toppings"). This is time-consuming, confusing, and created extra effort. The category buttons, "Quantity" listbox, and "Add to Cart" button should go below all options. Other screen reader users would experience this same barrier.

6

DECLARATION OF ROSEMARY MUSACHIO

10. At around the 27:45 minute mark, Mr. Robles navigated to images of order items on the "Your Cart" dropdown menu that lacked text alternatives. Instead, the images were coded to be read as "unlabeled zero button" by screen readers. Mr. Robles, along with other screen reader users, cannot know if these images have meaning. Since associated text links are adjacent to the image links, the latter should have null alternative text so screen readers can ignore them. Instead the Website contained the following incorrect coding:

```html
<div class="mini-cart__body--spacer">
  <p class="mini-cart__saved-message" data-quid="well-keep-your-cart">…</p>
  <div class="mini-cart__coupons-list">…</div>
  <ul class="mini-cart__product-list">
    <li class="mini-cart__product-list__product media" data-quid="mini-cart-product-1">
      <button type="button" class="btn--link mini-cart__product-list__product-img" data-quid="mini-cart-product-1-image-button">
        <img alt class="media__image" data-quid="mini-cart-product-1-image" src="https://cache.dominos.com/olo/6_36_2/assets/build/market/US/_en/images/img/products/thumbnails/S_PIZZA.jpg"> == $0
      </button>
      <div class="mini-cart__product-list__product-details">…</div>
```

11. After reviewing the video of Mr. Robles trying to navigate the Website, and having reviewed the Website and its code, it is my opinion to a reasonable degree of professional certainty within the field of accessible information technology that it is the Website's coding errors, not user error or any unique features of Mr. Robles' software or hardware, that made the process of navigating through the Website and completing transactions much more confusing and laborious for him as a blind screen reader user.

7

**DECLARATION OF ROSEMARY MUSACHIO**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 5, 2020, in Warrensville Heights, Ohio.

By: *Rosemary E. Musachio*

Rosemary Musachio