DocuSign Envelope ID: 54E1ACAD-D73C-4CA3-9750-4627E7FAD1AD

Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Eve L. Hill (pro hac vice)
Jessica P. Weber (pro hac vice)
**BROWN, GOLDSTEIN & LEVY, LLP**
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Office: (410) 962-1030
Facsimile: (410) 385-0869
ehill@browngold.com
jweber@browngold.com

Attorneys for Plaintiff
Guillermo Robles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA LLC,<br><br>Defendant. | Case No. 2:16-cv-06599- JGB-E<br><br>**DECLARATION OF PLAINTIFF GUILLERMO ROBLES IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**HON. JESUS G. BERNAL**<br><br>Date: October 26, 2020<br>Time: 9:00 a.m.<br>Dept.: 1 |

1
**DECLARATION OF GUILLERMO ROBLES IN
SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

DocuSign Envelope ID: 54E1ACAD-D73C-4CA3-9750-4627E7FAD1AD

I, Guillermo Robles, declare as follows:

1. I am over the age of eighteen years, and am the Plaintiff in this action. I have personal knowledge as to all matters set forth in this declaration, and could and would competently testify to them under oath if called as a witness.

2. On October 1, 2020, I visited the website dominos.com and tried to use several of the site's features to customize and order a pizza, use a coupon, select a future date for my order, and complete a transaction. My visit to the website was captured on a video recording.

3. A true and correct copy of a video recording of my attempt to access the website dominos.com on October 1, 2020, is attached as **Exhibit 1**.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America, that the foregoing is true and correct, and that this Declaration was executed on October 5, 2020, at Los Angeles, California.

By: *guillermo robles* (DocuSigned, ADCCD41C97184AA)
GUILLERMO ROBLES

**DECLARATION OF GUILLERMO ROBLES IN
SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**