Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Eve L. Hill (pro hac vice)
Jessica P. Weber (pro hac vice)
**BROWN, GOLDSTEIN & LEVY, LLP**
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Office: (410) 962-1030
Facsimile: (410) 385-0869
ehill@browngold.com
jweber@browngold.com

Attorneys for Plaintiff
Guillermo Robles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA LLC,<br><br>Defendant. | Case No. 2:16-cv-06599- JGB-E<br><br>**DECLARATION OF JOSEPH R. MANNING, JR. IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**HON. JESUS G. BERNAL**<br><br>Date: October 26, 2020<br>Time: 9:00 a.m.<br>Dept.: 1 |

1

**DECLARATION OF JOSEPH R. MANNING, JR. IN
SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

I, Joseph R. Manning, Jr., declare as follows:

1. I, the undersigned, am the attorney for Plaintiff, Guillermo Robles, and in that capacity of have familiarity with this case. I can competently testify to the following based on my own knowledge and experience.

2. Defendant's website at biz.dominos.com/web/public/franchise states that "As of the Second quarter of 2020 … Domino's operated a network of more than 17,100 franchised and company-owned stores in the United States" and that Domino's provides its company owned stores and its franchises "industry-leading technology platform [that] enables online ordering, direct email marketing, cost controls and store management." Attached as **Exhibit A** is a true and correct screenshot of biz.dominos.com/web/public/franchise as it existed on September 24, 2020.

3. Defendant's website at biz.dominos.com/web/public/franchise/why-dominos states that "From online ordering and leading point-of-sale technology to partnering with the best advertising agencies and maximizing our purchasing power, Domino's continues to shape and drive the pizza delivery industry." Attached as **Exhibit B** is a true and correct screenshot of biz.dominos.com/web/public/franchise/why-dominos as it existed on September 24, 2020.

4. Email correspondence produced by Defendant in discovery shows that Defendant posted a phone number on its website for people unable to access the website because of its access barriers no earlier than February 6, 2017. Attached as **Exhibit C** is a true and correct copy of January 24, 2017 through February 3, 2017 email correspondences between Domino's employees and contractors.

5. Attached as **Exhibit D** are excerpts of Defendant's Supplemental Responses to Plaintiff's Requests for Production (Responses to Requests 15 and 40)

**DECLARATION OF JOSEPH R. MANNING, JR. IN**
**SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

dated September 8, 2020.

6. Attached as **Exhibit E** are excerpts of Defendant's Supplemental Responses to Plaintiff's Interrogatories (Responses to Numbers 4 and 14) dated September 8, 2020.

7. Attached as **Exhibit F** is a true and correct copy of excerpts from the September 21, 2020, Deposition of Guillermo Robles. The full deposition transcript was lodged separately at ECF No. 98.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.


Dated: October 5, 2020     **MANNING LAW, APC**

                                          By: /s/ Joseph R. Manning, Jr., Esq.
                                             Joseph R. Manning, Jr., Esq.
                                             Attorney for Plaintiff

**DECLARATION OF JOSEPH R. MANNING, JR. IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**