# Exhibit B

Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff
GUILLERMO ROBLES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC, a limited liability corporation,<br><br>Defendant. | Case No.: 2:16-cv-06599-SJO-FFM<br><br>**PLAINTIFF GUILLERMO ROBLES's OBJECTION TO DEFENDANT'S NOTICE OF TAKING DEPOSITION OF PLAINTIFF GUILLERMO ROBLES**<br><br>DATE: December 5, 2019<br>TIME: 10:30 A.M.<br>PLACE: 650 Town Center Drive, 10th Floor<br>         Costa Mesa, California 92626 |

1

## **OBJECTIONS TO DEPOSITION NOTICE**

NOTICE IS HEREBY GIVEN that Plaintiff Guillermo Robles ("Plaintiff"), objects to the Notice of Deposition, which was served on November 20, 2019 by defendant, Domino's Pizza LLC ("Defendant"), on the following grounds:

Plaintiff objects that the deposition date, time, and location were unilaterally set by Defendant for December 5, 2019, 10:30 a.m., and Plaintiff and his counsel are not available on the selected date. Consequently, the notice will cause Plaintiff unwarranted annoyance, harassment, undue burden and expense. No deponent will be produced on December 5, 2019. Plaintiff will be made available at a mutually convenient date and time.

Dated: November 21, 2019            **MANNING LAW, APC**

                                    By: /s/ Joseph R. Manning Jr., Esq.
                                        Joseph R. Manning Jr., Esq.
                                        Attorneys for Plaintiff

2

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the cause. My address is 20062 S.W. Birch St., Suite 200, Newport Beach, CA 92660.

On November 21, 2019, I served the true copies of the foregoing document described as **PLAINTIFF GUILLERMO ROBLES's OBJECTION TO DEFENDANT'S NOTICE OF TAKING DEPOSITION OF PLAINTIFF GUILLERMO ROBLES** on the interested parties in this action, addressed as follows:

Greg Hurley
SheppardMullin
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
GHurley@sheppardmullin.com

[X] BY United States Postal Service: The documents were mailed as set forth above by U.S. Mail and placed in sealed, addressed envelopes on the above date and deposited into a U.S. Postal Service Mail box on the date set forth above, with postage thereon fully prepaid at Newport Beach, California prior to the time for collection on that day.

[] By E-mail or Electronic Transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused courtesy copies of the documents referenced above to be sent to the persons at the e-mail addresses listed. I did not receive, with a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this affidavit was executed on November 21, 2019.

_____
Diana Lopez

1