# Exhibit F

| | |
|---|---|
| **From:** | Brad Leimkuhler |
| **To:** | Michael Manning; Diana X. Lopez; Greg Hurley; Michael Chilleen |
| **Cc:** | Joe Manning; Tristan Jankowski; Disability Rights; Stacy Dominguez; Eve Hill; Jessie Weber; Greg Care; Carrie Strand |
| **Subject:** | RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM |
| **Date:** | Tuesday, September 15, 2020 3:44:31 PM |

Mike –

Regarding Ms. Musachio's deposition, my understanding is that she is not able to verbally speak due to her disability. Therefore, she has requested the accommodation to type her responses to oral questions. Our understanding is that this is also how Ms. Musachio would be testifying at trial, if she is called to testify.

After conferring with our court reporter, the procedure they recommend in order to comply with their obligations, is that we provide a "translator" that would verbally speak aloud Ms. Musachio's typed responses. Ms. Musachio would be typing her responses via the video chat feature on Zoom and the session would be recorded.

Please confirm that she is able to use Zoom, including the ability to type her written responses to questions using the video chat feature. Also, if you have any objection to this procedure (or suggestions), please let me know so we can resolve it in advance of the deposition. Thanks.

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

## SheppardMullin

650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>
**Sent:** Monday, September 14, 2020 4:36 PM
**To:** Michael Manning <mike@manninglawoffice.com>; Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Eve Hill <EHill@browngold.com>; Jessie Weber <JWeber@browngold.com>; Greg Care <gpc@browngold.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Mike-

Domino's PMK is available for a remote deposition on 9/25. This is the absolute earliest date that the witness is available.

Mr. Cannon is available for a remote deposition on 9/29 – 10/1.  Please let me know what date works for you.

If Plaintiff has any concerns regarding the schedule, I would suggest that the Parties stipulate to a brief two week continuance of the discovery deadline and deadline to file any dispositive motions, solely for the purposes of completing the depositions.

Regarding Ms. Musachio's deposition, we are confirming with the court reporter that they have the ability to do this and will send you that information as soon as possible so you can ensure that Ms. Musachio can use it.  Can you please confirm that, in the event Ms. Musachio is called to testify at trial, she will be testifying the same or similar manner (i.e. providing written responses to questions)?  We are willing to accommodate her disability, but want to ensure that her deposition testimony will be given in the same manner that she would be testifying in at trial.

Please let me know.  Thanks.

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

**SheppardMullin**
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Michael Manning <mike@manninglawoffice.com>
**Sent:** Monday, September 14, 2020 9:58 AM
**To:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Eve Hill <EHill@browngold.com>; Jessie Weber <JWeber@browngold.com>; Greg Care <gpc@browngold.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Hi Brad,

By close of business today (5 PM PST), please provide us with the dates that Defendant's 30(b)(6) witness and expert witness are available to be deposed.  Both depositions must occur prior to 9/21/20.

Please note that on 11/6/19, we noticed the deposition of Defendant's 30(b)(6) witness to take place on 11/25/19.  This deposition did not take place.  It's critical that these depositions move forward.

Thanks for confirming that the Robles deposition will take place on 9/21/20 at 9:00 AM PST.

I can confirm that Ms. Musachio will appear remotely for her deposition on 9/17/20 at 10:00 AM PST.

Ms. Musachio will need accommodations for her disability, which affects her ability to speak. She is able to participate in the deposition by typing her responses to questions. Please ensure that the video-conferencing program used at this deposition allows Ms. Musachio to type her responses. Also please provide details and instruction for Ms. Musachio and counsel to connect at the time of the deposition.

Thanks

---

**From:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>
**Sent:** Friday, September 11, 2020 4:07 PM
**To:** Michael Manning <mike@manninglawoffice.com>; Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Eve Hill <EHill@browngold.com>; Jessie Weber <JWeber@browngold.com>; Greg Care <gpc@browngold.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Mike –

As a courtesy, we will move the deposition of Robles to 9/21 at 9am.  We disagree that there was any "delay" on our end on selecting a date for his deposition and note that you waited two weeks from the day we selected it to inform us that the 9/14 date was no longer good.  Working out dates for all these deponents, particularly given the unique logistical challenges of COVID, was one of the reasons we attempted to schedule a call with you to discuss as noted in my original 8/10 letter.

