# Exhibit G

| | |
|---|---|
| **From:** | Michael Manning |
| **To:** | Diana X. Lopez; Brad Leimkuhler; Greg Hurley; Michael Chilleen |
| **Cc:** | Joe Manning; Tristan Jankowski; Disability Rights; Stacy Dominguez; Eve Hill; Jessie Weber; Greg Care |
| **Subject:** | RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM |
| **Date:** | Friday, September 11, 2020 2:49:15 PM |

Hello Brad,

Please be advised that Mr. Robles is available to be deposed on 9/21/20 with a 9 am PST start time.

Thanks

**From:** Diana X. Lopez <dianal@manninglawoffice.com>
**Sent:** Wednesday, September 9, 2020 6:01 PM
**To:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Michael Manning <mike@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Counsel,

Attached please find correspondence also mailed out via USPS mail today.

Thank you,



Diana P. Lopez
Operations Manager

20062 S.W. Birch St., Suite 200 • Newport Beach, CA 92660
Tel: Office (949) 200-8755 • Fax: (866) 843-8308
dianal@manninglawoffice.com
www.ManningLawAPC.com

**PLEASE NOTE**: (1) This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is privileged, confidential and

protected from disclosure.  If you have received this e-mail in error or are not the intended recipient, you may not use, copy or disclose this message or any information contained in or with it to anyone.  Should this occur, please notify the sender by reply e-mail and delete the message in its entirety.  The sender does not intend to waive and does not waive any privilege(s) or the confidentiality of the message(s) and/or attachment(s); (2) You do not become a client of Manning Law, APC or any of its attorneys unless you enter into a written agreement signed by you and Manning Law, APC.  The agreement must also spell out the scope of the work that is to be done. Simply sending an inquiry by mail, telephone, fax, or email does not establish an attorney-client relationship with either Manning Law, APC or any of its attorneys. Thank you.

**From:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>
**Sent:** Monday, August 24, 2020 10:50 PM
**To:** Greg Care <gpc@browngold.com>; Michael Manning <mike@manninglawoffice.com>; Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Jessie Weber <JWeber@browngold.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Eve Hill <EHill@browngold.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Greg-
Following up on our call from last week, we will supplement all of the responses we discussed.  We will aim to provide those to you by September 8.  Thanks.

Regards,
-Brad

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

**SheppardMullin**

650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Greg Care <gpc@browngold.com>
**Sent:** Monday, August 17, 2020 5:55 PM
**To:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Michael Manning <mike@manninglawoffice.com>; Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Jessie Weber <JWeber@browngold.com>; Disability Rights

<disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Eve Hill <EHill@browngold.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Good. I will call you on the direct line in your signature block (714-424-8288) then, unless you want me to use a different number.

Thanks,
Greg

Gregory Care
Attorney

**BROWN GOLDSTEIN LEVY**

120 E. Baltimore Street, Suite 1700
Baltimore, MD  21202
Tel.:     410.962.1030 x1316
Fax:     410.385.0869
Email:   gpc@browngold.com

**About Brown, Goldstein & Levy, LLP**

Brown, Goldstein & Levy, based in Baltimore, Maryland, handles both civil and criminal litigation and has active practices in many other area of the law, including family law, disability rights, and health care.  For more information, visit www.browngold.com.

Please note that this Firm uses an e-mail filter that may affect receipt of certain e-mails.  If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.

CONFIDENTIALITY:  This email and any attachments are confidential, except where the e-mail states it can be disclosed;  It may also be privileged.  If received in error, please do not disclose the contents to anyone, but notify the sender by return e-mail and delete this e-mail (and any attachments) from your system. Thank you.

**From:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>
**Sent:** Monday, August 17, 2020 6:42 PM
**To:** Greg Care <gpc@browngold.com>; Michael Manning <mike@manninglawoffice.com>; Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Jessie Weber <JWeber@browngold.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Eve Hill <EHill@browngold.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

**SECURITY ALERT:** This email is from an external source.

Let's do 8/19 at 10:30 a.m. Pacific.  Thanks.

