SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
STACY DOMINGUEZ, Cal. Bar No. 279161
sdominguez@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for DOMINO'S PIZZA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>              Plaintiff,<br><br>    v.<br><br>DOMINO'S PIZZA LLC,<br><br>              Defendant. | Case No. 2:16-cv-06599<br>Hon. Jesus G. Bernal<br><br>**DECLARATION OF BRADLEY J. LEIMKUHLER IN SUPPORT OF DEFENDANT DOMINO'S PIZZA LLC'S OPPOSITION TO MOTION TO EXCLUDE DEFENSE EXPERT AARON CANON**<br><br>Filed Concurrently with Memorandum of Points and Authorities<br><br>Date:   October 26, 2020<br>Time:   9:00 a.m.<br>Crtrm.: 1<br><br>Action Filed:   September 1, 2016<br>Trial Date:     December 8, 2020 |

SMRH:4831-1141-1917.1

Case No. 2:16-cv-06599
DECLARATION OF BRADLEY J. LEIMKUHLER IN SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR SANCTIONS

# DECLARATION OF BRADLEY J. LEIMKUHLER

I, Bradley J. Leimkuhler, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant, DOMINO'S PIZZA LLC ("Defendant"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. This declaration is submitted in support of Defendant's Opposition to Motion to Exclude Defense Expert Aaron Cannon ("Motion").

2. As the Court is aware, in March 2017, following the initial discovery phase, Defendant's Motion to Dismiss was decided in Defendant's favor. That decision resulted in appeals to the Ninth Circuit Court of Appeals and the United State Supreme Court. Ultimately, the case was remanded and discovery reopened.

3. In November 2019, the Parties began engaging in further discovery and in trial preparation. However, the case was again impacted by the COVID-19 pandemic leading to issues in completion of discovery and trial preparation due to stay at home orders, restrictions on travel, and an orientation of the legal industry to remote proceedings. As a result, Trial was continued to December 8, 2020.

4. Throughout August 2020, I reached out to Plaintiff's counsel on various discovery issues, including Plaintiff's discovery responses and deposition scheduling. Plaintiff refused to schedule a call to meet and confer with me regarding Plaintiff's discovery responses or scheduling depositions. Further, in those communications, Plaintiff never mentioned untimely expert designations or depositions. Attached as **Exhibit A** to this Declaration is a true and correct copy of correspondence with Plaintiff's counsel reflecting efforts to meet and confer with Plaintiff's counsel regarding discovery and depositions.

5. In reliance of Fed R. Civ. P. 26(A)(2)(C) and the December 8, 2020 trial date, my office served Defendant's Expert Disclosure on September 9, 2020. In

1  addition to the Expert Disclosure, Defendant served Expert Aaron Cannon's Report
2  and Response to Plaintiff's Expert's Finding on September 9, 2020.
3      6.   On September 10, 2020, Plaintiff noticed the deposition of Defendant's
4  expert Aaron Cannon for September 17, 2020 at 10:30 a.m.  This is the same date
5  and time that the deposition of Plaintiff's expert Rosemary Musachio was scheduled
6  to go forward.  Attached as **Exhibit B** to this Declaration is a true and correct copy
7  of the Notice of Deposition for Rosemary Musachio.
8      7.   Mr. Cannon was unavailable on September 17, 2020.  As such, I
9  advised counsel for Plaintiff of alternative dates that Mr. Cannon was available –
10 September 29, 2020 through October 1, 2020.  Plaintiff refused these available dates
11 and further discussions regarding Mr. Cannon's deposition.
12     8.   On September 28, 2020, Mr. Cannon provided a supplemental report to
13 counsel for Plaintiff in response to Ms. Musachio's deposition testimony from
14 September 17, 2020 and Plaintiff's deposition testimony from September 21, 2020.
15 Attached as **Exhibit C** to this Declaration is a true and correct copy of Mr. Cannon's
16 Supplemental Expert Report.
17     9.   Despite this deposition being unnecessarily delayed by this Motion,
18 Defendant remains willing to produce expert Aaron Cannon for deposition.
19     I declare under penalty of perjury under the laws of the United States of
20 America that the foregoing is true and correct.
21     Executed on this 5th day of October, 2020, at Costa Mesa, California.

23              */s/ Bradley J. Leimkuhler*
                Bradley J. Leimkuhler