# Exhibit A

| | |
|---|---|
| **From:** | Brad Leimkuhler |
| **To:** | Michael Manning; Carrie Strand; Joe Manning; Tristan Jankowski; ehill@browngold.com; jweber@browngold.com |
| **Cc:** | Greg Hurley; Stacy Dominguez; Greg Care |
| **Subject:** | RE: Robles v. Domino"s Pizza LLC Re Meet and Confer on Plaintiff"s Deficient Discovery Responses |
| **Date:** | Monday, August 24, 2020 10:50:27 PM |

Mike,

Please let me know your availability to meet and confer regarding the referenced letter on Wednesday or Thursday this week.

Regarding the deposition of Plaintiff, please hold 9/14.  We will send out a notice.  Thanks.

Regards,
-Brad


**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

**SheppardMullin**

650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Michael Manning <mike@manninglawoffice.com>
**Sent:** Thursday, August 20, 2020 3:31 PM
**To:** Carrie Strand <CStrand@sheppardmullin.com>; Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; ehill@browngold.com; jweber@browngold.com
**Cc:** Greg Hurley <GHurley@sheppardmullin.com>; Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Greg Care <gpc@browngold.com>
**Subject:** RE: Robles v. Domino's Pizza LLC Re Meet and Confer on Plaintiff's Deficient Discovery Responses

Hi Brad,

We are reviewing the letter referenced below and will be available in the next couple of days to discuss.  In the meantime, with regard to the deposition of plaintiff, we are generally available any day beginning 9/2 through and including 9/18 with the exception of 9/10 and 9/15.  Are there dates in that time frame that work for you?

Thanks

**From:** Carrie Strand <CStrand@sheppardmullin.com>
**Sent:** Monday, August 10, 2020 4:20 PM
**To:** Joe Manning <jmanning@manninglawoffice.com>; Michael Manning <mike@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; ehill@browngold.com; jweber@browngold.com
**Cc:** Greg Hurley <GHurley@sheppardmullin.com>; Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>
**Subject:** Robles v. Domino's Pizza LLC Re Meet and Confer on Plaintiff's Deficient Discovery Responses

Dear Counsel

Please find attached Defendant's letter Re Meet and Confer.  Hard copy to follow via U.S. Post.

Should you require anything further please contact me.  Thank you very much.

**Carrie Strand** | Paralegal
+1 714-424-8220 | direct
CStrand@sheppardmullin.com

**Sheppard**Mullin

650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com

<u>Attention:</u> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

| | |
|---|---|
| **From:** | Brad Leimkuhler |
| **To:** | Greg Care; Michael Manning; Diana X. Lopez; Greg Hurley; Michael Chilleen |
| **Cc:** | Joe Manning; Tristan Jankowski; Jessie Weber; Disability Rights; Stacy Dominguez; Eve Hill |
| **Subject:** | RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM |
| **Date:** | Monday, August 24, 2020 10:50:35 PM |

Greg-

Following up on our call from last week, we will supplement all of the responses we discussed. We will aim to provide those to you by September 8. Thanks.

Regards,
-Brad


**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

## SheppardMullin

650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Greg Care <gpc@browngold.com>
**Sent:** Monday, August 17, 2020 5:55 PM
**To:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Michael Manning <mike@manninglawoffice.com>; Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Jessie Weber <JWeber@browngold.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Eve Hill <EHill@browngold.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Good. I will call you on the direct line in your signature block (714-424-8288) then, unless you want me to use a different number.

Thanks,
Greg

**Gregory Care**
Attorney

---

**BROWN GOLDSTEIN LEVY**
120 E. Baltimore Street, Suite 1700
Baltimore, MD  21202
Tel.:     410.962.1030 x1316

Fax:     410.385.0869
Email:   gpc@browngold.com

**About Brown, Goldstein & Levy, LLP**
Brown, Goldstein & Levy, based in Baltimore, Maryland, handles both civil and criminal litigation and has active practices in many other area of the law, including family law, disability rights, and health care.  For more information, visit www.browngold.com.

Please note that this Firm uses an e-mail filter that may affect receipt of certain e-mails.  If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.

CONFIDENTIALITY:  This email and any attachments are confidential, except where the e-mail states it can be disclosed;  It may also be privileged.  If received in error, please do not disclose the contents to anyone, but notify the sender by return e-mail and delete this e-mail (and any attachments) from your system. Thank you.

---

**From:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>
**Sent:** Monday, August 17, 2020 6:42 PM
**To:** Greg Care <gpc@browngold.com>; Michael Manning <mike@manninglawoffice.com>; Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Jessie Weber <JWeber@browngold.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Eve Hill <EHill@browngold.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

**SECURITY ALERT:** This email is from an external source.

Let's do 8/19 at 10:30 a.m. Pacific.  Thanks.

