# Exhibit B

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ghurley@sheppardmullin.com
   MICHAEL J. CHILLEEN, Cal. Bar No. 210704
4  mchilleen@sheppardmullin.com
   BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
5  bleimkuhler@sheppardmullin.com
   650 Town Center Drive, 10th Floor
6  Costa Mesa, California 92626-1993
   Telephone:     714.513.5100
7  Facsimile:     714.513.5130

8  Attorneys for Defendant,
   DOMINO'S PIZZA LLC
9

10                    UNITED STATES DISTRICT COURT

11        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13  GUILLERMO ROBLES,                  Case No. 2:16-cv-06599-SJO-FFMx
                                       Hon. S. James Otero
14              Plaintiff,
                                       **DEFENDANT DOMINO'S PIZZA LLC'S**
15       v.                            **NOTICE OF TAKING REMOTE**
                                       **DEPOSITION OF ROSEMARY**
16  DOMINO'S PIZZA LLC,                **MUSCACHIO**

17              Defendant.             Date:      September 17, 2020
                                       Time:      10:00 a.m.
18                                     Place:     Sheppard Mullin Richter & Hampton LLP
                                                  650 Town Center Drive, 10th Floor
19                                                Costa Mesa, California 92626-1993
                                                  Telephone:  (714) 513-5100
20
                                       REMOTE DEPOSITION
21
                                       Action Filed:     September 1, 2016
22                                     Trial Date:       December 8, 2020

23

24  PROPOUNDING PARTY:         DEFENDANT DOMINO'S PIZZA LLC

25  RESPONDING PARTY:          PLAINTIFF GUILLERMO ROBLES

26

27

28

SMRH:4849-6116-3722.1                    DEFENDANT DOMINO PIZZA LLC'S  NOTICE OF
                                          DEPOSITION OF ROSEMARY MUSCACHIO

NOTICE IS HEREBY GIVEN that Defendant Domino's Pizza LLC ("Defendant") will take the remote deposition of Rosemary Muschacio ("Plaintiff") at the following date, time and place:

| | |
|---|---|
| Date: | September 17, 2020 |
| Time: | 10:00 a.m. |
| Place: | Sheppard, Mullin, Richter & Hampton, LLP<br>650 Town Center Drive, 10th Floor<br>Costa Mesa, California  91626-1993<br>Telephone:  (714) 513-5100 |

The deposition will take place in various remote locations via telephone or videoconference to ensure compliance with federal, state, and local mandates regarding distancing requirements due to COVID-19. Defendant will provide a call-in number and/or Zoom link prior to the deposition.

PLEASE TAKE NOTICE that the deposition will continue from day-to-day thereafter, until completed, excluding Saturdays, Sundays and holidays, and will be recorded stenographically before a certified court reporter. Defendant expressly reserves the right to continue the deposition at a later date if the deposition is not completed on the date set forth above

PLEASE TAKE NOTICE that the deposition may be taken by any stenographic means, videoconference, and/or be recorded by videotape.  Defendant hereby reserves the right to use the videotape of said deposition at trial.

PLEASE TAKE FURTHER NOTICE that should the witness require an interpreter, notice is to be timely provided by his counsel.

-1-

1   Dated:  September 3, 2020

2                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                        By

                         GREGORY F. HURLEY

5

                         Attorneys for Defendant,
6                        DOMINO'S PIZZA LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

DEFENDANT DOMINO PIZZA LLC'S  NOTICE OF
                                                           DEPOSITION OF ROSEMARY MUSCACHIO

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, 10th Floor, Costa Mesa, CA 92626-1993.

On September 3, 2020, I served true copies of the following document(s) described as **DEFENDANT DOMINO'S PIZZA LLC'S NOTICE OF TAKING REMOTE DEPOSITION OF ROSEMARY MUSCACHIO** on the interested parties in this action as follows:

**SERVICE LIST**

Joseph R. Manning, Jr., Esq.                    ***ATTORNEYS FOR PLAINTIFF***
Michael J. Manning, Esq.                        ***Guillermo Robles***
MANNING LAW, APC
20062 S.W. Birch Street, Ste. 200
Newport Beach, CA 92660
Tel:  (949) 200-8755
Fax:  (866) 843-8308
adapracticegroup@manninglawoffice.com

Eve L. Hill, Esq.
Jessie Weber, Esq
Greg Care, Esq
BROWN GOLDSTEIN LEVY
120 E. Baltimore Street, Suite 1700
Baltimore, MD  21202
Tel:  (410) 962-1030
Fax:  (410) 385-0869
ehill@browngold.com
jweber@browngold.com
gpc@browngold.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 3, 2020, at Costa Mesa, California.

Carrie Strand

-1-

SMRH:4849-6116-3722.1                                                      PROOF OF SERVICE