SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
STACY DOMINGUEZ, Cal. Bar No. 279161
sdominguez@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for DOMINO'S PIZZA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>             Plaintiff,<br><br>   v.<br><br>DOMINO'S PIZZA LLC,<br><br>             Defendant. | Case No. 2:16-cv-06599<br>Hon. Jesus G. Bernal<br><br>**DECLARATION OF BRADLEY J. LEIMKUHLER IN SUPPORT OF DEFENDANT DOMINO'S PIZZA LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   October 26, 2020<br>Time:  9:00 a.m.<br>Crtrm.: 1<br><br>Trial Date:    December 8. 2020 |

SMRH:4843-9916-2317.1

Case No. 2:16-cv-06599
DECLARATION OF BRADLEY J. LEIMKUHLER IN SUPPORT OF
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

# DECLARATION OF BRADLEY J. LEIMKUHLER

I, Bradley J. Leimkuhler, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant, DOMINO'S PIZZA LLC ("Defendant"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. This declaration is submitted in support of Defendant's Opposition to Plaintiff's Motion for Summary Judgment ("Motion").

2. Attached as Exhibit A is a true and correct copy of excerpts from the September 21, 2020 deposition of Plaintiff Guillermo Robles.

3. Attached as Exhibit B is a true and correct copy of excerpts from the September 17, 2020 deposition of Rosemary Musachio.

4. Attached as Exhibit C is a true and correct copy of Plaintiff's initial expert disclosure dated July 13, 2020 and report of Plaintiff's expert. Rosemary Musachio. Plaintiff did not make any supplemental disclosures prior to Ms. Musachio's deposition concerning her specific findings of her alleged January 2020 review of Domino's Android mobile application or her September 2020 review of the website.

5. Attached as Exhibit D is a true and correct copy of Plaintiff's response to request for production No. 21 that is dated March 13, 2017.

6. Attached as Exhibit E is a true and correct copy of Plaintiff's response to request for production No. 34 that is dated December 5, 2019.

7. Attached as Exhibit F is a true and correct copy of excerpts from the July 24, 2020 deposition of Rosemary Musachio from the matter of *Castillo v. Ruby's Red Ribbon, Inc.*, Los Angeles Superior Court Case No. 19PSCV00641.

/ / /

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on this 5th day of October, 2020, at Costa Mesa, California.

                                                                                                */s/ Bradley J. Leimkuhler*
                                                                                                Bradley J. Leimkuhler

SMRH:4843-9916-2317.1

-2-   Case No. 2:16-cv-06599
DECLARATION OF BRADLEY J. LEIMKUHLER IN SUPPORT OF
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT