# Exhibit F

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

REBECCA CASTILLO, an individual, )Case No.: 19PSCV00641
)
Plaintiff, )
)
v. )
)
RUBY'S RED RIBBON INC., a )
California corporation; and DOES )
1-10, inclusive. )
)
Defendants; )
)
)
)
)
______________________________)

REMOTE DEPOSITION OF ROSEMARY MUSACHIO, taken on behalf of the Defendants at HADSELL STORMER RENICK & DAI, at Warrensville Heights, Ohio, commencing at 10:00 a.m. PST, Friday, July 24, 2020, before KARYN ABBOTT, California C.S.R. No. 5272, pursuant to Notice.

* * *

10:49:56 yes, that's correct

10:49:58 MS. SHANBHAG: Do you have an understanding of what she means by that?

10:50:00 MR. HASHEMI: No.

10:50:08 BY MS. SHANBHAG:

10:50:08 Q Ms. Musachio, can you clarify what you mean by putting captions in Zoom?

10:50:12 (Three-minute pause.)

10:51:48 THE WITNESS: (Witness typed:) so the recorder don't have to ask for spoken content to be repeated. just a suggestion.

10:53:09 (A discussion was held off the record.)

10:54:04 BY MS. SHANBHAG:

10:54:04 Q Let's just proceed the way we are going.

10:54:16 What percentage of your total workload is attributed to reviewing websites for the Manning Law Firm?

10:54:28 A (Witness typed:) 80%

10:54:46 Q Did you receive any documents from Manning Law to review in this case?

10:54:57 A (Witness typed:) declaration from Rebecca

10:55:59 Q Were you given any other documents from Manning Law to review?

10:56:02 (Three-minute pause.)

10:58:10 THE WITNESS: (Witness typed:) the document

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I, KARYN ABBOTT, CSR 5272/RPR, a Certified Shorthand Reporter in and for the State of California, County of Los Angeles, do hereby certify;

That ROSEMARY MUSACHIO, the witness named in the foregoing deposition, was, before the commencement of the deposition, duly administered an oath;

That said deposition was taken down in stenograph writing by me and thereafter transcribed into typewriting under my direction.

I further certify that I am neither counsel for nor related to any party to said action, nor in any way interested in the outcome thereof.

Dated this day of ,
2020.

CERTIFIED SHORTHAND REPORTER
IN AND FOR THE COUNTY OF
LOS ANGELES
STATE OF CALIFORNIA