# Exhibit A

9/28/2020                                          Accessible 360 Mail - Fwd: Your Order



**Ashley Hendrikson <ashley@accessible360.com>**

## Fwd: Your Order
1 message

**Aaron Cannon** <cannona@fireantproductions.com>                    Mon, Sep 28, 2020 at 3:27 PM
To: "ashley@accessible360.com" <ashley@accessible360.com>

---------- Forwarded message ---------
From: <orders@dominos.com>
Date: Fri, Jan 28, 2011 at 23:20
Subject: Your Order
To: <cannona@fireantproductions.com>

**CANNON000001**

9/28/2020                                Accessible 360 Mail - Fwd: Your Order



ORDER     MENU     COUPONS     LOCATIONS

CANNON000002

Thank you for placing your order at Dominos.com! If you have any questions about your order, please call the store directly at 319-338-0030.

In case the store needs to reach you, we'll call the phone number below. If you do not answer we will be unable to deliver your order.



### Customer Information

**Name on Order:** Aaron Cannon

**Delivery Address:** 634 WESTGATE ST 55, IOWA CITY, IA 52246-4634
**Callback Phone #:** 3192489592

**Your Domino's Store (1750):** 529 S Riverside Dr Iowa City IA 52246 | 319-338-0030

**Delivery Time:** Approximately 23-33 minutes

### Order Details

**Order #:** 227485

CANNON000003

**Date:** 1/28/2011 11:20PM

**The following order is being delivered hot and fresh to your door:**

| Quantity | Description | Amount |
|----------|-------------|--------|
| 1 | | $5.99 |

**Medium(12") Hand**

CANNON000004

**Tossed Pizza**

**Whole:** No Robust Inspired Tomato Sauce, Cheese, Hearty Marinara Sauce, Philly Steak, Mushrooms

1

**Medium(12")
Hand
Tossed
Pizza**

$5.99

**Whole:** Robust Inspired Tomato Sauce, Cheese, Italian Sausage, Mushrooms

CANNON000005

**Coupon Used:** 2 Medium 2-Topping Pizzas for $5.99 each (2 pizza minimum)

| | |
|---|---|
| **Food & Bev Total:** | $11.98 |
| **Tax:** | $0.98 |
| **Delivery Charge:** | $2.00 |
| **Total:** | **$14.96** |

CANNON000006

Payment Details

**Payment Method:** Credit Card $14.96

*Drivers carry less than $20 in change and checks are NOT accepted for online orders.*



CANNON000007

**LEGAL STUFF** ▶ Domino's Pizza L.L.C.

This message is systematically generated. Please do not attempt to reply or send
e-mail to this account as it is not a managed e-mail account. For questions
concerning your order please contact the store at which your order was placed.
For all other inquiries please visit the Customer Service section on
http://www.dominos.com.

CANNON000008

9/28/2020                                    Accessible 360 Mail - Fwd: Your Domino's Order



Ashley Hendrikson <ashley@accessible360.com>

## Fwd: Your Domino's Order
1 message

**Aaron Cannon** <cannona@fireantproductions.com>                    Mon, Sep 28, 2020 at 3:30 PM
To: "ashley@accessible360.com" <ashley@accessible360.com>

---------- Forwarded message ---------
From: <orders@dominos.com>
Date: Sat, Mar 23, 2013 at 16:47
Subject: Your Domino's Order
To: <cannona@fireantproductions.com>

**CANNON000009**

9/28/2020                              Accessible 360 Mail - Fwd: Your Domino's Order



**ORDER**      **MENU**      **COUPONS**      **LOCATIONS**

CANNON000010

Thank you for placing your order at Dominos.com! If you have any questions about your order, please call the store directly at 952-944-9244.

In case the store needs to reach you, we'll call the phone number below. If you do not answer we will be unable to deliver your order.



### Customer Information

**Name on Order:** Aaron Cannon

**Callback Phone #:** 3194000157

**Your Domino's Store (1926):** 10700 Bloomington Ferry Rd Bloomington MN 55438 | 952-944-9244

**Carryout Time:** Approximately 9-14 minutes

CANNON000011

## Order Details

**Order #:** 369978

**Date:** 3/23/2013 4:47PM

**The following order is being prepared at your store for Carryout:**

| Quantity | Description | Amount |
|----------|-------------|--------|
| 1 | | $7.99 |

CANNON000012

**Medium (12") Handmade Pan Pizza**

**Whole:** Robust Inspired Tomato Sauce, Cheese, Shredded Provolone Cheese, Salami, Spinach

**Medium (12") Handmade Pan Pizza**

1                                                             $7.99

**Whole:** Robust Inspired Tomato Sauce, Cheese, Shredded Provolone Cheese, Italian Sausage, Mushrooms

CANNON000013

**Coupon Used:** Medium 2-Topping Handmade Pan Pizza for $7.99

**Food & Bev Total:**   $15.98

**Tax:**   $1.16

CANNON000014

9/28/2020                                    Accessible 360 Mail - Fwd: Your Domino's Order

**Bottle Deposit:**      $0.00

**Total: $17.14**

Payment Details

**Payment Method:** Gift Card $10.35
**Payment Method:** Credit Card $6.79

*Drivers carry less than $20 in change and checks are NOT accepted for online orders.*




CANNON000015

LEGAL STUFF ▶ Domino's Pizza L.L.C.

