SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
STACY M. DOMINGUEZ, Cal Bar No. 279161
sdominguez@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for DOMINO'S PIZZA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>       Plaintiff,<br><br>  v.<br><br>DOMINO'S PIZZA LLC,<br><br>       Defendant. | Case No. 2:16-cv-06599<br>Hon. Jesus G. Bernal<br><br>**DEFENDANT DOMINO'S PIZZA LLC'S REQUESTS FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF ROBLES' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  October 26, 2020<br>Time:  9:00 a.m.<br>Crtrm.: 750<br><br>Trial Date:   December 8. 2020 |

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Domino's Pizza LLC hereby requests that the Court take judicial notice of the following in support of its Opposition to Plaintiff Robles Motion for Summary Judgment.

1. Attached as Exhibit A is true and correct copy of a letter dated September 25, 2018 from Stephen Boyd, Assistant Attorney General, to Hon. Ted Budd, U.S. House of Representatives.

Judicial notice pursuant to FRE 201 is appropriate of this document because it is an official document from an administrative agency, the U.S. Department of Justice. *Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir. 2012) ("We may take judicial notice of records and reports of administrative bodies." (internal quotation marks omitted)).

Dated: October 5, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ *Gregory F. Hurley*
          GREGORY F. HURLEY

Attorneys for DOMINO'S PIZZA LLC