SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
STACY M. DOMINGUEZ, Cal. Bar No. 279161
sdominguez@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for DOMINO'S PIZZA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC,<br><br>Defendant. | Case No. 2:16-cv-06599<br>Hon. Jesus G. Bernal<br><br>**DEFENDANT DOMINO'S PIZZA LLC'S EVIDENTIARY OBJECTIONS TO DECLARATION OF JOSEPH R. MANNING, JR.**<br><br>Date: October 26, 2020<br>Time: 9:00 a.m.<br>Ctrm: 1<br><br>Action Filed: September 1, 2016<br>Trial Date: December 8, 2020 |

Defendant Domino's Pizza LLC ("Defendant") hereby submits its Evidentiary Objections to Joeseph R. Manning's Declaration in Support of Plaintiff Robles' Motion for Summary Judgment as follows:

| Plaintiff's Material Objected To: | Defendant's Grounds for Objection |
|---|---|
| 1.   Domino's is a pizzeria chain that owns, leases, or operates pizza restaurants throughout California and the rest of the country. ¶ 3. | 1.   Lacks foundation and lack of personal knowledge. Plaintiff's counsel is inappropriately "testifying" to facts at issue in this action. Mr. Manning has not established any foundation for this assertion and it is factually incorrect. *E.g.* Declaration of Joseph Deveraux (Dkt. 101-2) at ¶ 2. |

Dated: October 5, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ *Gregory F. Hurley*
GREGORY F. HURLEY

Attorneys for DOMINO'S PIZZA LLC