UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

GUILLERMO ROBLES, an individual,

        Plaintiff,

  vs.

DOMINO'S PIZZA LLC, a Limited liability corporation,

        Defendants.

CASE NO. 2:16-cv-06599-JGB-E

**CERTIFIED ORIGINAL**

STATEMENT ON THE RECORD RE: NONAPPEARANCE OF EXPERT

AARON CANNON

September 17, 2020

10:47 a.m.

Kieu Pham, CSR NO. 13667

```
 1                  APPEARANCES OF COUNSEL

 2


 3   On Behalf of the Plaintiff:

 4        MANNING LAW, APC
          Babak Hashemi
 5        20062 S.W. Birch Street, Suite 200
          Newport Beach, California 92660
 6        (949) 200-8755
          Adapracticegroup@manninglawoffice.com
 7


 8


 9                    INDEX TO EXHIBITS

10


11   PLAINTIFF'S                                        PAGE

12   1   Plaintiff's Notice of Taking Deposition of    N/A

13       Defendant's Expert Aaron Cannon

14

15

16

17

18

19

20

21

22

23

24

25
```

1              STATEMENT ON THE RECORD

2        RE: NONAPPEARANCE OF EXPERT AARON CANNON

3                   September 17, 2020

4

5       STATEMENT:

6       BY MR. HASHEMI:  On the record.  Good morning.
7  My name is Babak Hashemi on behalf of plaintiff, Guillermo
8  Robles, who is represented by the Manning Law Office in
9  the matter of Guillermo Robles versus Domino's Pizza, case
10 pending in the Central District of California with case
11 number 2:cv-06599.
12          A notice of today's deposition was served on the
13 defendant's counsel.  It is now 10:47 a.m., and we have
14 not received any indication that the witness in this case
15 will be showing up.  Specifically, it's the defendant's
16 expert witness who's been identified as Aaron Cannon.
17          With that, I will request the court reporter
18 issue a certificate of nonappearance.  Thank you.
19          (Deposition proceeding concluded at 10:47 a.m.)
20                          -o0o-

1          REPORTER'S CERTIFICATION

3     I, KIEU PHAM, a Certified Shorthand Reporter, in
4  and for the State of California, do hereby certify:
5     That the foregoing witness was by me duly sworn;
6  that the deposition was then taken before me at the time
7  and place herein set forth; that the testimony and
8  proceedings were reported stenographically by me and later
9  transcribed into typewriting under my direction; that the
10 foregoing is a true record of the testimony and
11 proceedings taken at that time.

14     IN WITNESS WHEREOF, I have subscribed my name
15 this 22nd day of September, 2020.

20          Kieu Pham, CSR NO. 13667

22 (The foregoing certification of this transcript does
   not apply to any reproduction of the same by any means,
   unless under the direct control and/or supervision of
23 the certifying reporter.)

Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff
GUILLERMO ROBLES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC, a limited liability corporation,<br><br>Defendant. | Case No.: 2:16-cv-06599-JGB-E<br><br>**PLAINTIFF'S NOTICE OF TAKING DEPOSITION OF DEFENDANT'S EXPERT AARON CANNON**<br><br>DATE: September 17, 2020<br>TIME: 10:30 A.M.<br>PLACE: Through remote electronic means |

EXHIBIT
CANNON 9/17/20
1

1

PLEASE TAKE NOTICE that Plaintiff Guillermo Robles ("Plaintiff") will take the remote deposition of Defendant Dominos Pizza LLC's disclosed expert Aaron Cannon, whose address and telephone are known to Defendant's attorneys, on **September 17, 2020 at 10:30 a.m.** by electronic deposition before a certified shorthand reporter authorized to administer oaths in the State of California who is present at the specified time and place. An electronic invitation by the court reporter will be transmitted prior to the deposition.

The deposition may also be videotaped or recorded digitally and may be used at trial. Said deposition will continue from day to day except on Saturdays, Sundays and holidays, until completed.

Dated: September 10, 2020      **MANNING LAW, APC**

By: /s/ Joseph R. Manning Jr., Esq.
      Joseph R. Manning Jr., Esq.
      Attorneys for Plaintiff