# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-6599-JGB(Ex) | Date | December 22, 2020 |
|---|---|---|---|
| Title | GUILLERMO ROBLES v. DOMINO'S PIZZA LLC | | |

| Present: The Honorable | Charles F. Eick, United States Magistrate Judge | |
|---|---|---|
| Stacey Pierson | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:** None

**Attorneys Present for Defendants:** None

**Proceedings:**     (IN CHAMBERS)

The Magistrate Judge is in receipt of Plaintiff's "Motion to Compel etc." ("the Motion"), filed December 21, 2020. According to the proposed order filed with the Motion, the Motion seeks an order requiring an additional production of documents (to occur more than three weeks <u>before</u> the noticed hearing on the Motion), requiring additional deposition testimony and allowing an indefinite extension of the deadline for filing supplemental papers in connection with the motion for summary judgment pending before the District Judge.

To the extent the Motion seeks additional discovery, the Motion is untimely, absent further order of the District Judge. <u>See</u> July 15, 2020 text entry setting a September 21, 2020 discovery cut-off. Moreover, even if the Motion were timely, the Magistrate Judge would deny the Motion because Plaintiff failed to demonstrate full compliance with Local Rule 37. In particular, the emails filed with the Motion fail to demonstrate that Plaintiff followed proper procedure under Local Rule 37-1.

To the extent the Motion seeks an extension of the deadline for filing supplemental papers in connection with the summary judgment motion pending before the District Judge, Plaintiff should seek such relief from the District Judge.

Accordingly, the Motion is denied without prejudice.

cc:   Judge Bernal
      All Counsel of Record                                      Initials of Deputy Clerk   SP