UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 16-6599 JGB (Ex) | Date | February 23, 2021 |
|---|---|---|---|
| Title | *Guillermo Robles v. Domino's Pizza, LLC* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order (1) GRANTING Plaintiff's Motion for Leave to File Joint Stipulation (Dkt. No. 136); and (2) VACATING the March 1, 2021 Hearing (IN CHAMBERS)

Before the Court is the Motion of Plaintiff Guillermo Robles ("Plaintiff") for Leave to File a Joint Stipulation. ("Motion," Dkt. No. 136.) The Court finds the Motion appropriate for resolution without a hearing. See Fed. R. Civ. P. 78; L.R. 7-15. After considering the papers filed in support of and in opposition to the Motion, the Court GRANTS the Motion and reopens discovery for the sole purpose of litigating whether Plaintiff should be allowed to seek additional documents and deposition testimony as requested in the Joint Stipulation. ("Draft Joint Stipulation," Dkt. No. 136-3.) Both parties may revise the Draft Joint Stipulation, per Defendant's request. ("Opposition," Dkt. No. 138, at 23 n. 6.) The Magistrate Judge shall consider whether Plaintiff should be allowed to conduct additional discovery; if the Magistrate Judge grants the request, the discovery, including any potential deposition, shall conclude no later than 30 days after the Magistrate Judge's determination. The Court vacates the hearing set for March 1, 2021.

**IT IS SO ORDERED.**