SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
STACY M. DOMINGUEZ, Cal. Bar No. 279161
sdominguez@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for DOMINO'S PIZZA LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>    Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA LLC,<br><br>    Defendant. | Case No. 2:16-cv-06599-JGB-E<br>Honorable Jesus G. Bernal<br><br>**DECLARATION OF MICHAEL J. CHILLEEN IN SUPPORT OF DEFENDANT DOMINO'S PIZZA LLC'S MOTION IN *LIMINE* NO. 5: TO EXCLUDE ANY EVIDENCE OF POST-COMPLAINT VISITS TO DEFENDANT'S WEBSITE AND/OR MOBILE APPLICATION**<br><br>Date:   June 28, 2021<br>Time:  11:00 a.m.<br>Ctrm:  1<br><br>Action Filed:  September 1, 2016<br>Trial Date:    July 13, 2021 |

# DECLARATION OF MICHAEL J. CHILLEEN

I, Michael J. Chilleen, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant Domino's Pizza LLC ("Defendant"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. This declaration is submitted in support of Defendant Domino's Pizza LLC's Notice of Motion and Motion in *Limine* No. 5 to Exclude Any Evidence of Post-Complaint Visits to Defendant's Website and/or Mobile Application ("Motion").

2. Attached as **Exhibit A** to this Declaration is a true and correct copy of Plaintiff's Supplemental Response to Special Interrogatory No. 8.

3. Defendant will be prejudiced if the Court permits this inadmissible and prejudicial material referenced above and similar evidence at time of trial because Plaintiff failed to plead with particularity.

4. The subject matter of this motion has been disclosed to opposing counsel and opposing counsel has not agreed to stipulate that such matter will not be mentioned or displayed in the presence of the jury unless and until it is admitted in evidence.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 28, 2021, at Costa Mesa, California.

/s/ *Michael J. Chilleen*
Michael J. Chilleen