Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Eve L. Hill (pro hac vice)
Jessica P. Weber (pro hac vice)
**BROWN, GOLDSTEIN & LEVY, LLP**
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Office: (410) 962-1030
Facsimile: (410) 385-0869
ehill@browngold.com
jweber@browngold.com

Attorneys for Plaintiff
Guillermo Robles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>      Plaintiff,<br><br>    vs.<br><br>DOMINO'S PIZZA LLC,<br><br>      Defendant. | **Case No**. 2:16-cv-06599- JGB-E<br><br>**PLAINTIFF'S WITNESS LIST**<br><br>**HON. JESUS G. BERNAL**<br><br>Pretrial Conference Date: June 28, 2021<br>Hearing Time: 11:00 A.M.<br>Courtroom: 1<br><br>Action Filed: September 1, 2016<br>Trial Date: July 13, 2021 |

-1-

**PLAINTIFF'S WITNESS LIST**

Pursuant to U.S.D.C. Central District L.R. 16-5 and F. R. Civ. P. 26(a)(3)(A), Plaintiff Guillermo Robles hereby submits his Witness List:

| Name | Expected Testimony | Date Called to Testify |
|---|---|---|
| Guillermo Robles | Plaintiff Guillermo Robles will testify about the nature of his disability, how he accesses the internet, and his desire to and experiences trying to use the Domino's Pizza website and mobile application. **Est. time for direct exam:** 2 hours | |
| Rosemary Musachio | Expert Rosemary Musachio will testify regarding the barriers to access on the Domino's Pizza website and mobile application and how such barriers can be avoided and remediated to provide blind users an equal user experience. **Est. time for direct exam:** 2 hours | |
| Jordan Gallacher 2780 Highland Road Hermitage, PA 16148 (816) 977-9434 | Witness Jordan Gallacher, who is blind, will testify about (1) how Domino's website contained barriers to access that he encountered and denied him full and equal enjoyment, and (2) his complaint to Domino's. **Est. time for direct exam:** 20 minutes | |

-2-

**PLAINTIFF'S WITNESS LIST**

| | | |
|---|---|---|
| Alex Hoxeng (432) 203-7363 | Witness Alex Hoxeng, who is blind, will testify about (1) how Domino's mobile application contained barriers to access that he encountered and denied him full and equal enjoyment, and (2) his complaint to Domino's. **Est. time for direct exam:** 20 minutes | |
| Ron Wyatt (417) 416-4044 | Witness Ron Wyatt, who is blind, will testify about (1) how Domino's mobile application contained barriers to access that he encountered and denied him full and equal enjoyment, and (2) his complaint to Domino's. **Est. time for direct exam:** 20 minutes | |
| James East (386) 852-5559 | Witness James East, who is blind, will testify about (1) how Domino's website contained barriers to access that he encountered and denied him full and equal enjoyment, (2) his experience when he tried to call Domino's screen reader telephone number, and (3) his complaint to Domino's. **Est. time for direct exam:** 20 minutes | |

| | | | |
|---|---|---|---|
| 1<br>2<br>3 | Dennis Maloney (Defendant's Rule 30(b)(6) Witness) | Plaintiff will present Mr. Maloney's testimony, in his capacity as Defendant's Rule 30(b)(6) witness, by deposition regarding Defendant's control and ownership over the Domino's website and mobile application, the unique benefits and services offered by the Domino's website and mobile application, Defendant's lack of policies and procedures regarding the design and maintenance of accessible websites and mobile applications, Domino's response to complaints received regarding access barriers on its website and mobile application, and efforts Domino's has made to remediate its website and mobile application. The designated portions of the deposition are:<br><br>December 9, 2020 Deposition<br>9:14-13:20<br>18:4-19:5<br>19:14-20:11<br>27:20-30:3<br>34:3-8<br>35:14-36:14<br>37:10-38:10 | |

-4-

**PLAINTIFF'S WITNESS LIST**

| | | |
|---|---|---|
| | 45:20-46:8 | |
| | 51:11-52:24 [includes obj] | |
| | 53:15-17 | |
| | 84:16-86:1 | |
| | 87:13-20 | |
| | 88:11-23 | |
| | | |
| | <u>April 14, 2021 Deposition</u> | |
| | 109:23-111:21 | |
| | 112:4-113:10 | |
| | 114:23-115:14 | |
| | 124:24-143:8 | |
| | 147:16-148:1 | |
| | 148:14-149:15 | |
| | 152:22-162:19 | |
| | 169:16-173:14 | |
| | 184:18-188:21 | |
| | 190:16-191:5 | |
| | 195:24-199:4 | |
| | 218:20-219:11 | |
| | 231:7-235:6 | |

-5-

**PLAINTIFF'S WITNESS LIST**

Dated: June 7, 2021

Respectfully Submitted,

*/s/ Joseph R. Manning, Jr., Esq.*
Joseph R. Manning Jr., Esq.
MANNING LAW, APC

Eve L. Hill (*pro hac vice*)
Jessica P. Weber (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP

Attorneys for Plaintiffs

**PLAINTIFF'S WITNESS LIST**