Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Eve L. Hill (pro hac vice)
Jessica P. Weber (pro hac vice)
**BROWN, GOLDSTEIN & LEVY, LLP**
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Office: (410) 962-1030
Facsimile: (410) 385-0869
ehill@browngold.com
jweber@browngold.com

Attorneys for Plaintiff
Guillermo Robles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>    Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA LLC,<br><br>    Defendant. | Case No. 2:16-cv-06599- JGB-E<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE**<br><br>**HON. JESUS G. BERNAL**<br><br>Pretrial Conference Date: June 28, 2021<br>Time:    11:00 a.m.<br>Courtroom:    1<br><br>Action Filed:    Sept. 1, 2016<br>Trial Date:    July 13, 2021 |

1

**PLAINTIFF'S PROPOSED VOIR DIRE**

Plaintiff respectfully requests that the Court examine the jury panel upon its *voir dire* and, in addition to any standard background questions (such as the prospective juror's occupation, educational background, management or supervisory experience, other members of the household and their occupations, whether they have ever been involved in litigation as a plaintiff or a defendant, the nature of any prior jury service, or other questions the Court prefers to utilize), the Court also propound the following questions:

1. Have you or any members of your family been employed by Domino's Pizza?
2. Do you or any members of your family have physical disabilities? What disabilities?
3. Are you or any members of your family blind or do you or any members of your family have visual impairments?
4. Have you ever visited or used the Domino's Pizza website or mobile application? When?
5. Do any of you have any particular views about laws that make discrimination against people with disabilities unlawful?
6. Do you have any opinion about people with disabilities filing claims of discrimination against businesses?
7. Do you feel that we have gone overboard as a society in trying to provide accommodations to people with disabilities?
8. Do you have any opinion about people with disabilities filing claims for money damages for discrimination based on their disability?
9. Is there any reason you would not be able to make a fair and impartial decision regarding Plaintiff Guillermo Robles' claims for damages in this case?
10. Because of your background or anything you have seen, read, or heard, would you hesitate in awarding damages above a certain amount?
11. Do any of you hold any moral or religious beliefs or scruples that prevent you

from judging the acts or omissions of another person or entity or entering a verdict?

12. Have you or any member of your immediate family ever worked as computer or software engineers or technicians, or in other positions involving developing software code or implementing software updates?

13. Have you or any member of your immediate family ever used assistive technology like screen readers to access computers or performed work involving the use of screen reader software?

Dated: June 14, 2021

    */s/ Joseph R. Manning, Jr., Esq.*
Joseph R. Manning Jr., Esq.
MANNING LAW, APC

Eve L. Hill (*pro hac vice*)
Jessica P. Weber (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP

*Attorneys for Plaintiff*

3
**PLAINTIFF'S PROPOSED VOIR DIRE**