1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>        Plaintiff,<br><br>    v.<br><br>DOMINO'S PIZZA LLC,<br><br>        Defendant. | Case No. 2:16-cv-06599<br>Hon. Jesus G. Bernal<br><br>XXXXXXXX [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND ASSOCIATED PRETRIAL DEADLINES<br><br>Filed Concurrently with Stipulation to Continue Trial and Associated Pretrial Deadlines<br><br>Trial Date:    October 12, 2021 |

Case No. 2:16-cv-06599
ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND
ASSOCIATED PRETRIAL DEADLINES

1 **ORDER**

2     Pursuant to Stipulation of the Parties, and finding good cause therefore, it is
3 hereby ordered as follow:

4     The trial is hereby continued until  11/16/2021 @ 9 AM . The pretrial
5 conference is hereby continued until  11/1/2021 @ 11 AM . The hearing on
6 motions in limine is hereby continued until  11/1/2021 @ 11 AM . All other
7 associated pretrial deadlines are continued according to the new trial and pretrial
8 conference dates.

9

10 **IT IS SO ORDERED.**

11 Dated: August 26, 2021

13 HONORABLE JESUS G. BERNAL

Case No. 2:16-cv-06599
ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND
ASSOCIATED PRETRIAL DEADLINES