SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
STACY M. DOMINGUEZ, Cal. Bar No. 279161
sdominguez@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for DOMINO'S PIZZA LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>      Plaintiff,<br><br>      v.<br><br>DOMINO'S PIZZA LLC,<br><br>      Defendant. | Case No. 2:16-cv-06599<br>Hon. Jesus G. Bernal<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br><br>Action Filed:  September 1, 2016<br>Trial Date:     December 14, 2021 |

The Parties by and through counsel hereby jointly give the Court notice that Plaintiff Guillermo Robles and Defendant Domino's Pizza LLC (collectively, "The Parties") have reached a settlement in this matter.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within forty-five (45) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

Dated:  November 5, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/ *Gregory F. Hurley*
GREGORY F. HURLEY

Attorneys for DOMINO'S PIZZA LLC

Dated:  November 5, 2021

MANNING LAW APC

By   /s/ *Joseph R. Manning*
JOSEPH R. MANNING, JR.

Eve L. Hill (*pro hac vice*)
Jessica P. Weber (*pro hac vice*)
BROWN, GOLDSTEIN & LEVY, LLP

Attorneys for GUILLERMO ROBLES

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Gregory F. Hurley, hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 5, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ *Gregory F. Hurley*
GREGORY F. HURLEY
MICHAEL J. CHILLEEN
Attorneys for DOMINO'S PIZZA LLC