Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Eve L. Hill (*pro hac vice*)
ehill@browngold.com
Jessica P. Weber (*pro hac vice*)
jweber@browngold.com
**BROWN, GOLDSTEIN & LEVY, LLP**
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Office: (410) 962-1030
Facsimile: (410) 385-0869

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DOMINO'S PIZZA LLC, a limited liability corporation, <br><br> Defendant. | **Case No.:** 2:16-cv-06599 JGB(FFMx). <br><br> **REQUEST FOR TRIAL DATE** |

---

**REQUEST FOR TRIAL DATE**

1

TO THE HONORABLE JESUS G. BERNAL:

On December 20, 2021, Plaintiff Guillermo Robles and Defendant Domino's Pizza LLC (the "Parties") filed a Joint Motion to Reopen Case because the Parties were unable to consummate settlement. (Dkt. No. 195.)

Accordingly, Plaintiff respectfully requests that the Court schedule a trial date and other associated pretrial conference dates.

Dated: January 14, 2022        **MANNING LAW, APC**

By: */s/ Joseph R. Manning, Jr., Esq.*
Joseph R. Manning Jr., Esq.
Attorneys for Plaintiff

---

**REQUEST FOR TRIAL DATE**
2