To avoid any confusion, please confirm that the 9/17 date for Rosemary Musachio works.  If not, please let me know as soon as possible, as well as an alternative date.

Regarding Defendant's witnesses, they are not available on 9/15 and 9/17 respectively.  We are working to confirm dates that work and will let you know early next week.

Thanks.

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

**SheppardMullin**

650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Michael Manning <mike@manninglawoffice.com>
**Sent:** Friday, September 11, 2020 2:49 PM
**To:** Diana X. Lopez <dianal@manninglawoffice.com>; Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Eve Hill <EHill@browngold.com>; Jessie Weber <JWeber@browngold.com>; Greg Care <gpc@browngold.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Hello Brad,

Please be advised that Mr. Robles is available to be deposed on 9/21/20 with a 9 am PST start time.

Thanks

**From:** Diana X. Lopez <dianal@manninglawoffice.com>
**Sent:** Wednesday, September 9, 2020 6:01 PM
**To:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Michael Manning <mike@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Counsel,

Attached please find correspondence also mailed out via USPS mail today.

Thank you,



Diana P. Lopez
Operations Manager

20062 S.W. Birch St., Suite 200 • Newport Beach, CA 92660
Tel: Office (949) 200-8755 • Fax: (866) 843-8308
dianal@manninglawoffice.com
www.ManningLawAPC.com

**PLEASE NOTE**: (1) This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is privileged, confidential and protected from disclosure.  If you have received this e-mail in error or are not the intended recipient, you may not use, copy or disclose this message or any information contained in or with it to anyone.  Should this occur, please notify the sender by reply e-mail and delete the message in its entirety.  The sender does not intend to waive and does not waive any privilege(s) or the confidentiality of the message(s) and/or attachment(s); (2) You do not become a client of Manning Law, APC or any of its attorneys unless you enter into a written agreement signed by you and Manning Law, APC.  The agreement must also spell out the scope of the work that is to be done. Simply sending an inquiry by mail, telephone, fax, or email does not establish an attorney-client relationship with either Manning Law, APC or any of its attorneys. Thank you.

**From:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>
**Sent:** Monday, August 24, 2020 10:50 PM
**To:** Greg Care <gpc@browngold.com>; Michael Manning <mike@manninglawoffice.com>; Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Jessie Weber <JWeber@browngold.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Eve Hill <EHill@browngold.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Greg-
Following up on our call from last week, we will supplement all of the responses we discussed.  We will aim to provide those to you by September 8.  Thanks.

Regards,
-Brad

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

# SheppardMullin

650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main

www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Greg Care <gpc@browngold.com>
**Sent:** Monday, August 17, 2020 5:55 PM
**To:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Michael Manning <mike@manninglawoffice.com>; Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Jessie Weber <JWeber@browngold.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Eve Hill <EHill@browngold.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Good. I will call you on the direct line in your signature block (714-424-8288) then, unless you want me to use a different number.

Thanks,
Greg

Gregory Care
Attorney

**BROWN GOLDSTEIN LEVY**
120 E. Baltimore Street, Suite 1700
Baltimore, MD  21202
Tel.:    410.962.1030 x1316
Fax:    410.385.0869
Email:  gpc@browngold.com

**About Brown, Goldstein & Levy, LLP**

Brown, Goldstein & Levy, based in Baltimore, Maryland, handles both civil and criminal litigation and has active practices in many other area of the law, including family law, disability rights, and health care.  For more information, visit www.browngold.com.

Please note that this Firm uses an e-mail filter that may affect receipt of certain e-mails.  If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.

CONFIDENTIALITY:  This email and any attachments are confidential, except where the e-mail states it can be disclosed;  It may also be privileged.  If received in error, please do not disclose the contents to anyone, but notify the sender by return e-mail and delete this e-mail (and any attachments) from your system. Thank you.

**From:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>
**Sent:** Monday, August 17, 2020 6:42 PM
**To:** Greg Care <gpc@browngold.com>; Michael Manning <mike@manninglawoffice.com>; Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Jessie Weber <JWeber@browngold.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Eve Hill <EHill@browngold.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

**SECURITY ALERT:** This email is from an external source.

Let's do 8/19 at 10:30 a.m. Pacific.  Thanks.