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct

[BLeimkuhler@sheppardmullin.com](mailto:BLeimkuhler@sheppardmullin.com) | Bio

**SheppardMullin**

650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
[www.sheppardmullin.com](http://www.sheppardmullin.com) | LinkedIn | Twitter

---

**From:** Greg Care <[gpc@browngold.com](mailto:gpc@browngold.com)>
**Sent:** Monday, August 17, 2020 9:29 AM
**To:** Michael Manning <[mike@manninglawoffice.com](mailto:mike@manninglawoffice.com)>; Brad Leimkuhler <[BLeimkuhler@sheppardmullin.com](mailto:BLeimkuhler@sheppardmullin.com)>; Diana X. Lopez <[dianal@manninglawoffice.com](mailto:dianal@manninglawoffice.com)>; Greg Hurley <[GHurley@sheppardmullin.com](mailto:GHurley@sheppardmullin.com)>; Michael Chilleen <[MChilleen@sheppardmullin.com](mailto:MChilleen@sheppardmullin.com)>
**Cc:** Joe Manning <[jmanning@manninglawoffice.com](mailto:jmanning@manninglawoffice.com)>; Tristan Jankowski <[tristanj@manninglawoffice.com](mailto:tristanj@manninglawoffice.com)>; Jessie Weber <[JWeber@browngold.com](mailto:JWeber@browngold.com)>; Disability Rights <[disabilityrights@manninglawoffice.com](mailto:disabilityrights@manninglawoffice.com)>; Stacy Dominguez <[SDominguez@sheppardmullin.com](mailto:SDominguez@sheppardmullin.com)>; Eve Hill <[EHill@browngold.com](mailto:EHill@browngold.com)>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Brad:

Please let me know when you are available this week during one of the following dates/times to discuss Eve Hill's July 28, 2020 letter:

- 8/18: 9-10:30am PT, 11am-2pm PT
- 8/19: 10:30am-2pm PT

Thanks,
Greg

Gregory Care
Attorney

---

**BROWN GOLDSTEIN LEVY**

120 E. Baltimore Street, Suite 1700
Baltimore, MD  21202
Tel.:     410.962.1030 x1316
Fax:     410.385.0869
Email:  [gpc@browngold.com](mailto:gpc@browngold.com)

---

**About Brown, Goldstein & Levy, LLP**

Brown, Goldstein & Levy, based in Baltimore, Maryland, handles both civil and criminal litigation and has active practices in many other area of the law, including family law, disability rights, and health care.  For more information, visit [www.browngold.com](http://www.browngold.com).

Please note that this Firm uses an e-mail filter that may affect receipt of certain e-mails.  If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.

CONFIDENTIALITY:  This email and any attachments are confidential, except where the e-mail states it can be disclosed;  It may also be privileged.  If received in error, please do not disclose the contents to anyone, but notify the sender by return e-mail and delete this e-

mail (and any attachments) from your system. Thank you.

---

**From:** Michael Manning <mike@manninglawoffice.com>
**Sent:** Friday, August 7, 2020 2:02 PM
**To:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Jessie Weber <JWeber@browngold.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Eve Hill <EHill@browngold.com>; Greg Care <gpc@browngold.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

> **SECURITY ALERT:** This email is from an external source.

Hi Brad,

Thanks for this. I'm cc'ing our co-counsel Greg Care and Eve Hill who had been inadvertently left off the chain. We're not available to discuss today but will get back to you shortly regarding our availability for Tuesday.

Thanks

---

**From:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>
**Sent:** Friday, August 7, 2020 10:11 AM
**To:** Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Michael Manning <mike@manninglawoffice.com>; Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; JWeber@browngold.com; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Counsel,

I wanted to write to set up a time to meet and confer on the issues raised in your below correspondence. I can do this afternoon after 2pm or I'm available anytime on Tuesday.

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

**Sheppard**Mullin

650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main

www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>
**Sent:** Thursday, July 30, 2020 11:12 AM
**To:** Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Michael Manning <mike@manninglawoffice.com>; Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; JWeber@browngold.com; Disability Rights <disabilityrights@manninglawoffice.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Counsel-

We are out of the office until Aug 4.  We will work a response to this as soon as we return.  Thanks.