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

**SheppardMullin**
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Greg Care <gpc@browngold.com>
**Sent:** Monday, August 17, 2020 9:29 AM
**To:** Michael Manning <mike@manninglawoffice.com>; Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Jessie Weber <JWeber@browngold.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Eve Hill <EHill@browngold.com>

**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Brad:

Please let me know when you are available this week during one of the following dates/times to discuss Eve Hill's July 28, 2020 letter:

- 8/18: 9-10:30am PT, 11am-2pm PT
- 8/19: 10:30am-2pm PT

Thanks,
Greg

Gregory Care
Attorney

**BROWN GOLDSTEIN LEVY**
120 E. Baltimore Street, Suite 1700
Baltimore, MD  21202
Tel.:     410.962.1030 x1316
Fax:      410.385.0869
Email:   gpc@browngold.com

**About Brown, Goldstein & Levy, LLP**
Brown, Goldstein & Levy, based in Baltimore, Maryland, handles both civil and criminal litigation and has active practices in many other area of the law, including family law, disability rights, and health care.  For more information, visit www.browngold.com.

Please note that this Firm uses an e-mail filter that may affect receipt of certain e-mails.  If you believe that we have not received your message, please call to confirm receipt of any present and future e-mails.

CONFIDENTIALITY:  This email and any attachments are confidential, except where the e-mail states it can be disclosed;  It may also be privileged.  If received in error, please do not disclose the contents to anyone, but notify the sender by return e-mail and delete this e-mail (and any attachments) from your system. Thank you.

**From:** Michael Manning <mike@manninglawoffice.com>
**Sent:** Friday, August 7, 2020 2:02 PM
**To:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; Jessie Weber <JWeber@browngold.com>; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>; Eve Hill <EHill@browngold.com>; Greg Care <gpc@browngold.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

**SECURITY ALERT:** This email is from an external source.

Hi Brad,

Thanks for this. I'm cc'ing our co-counsel Greg Care and Eve Hill who had been inadvertently left off the chain. We're not available to discuss today but will get back to you shortly regarding our availability for Tuesday.

Thanks

**From:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>
**Sent:** Friday, August 7, 2020 10:11 AM
**To:** Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Michael Manning <mike@manninglawoffice.com>; Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; JWeber@browngold.com; Disability Rights <disabilityrights@manninglawoffice.com>; Stacy Dominguez <SDominguez@sheppardmullin.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Counsel,

I wanted to write to set up a time to meet and confer on the issues raised in your below correspondence. I can do this afternoon after 2pm or I'm available anytime on Tuesday.

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

**SheppardMullin**
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>
**Sent:** Thursday, July 30, 2020 11:12 AM
**To:** Diana X. Lopez <dianal@manninglawoffice.com>; Greg Hurley <GHurley@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Michael Manning <mike@manninglawoffice.com>; Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; JWeber@browngold.com; Disability Rights <disabilityrights@manninglawoffice.com>
**Subject:** RE: Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Counsel-

We are out of the office until Aug 4. We will work a response to this as soon as we return. Thanks.

Regards,

-Brad

**Bradley J. Leimkuhler**
+1 714-424-8288 | direct
BLeimkuhler@sheppardmullin.com | Bio

# SheppardMullin

650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
+1 714-513-5100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Diana X. Lopez <dianal@manninglawoffice.com>
**Sent:** Tuesday, July 28, 2020 4:35 PM
**To:** Greg Hurley <GHurley@sheppardmullin.com>; Brad Leimkuhler <BLeimkuhler@sheppardmullin.com>; Michael Chilleen <MChilleen@sheppardmullin.com>
**Cc:** Michael Manning <mike@manninglawoffice.com>; Joe Manning <jmanning@manninglawoffice.com>; Tristan Jankowski <tristanj@manninglawoffice.com>; JWeber@browngold.com; Disability Rights <disabilityrights@manninglawoffice.com>
**Subject:** Robles V Dominos Pizza Case No: 2:16-cv-06599-JGB-FFM

Counsel,

Attached please find correspondence also being sent via US Mail today.

Thank you,



Diana P. Lopez
Operations Manager

20062 S.W. Birch St., Suite 200 • Newport Beach, CA 92660
Tel: Office (949) 200-8755 • Fax: (866) 843-8308
dianal@manninglawoffice.com
www.ManningLawAPC.com

**PLEASE NOTE**: (1) This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is privileged, confidential and protected from disclosure.  If you have received this e-mail in error or are not the intended

recipient, you may not use, copy or disclose this message or any information contained in or with it to anyone. Should this occur, please notify the sender by reply e-mail and delete the message in its entirety. The sender does not intend to waive and does not waive any privilege(s) or the confidentiality of the message(s) and/or attachment(s); (2) You do not become a client of Manning Law, APC or any of its attorneys unless you enter into a written agreement signed by you and Manning Law, APC. The agreement must also spell out the scope of the work that is to be done. Simply sending an inquiry by mail, telephone, fax, or email does not establish an attorney-client relationship with either Manning Law, APC or any of its attorneys. Thank you.

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.