This message is systematically generated. Please do not attempt to reply or send e-mail to this account as it is not a managed e-mail account. For questions concerning your order please contact the store at which your order was placed. For all other inquiries please visit the Customer Service section on http://www.dominos.com.

CANNON000016



**Ashley Hendrikson <ashley@accessible360.com>**

---

## Fwd: Your Domino's Order
1 message

---

**Aaron Cannon** <cannona@fireantproductions.com>                                        Mon, Sep 28, 2020 at 3:25 PM
To: "ashley@accessible360.com" <ashley@accessible360.com>

---

---------- Forwarded message ---------
From: **Domino's Pizza** <dominos@confirmation.dominos.com>
Date: Wed, Jun 19, 2019 at 23:22
Subject: Your Domino's Order
To: <cannona@gmail.com>

CANNON000017

9/28/2020                                    Accessible 360 Mail - Fwd: Your Domino's Order



**ORDER   MENU   COUPONS   LOCATIONS**

**CANNON000018**

Accessible 360 Mail - Fwd: Your Domino's Order

Thank you for placing your order at Dominos.com! If you have any questions about your order, please call the store directly at 909-796-1100.

In case the store needs to reach you, we'll call the phone number below. If you do not answer we will be unable to deliver your order.



CANNON000019

## Customer Information

**Name on Order:** Aaron Cannon

**Delivery Address:** 285 E HOSPITALITY LN 2015, SAN BERNARDINO, CA 92408-3411

**Callback Phone #:** 720-277-8519

**Your Domino's Store (8251):** 25715 Redlands Blvd Redlands CA 92373 | 909-796-1100

**Delivery Time:**

Approximately 32-42 minutes

JOIN PIECE OF THE PIE REWARDS AND YOUR NEXT ORDER COULD HELP YOU EARN POINTS TOWARD FREE PIZZA.

ENROLL NOW

CANNON000020

## Order Details

**Order #:** 515103

**Date:** 06/19/2019 9:22PM

**The following order is being delivered hot and fresh to your door:**

| Quantity | Description | Amount |
|---|---|---|

CANNON000021

| | | |
|---|---|---|
| 1 | **X-Large (16") Hand Tossed Philly Cheese Steak** | $17.99 |

**Whole:** Onions, Green Peppers, Mushrooms, Philly Steak, American Cheese, Shredded Provolone Cheese

CANNON000022

9/28/2020                                    Accessible 360 Mail - Fwd: Your Domino's Order

**Food & Bev Total:**   $17.99

**Tax:**   $1.70

**Bottle Deposit:**   $0.00

**CANNON000023**

9/28/2020                                    Accessible 360 Mail - Fwd: Your Domino's Order

**Delivery Charge:**      $3.99

**Total: $23.68**

Payment Details

**Payment Method:** Credit Card $23.68

***Any Delivery Charge is not a tip paid to your driver.***

CANNON000024

*Drivers carry less than $20 in change and checks are NOT accepted for online orders.*





CANNON000025



Domino's Pizza LLC

**LEGAL STUFF**
▶

**CANNON000026**

This message is systematically generated. Please do not attempt to reply or send e-mail to this account as it is not a managed e-mail account. For questions concerning your order please contact the store at which your order was placed. For all other inquiries please visit the Customer Service section on

https://www.dominos.com/en/

.

CANNON000027



**Ashley Hendrikson <ashley@accessible360.com>**

## Fwd: Your Domino's Order
1 message

**Aaron Cannon** <cannona@fireantproductions.com>                                        Mon, Sep 28, 2020 at 3:23 PM
To: "ashley@accessible360.com" <ashley@accessible360.com>

---------- Forwarded message ---------
From: **Domino's Pizza** <dominos@confirmation.dominos.com>
Date: Sun, Jun 23, 2019 at 00:53
Subject: Your Domino's Order
To: <cannona@gmail.com>

CANNON000028

9/28/2020                                     Accessible 360 Mail - Fwd: Your Domino's Order



ORDER   MENU   COUPONS   LOCATIONS

CANNON000029

Thank you for placing your order at Dominos.com! If you have any questions about your order, please call the store directly at 909-796-1100.

In case the store needs to reach you, we'll call the phone number below. If you do not answer we will be unable to deliver your order.