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

**SheppardMullin**
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Greg Care <gpc@browngold.com>
**Sent:** Monday, August 17, 2020 9:29 AM
**To:** Michael Manning <mike@manninglawoffice.com>; Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Jessie Weber <JWeber@browngold.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Eve Hill <EHill@browngold.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Brad:

Please let me know when you are available this week during one of the following dates/times to discuss Eve Hill's July 28, 2020 letter:

- 8/18: 9-10:30am PT, 11am-2pm PT
- 8/19: 10:30am-2pm PT

Thanks,
Greg

Gregory Care
Attorney

**BROWN GOLDSTEIN LEVY**
120 E. Baltimore Street, Suite 1700
Baltimore, MD  21202
Tel.:      410.962.1030 x1316
Fax:      410.385.0869
Email:   gpc@browngold.com

**About Brown, Goldstein & Levy, LLP**
Brown, Goldstein & Levy, based in Baltimore, Maryland, handles both civil and criminal litigation and has active practices in many other area of the law, including family law, disability rights, and health care.  For more information, visit www.browngold.com.

Please note that this Firm uses an e-mail filter that may affect receipt of certain e-mails.  If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.

CONFIDENTIALITY:  This email and any attachments are confidential, except where the e-mail states it can be disclosed;  It may also be privileged.  If received in error, please do not disclose the contents to anyone, but notify the sender by return e-mail and delete this e-mail (and any attachments) from your system. Thank you.

---

**From:** Michael Manning <mike@manninglawoffice.com>
**Sent:** Friday, August 7, 2020 2:02 PM
**To:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Jessie Weber <JWeber@browngold.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Eve Hill <EHill@browngold.com>; Greg Care <gpc@browngold.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

**SECURITY ALERT:** This email is from an external source.

Hi Brad,

Thanks for this.  I'm cc'ing our co-counsel Greg Care and Eve Hill who had been inadvertently left off the chain.  We're not available to discuss today but will get back to you shortly regarding our availability for Tuesday.

Thanks

---

**From:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>
**Sent:** Friday, August 7, 2020 10:11 AM
**To:** Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>

**Cc:** Michael Manning <mike@manninglawoffice.com>; Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; JWeber@browngold.com; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Counsel,

I wanted to write to set up a time to meet and confer on the issues raised in your below correspondence.  I can do this afternoon after 2pm or I'm available anytime on Tuesday.

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

**SheppardMullin**
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>
**Sent:** Thursday, July 30, 2020 11:12 AM
**To:** Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Michael Manning <mike@manninglawoffice.com>; Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; JWeber@browngold.com; Disability Rights <disabilityrights@manninglawoffice.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Counsel-

We are out of the office until Aug 4.  We will work a response to this as soon as we return.  Thanks.

Regards,
-Brad

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

**SheppardMullin**
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Diana X. Lopez <dianal@manninglawoffice.com>

**Sent:** Tuesday, July 28, 2020 4:35 PM
**To:** Greg Hurley <GHurley@sheppardmullin.com>; Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Michael Manning <mike@manninglawoffice.com>; Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; JWeber@browngold.com; Disability Rights <disabilityrights@manninglawoffice.com>
**Subject:** Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Counsel,

Attached please find correspondence also being sent via US Mail today.

Thank you,



Diana P. Lopez
Operations Manager

20062 S.W. Birch St., Suite 200 • Newport Beach, CA 92660
Tel: Office (949) 200-8755 • Fax: (866) 843-8308
dianal@manninglawoffice.com
www.ManningLawAPC.com

**PLEASE NOTE**: (1) This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is privileged, confidential and protected from disclosure.  If you have received this e-mail in error or are not the intended recipient, you may not use, copy or disclose this message or any information contained in or with it to anyone.  Should this occur, please notify the sender by reply e-mail and delete the message in its entirety.  The sender does not intend to waive and does not waive any privilege(s) or the confidentiality of the message(s) and/or attachment(s); (2) You do not become a client of Manning Law, APC or any of its attorneys unless you enter into a written agreement signed by you and Manning Law, APC.  The agreement must also spell out the scope of the work that is to be done. Simply sending an inquiry by mail, telephone, fax, or email does not establish an attorney-client relationship with either Manning Law, APC or any of its attorneys. Thank you.

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.