Regards,
-Brad

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

**SheppardMullin**
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Diana X. Lopez <dianal@manninglawoffice.com>
**Sent:** Tuesday, July 28, 2020 4:35 PM
**To:** Greg Hurley <GHurley@sheppardmullin.com>; Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Michael Manning <mike@manninglawoffice.com>; Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; JWeber@browngold.com; Disability Rights <disabilityrights@manninglawoffice.com>
**Subject:** Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Counsel,

Attached please find correspondence also being sent via US Mail today.

Thank you,



Diana P. Lopez
Operations Manager

20062 S.W. Birch St., Suite 200 • Newport Beach, CA 92660
Tel: Office (949) 200-8755 • Fax: (866) 843-8308
dianal@manninglawoffice.com
www.ManningLawAPC.com

**PLEASE NOTE**: (1) This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is privileged, confidential and protected from disclosure.  If you have received this e-mail in error or are not the intended recipient, you may not use, copy or disclose this message or any information contained in or with it to anyone.  Should this occur, please notify the sender by reply e-mail and delete the message in its entirety.  The sender does not intend to waive and does not waive any privilege(s) or the confidentiality of the message(s) and/or attachment(s); (2) You do not become a client of Manning Law, APC or any of its attorneys unless you enter into a written agreement signed by you and Manning Law, APC.  The agreement must also spell out the scope of the work that is to be done. Simply sending an inquiry by mail, telephone, fax, or email does not establish an attorney-client relationship with either Manning Law, APC or any of its attorneys. Thank you.

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff
GUILLERMO ROBLES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC, a limited liability corporation,<br><br>Defendant. | Case No.: 2:16-cv-06599- JGB-E<br><br>**PLAINTIFF GUILLERMO ROBLES's OBJECTION TO DEFENDANT'S NOTICE OF TAKING DEPOSITION OF PLAINTIFF GUILLERMO ROBLES**<br><br>DATE: September 14, 2020<br>TIME: 10:00 A.M.<br>PLACE: 650 Town Center Drive, 10th Floor<br>Costa Mesa, California 92626 |

## **OBJECTIONS TO DEPOSITION NOTICE**

NOTICE IS HEREBY GIVEN that Plaintiff Guillermo Robles ("Plaintiff"), objects to the Notice of Deposition, which was served on September 4, 2020 by defendant, Domino's Pizza LLC ("Defendant"), on the following grounds:

Plaintiff objects that the deposition date, time, and location were set by Defendant for September 14, 2020, 10:00 a.m., and Defendant's delay to notice this deposition has resulted in Plaintiff and his counsel to no longer be available on the selected date. No deponent will be produced on September 14, 2020. Plaintiff will be made available at a mutually convenient date and time.

Dated: September 9, 2019      **MANNING LAW, APC**

By: /s/ Joseph R. Manning Jr., Esq.
    Joseph R. Manning Jr., Esq.
    Attorneys for Plaintiff

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the cause. My address is 20062 S.W. Birch St., Suite 200, Newport Beach, CA 92660.

On September 9, 2020, I served the true copies of the foregoing document described as **PLAINTIFF GUILLERMO ROBLES's OBJECTION TO DEFENDANT'S NOTICE OF TAKING DEPOSITION OF PLAINTIFF GUILLERMO ROBLES** on the interested parties in this action, addressed as follows:

Greg Hurley
SheppardMullin
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
GHurley@sheppardmullin.com

[X] BY United States Postal Service: The documents were mailed as set forth above by U.S. Mail and placed in sealed, addressed envelopes on the above date and deposited into a U.S. Postal Service Mail box on the date set forth above, with postage thereon fully prepaid at Newport Beach, California prior to the time for collection on that day.

[X] By E-mail or Electronic Transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused courtesy copies of the documents referenced above to be sent to the persons at the e-mail addresses listed. I did not receive, with a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this affidavit was executed on September 9, 2020.

Diana Lopez

1