CANNON000030

## Customer Information

**Name on Order:** Aaron Cannon

**Delivery Address:** 285 E HOSPITALITY LN 2015, SAN BERNARDINO, CA 92408-3411

**Callback Phone #:** 720-277-8519

**Your Domino's Store (8251):** 25715 Redlands Blvd Redlands CA 92373 | 909-796-1100

**Delivery Time:**

Approximately 37-47 minutes

JOIN PIECE OF THE PIE REWARDS AND YOUR NEXT ORDER COULD
HELP YOU EARN POINTS TOWARD FREE PIZZA.

ENROLL NOW

CANNON000031

## Order Details

**Order #:** 515741

**Date:** 06/22/2019 10:53PM

**The following order is being delivered hot and fresh to your door:**

| Quantity | Description | Amount |
|----------|-------------|--------|

CANNON000032

**X-Large (16") Hand Tossed Honolulu Hawaiian**

1                                                                      $17.99

**Whole:** Robust Inspired Tomato Sauce, Cheese, Ham, Pineapple, Bacon, Roasted Red Peppers, Shredded Provolone Cheese

CANNON000033

**Food & Bev Total:**   $17.99

**Tax:**   $1.70

**Bottle Deposit:**   $0.00

CANNON000034

**Delivery Charge:**     $3.99

**Total: $23.68**

Payment Details

**Payment Method:** Credit Card $23.68

***Any Delivery Charge is not a tip paid to your driver.***

CANNON000035

*Drivers carry less than $20 in change and checks are NOT accepted for online orders.*





CANNON000036



Domino's Pizza LLC

**LEGAL STUFF**
▶

CANNON000037

This message is systematically generated. Please do not attempt to reply or send e-
mail to this account as it is not a managed e-mail account. For questions concerning
your order please contact the store at which your order was placed. For all other
inquiries please visit the Customer Service section on

https://www.dominos.com/en/

.

CANNON000038

9/28/2020                                Accessible 360 Mail - Your Domino's Order



                                         Ashley Hendrikson <ashley@accessible360.com>

---

## Your Domino's Order

**Domino's Pizza** <dominos@confirmation.dominos.com>                    Wed, Sep 9, 2020 at 5:19 PM
Reply-To: Domino's Pizza <no-reply@your.offers.dominos.com>
To: ashley@accessible360.com

   ORDER   MENU   COUPONS   LOCATIONS

Thank you for placing your order at Dominos.com! If you have any questions about your order, please call the store directly at 213-623-2424.

In case the store needs to reach you, we'll call the phone number below. If you do not answer we will be unable to deliver your order.



### Customer Information
**Name on Order:** Michele Landis
**Delivery Address:** 333 S HOPE ST, LOS ANGELES, CA 90071-1406
**Callback Phone #:** 612-416-3198
**Your Domino's Store:**
      Domino's #8385
      740 S.Olive Street Los Angeles CA 90013
      213-623-2424
**Delivery Time:** Approximately 20-30 minutes

DON'T FORGET TO CLAIM YOUR REWARDS POINTS TOWARD FREE PIZZA!        CLAIM POINTS

### Order Details
**Order #:** 1071684
**Date:** 09/09/2020 3:19PM

The following order is being delivered hot and fresh to your door:

| Quantity | Description | Amount |
|---|---|---|
| 1 | **X-Large (16") Brooklyn Pizza** | $17.99 |
|   | **Whole:** Extra Robust Inspired Tomato Sauce, | |

CANNON000039



Pepperoni, Mushrooms, Cheese **Right:** Black Olives

| 1 | **16-Piece Parmesan Bread Bites** | **$4.99** |
| 1 | **2-Liter Coke®** | **$3.49** |

| | |
|---|---|
| **Food & Bev Total:** | $26.47 |
| **Tax:** | $2.99 |
| **Bottle Deposit:** | $0.00 |
| **Delivery Charge:** | $4.99 |
| **Tip Amount:** | $5.17 |
| **Total:** | **$39.62** |

## Payment Details
**Payment Method:** Credit Card $39.62
*Any Delivery Charge is not a tip paid to your driver.*
*Drivers carry less than $20 in change and checks are NOT accepted for online orders.*

Domino's Delivery Insurance program is only available to Piece of the Pie Rewards® members who report an issue with their delivery order through the form on order confirmation or in Domino's Tracker® within 16 hours of the time of purchase. If you are not a member, you must enroll within seven (7) days after you report an issue to receive the Rewards Points or you may elect to receive a percentage off coupon in lieu of the points. Store participation may vary. Limit: (1) claim per customer per time period set forth in the official rules. This limit excludes Rewards Points or percentage discount offers initiated by your store or other limited-time offers. Insurance coverage for this promotion applies exclusively to Domino's Pizza LLC, its affiliates, and independent franchisees. Broader restrictions apply, visit dominosdeliveryinsurance.com for program terms and conditions.

**LEGAL STUFF**   Domino's Pizza LLC

This message is systematically generated. Please do not attempt to reply or send e-mail to this account as it is not a managed e-mail account. For questions concerning

CANNON000040

Accessible 360 Mail - Your Domino's Order

your order please contact the store at which your order was placed. For all other inquiries please visit the Customer Service section on https://www.dominos.com/en/ .

CANNON000041



**Ashley Hendrikson <ashley@accessible360.com>**

## Fwd: Your Domino's Order

1 message

**Aaron Cannon** <cannona@fireantproductions.com>                    Mon, Sep 28, 2020 at 3:21 PM
To: "ashley@accessible360.com" <ashley@accessible360.com>


---------- Forwarded message ---------
From: **Domino's Pizza** <dominos@confirmation.dominos.com>
Date: Sat, Sep 26, 2020 at 16:54
Subject: Your Domino's Order
To: <cannona@gmail.com>

**CANNON000042**



**ORDER   MENU   COUPONS   LOCATIONS**

CANNON000043

Thank you for placing your order at Dominos.com! If you have any questions about your order, please call the store directly at 763-753-3200.

In case the store needs to reach you, we'll call the phone number below. If you do not answer we will be unable to deliver your order.

CANNON000044



Customer Information

**Name on Order:** Aaron Cannon

**Delivery Address:** 15371 YAKIMA ST NW, RAMSEY, MN 55303-4227

**Callback Phone #:** 319-400-0157

**Your Domino's Store:**

CANNON000045

Domino's #7360

6014 167th Ave Nw Ramsey MN 55303

763-753-3200

**Delivery Time:**

Approximately 23-33 minutes

**DON'T FORGET TO CLAIM YOUR
REWARDS POINTS TOWARD FREE PIZZA!**

CLAIM POINTS

Order Details

CANNON000046

Accessible 360 Mail - Fwd: Your Domino's Order

**Order #:** 504

**Date:** 09/26/2020 4:53PM

**The following order is being delivered hot and fresh to your door:**

CANNON000047

| Quantity | Description | Amount |
|---|---|---|
| 1 | **Large (14") Hand Tossed Pizza** | $17.49 |
|  | **Whole:** Ham, Mushrooms, Black Olives, Robust Inspired Tomato Sauce, Cheese | |
| 1 |  | $3.00 |

CANNON000048

**2-Liter
Cherry
Coke®**

1

<span style="color:red">$5.99</span>

**Garlic
Bread
Twists**

**Options:**
Marinara

CANNON000049

CANNON000050

**Food & Bev Total:**   $26.48

**Tax:**   $2.12

**Bottle Deposit:**   $0.00

**Delivery Charge:**   $3.25

CANNON000051

$6.37

**Tip Amount:**

**Total: $38.22**

Payment Details

**Payment Method:** Credit Card $38.22

*Any Delivery Charge is not a tip paid to your driver.*

CANNON000052

*Drivers carry less than $20 in change and checks are NOT accepted for online orders.*

# FREE PIZZA OFFER

We're giving you a special offer for a FREE Medium 2-Topping Pizza

## WHEN YOU ORDER ONLINE FOR DELIVERY NEXT WEEK

Click below to get your one-time use promo code

**GET CODE**

CANNON000053

We will also email this code to cannona@gmail.com

Limit one code and redemption per customer. Must claim offer by Sunday at store close of the week following date of purchase.
Offer valid for redemption the Monday – Sunday following date of purchase. Must be redeemed online for delivery. Order subject to
delivery minimum requirements. Handmade Pan Pizza will be extra. Valid for redemption at same store offer was earned and with
the email address associated with this completed purchase.



Something wrong with your order?
Make a claim, and we'll make it
right.

REPORT ISSUE



CANNON000054

Domino's Delivery Insurance program is only available to Piece of the Pie Rewards® members who report an issue with their delivery order through the form on order confirmation or in Domino's Tracker® within 16 hours of the time of purchase. If you are not a member, you must enroll within seven (7) days after you report an issue to receive the Rewards Points or you may elect to receive a percentage off coupon in lieu of the points. Store participation may vary. Limit: (1) claim per customer per time period set forth in the official rules. This limit excludes Rewards Points or percentage discount offers initiated by your store or other limited-time offers. Insurance coverage for this promotion applies exclusively to Domino's Pizza LLC, its affiliates, and independent franchisees. Broader restrictions apply, visit dominosdeliveryinsurance.com for program terms and conditions.

Domino's Pizza LLC

**LEGAL STUFF**
▶

CANNON000055

This message is systematically generated. Please do not attempt to reply or send e-mail to this account as it is not a managed e-mail account. For questions concerning your order please contact the store at which your order was placed. For all other inquiries please visit the Customer Service section on

https://www.dominos.com/en/

.

CANNON000056